1          **UNITED STATES DISTRICT COURT**
           **FOR THE DISTRICT OF COLUMBIA**

2    _____

3    United States of America,      ) Criminal Action
                                     ) No. 1:14-cr-00050-RC
4                      Plaintiff,    )
                                     ) **Evidentiary Hearing**
5    vs.                             ) Partially **SEALED**
                                     )
6    Jorge Humberto Perez Cazares,   ) Washington, D.C.
                                     ) **June 13, 2024**
7                      Defendant.    ) Time:  10:00 a.m.
     _____

8

9         **Transcript of Evidentiary Hearing** - Partially **SEALED**
                        Held Before
10              The Honorable Rudolph Contreras
                 United States District Judge

11

12              A P P E A R A N C E S

13   For the Government:     **Douglas S. Meisel**
                             **Joshua D. Katcher**
14                           UNITED STATES DEPARTMENT OF JUSTICE
                             Narcotic & Dangerous Drug Section
15                           145 N Street, Northeast
                             Washington, D.C. 20530

16   For the Defendant:      **A. Eduardo Balarezo**
                             BALAREZO LAW
17                           400 Seventh Street, Northwest
                             Washington, D.C. 20004

18

19   Also Present:          Manuela Crisp, Interpreter
                            Susana Martin, Interpreter
20                          Maria-Raquel McFadden, Interpreter
     _____

21   Stenographic Official Court Reporter:
                            Nancy J. Meyer
22                          Registered Diplomate Reporter
                            Certified Realtime Reporter
23                          333 Constitution Avenue, Northwest
                            Washington, D.C. 20001
24                          202-354-3118

25   Proceedings reported by certified stenographer; transcript
     produced with computer.

1                    **I N D E X**

2                                                          <u>PAGE</u>:

3      **Witnesses:**

4      <u>Jamie Dvorsky</u>
             Direct Examination  By Mr. Meisel................ 6
5            Cross-Examination By Mr. Balarezo................ 88
             Redirect Examination By Mr. Meisel.............. 126
6            Recross-Examination By Mr. Balarezo............. 134
       <u>Marllory Chacon Rossell</u>
7            Direct Examination By Mr. Meisel................ 136

8

9      **Exhibits Admitted:**

10          Government Exhibits 1 through 201-30............. 17

11
            Defendant Exhibits 1 through 22.................. 92
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2            THE COURTROOM DEPUTY:  Madam Interpreters.

 3            (Oath administered to Ms. Crisp and Ms. Martin.)

 4            THE INTERPRETERS:  Yes.

 5            THE COURTROOM DEPUTY:  Thank you so much.

 6       This is Criminal Action 14-50, United States v. Jorge

 7  Humberto Perez Cazares.

 8            Counsel, please step forward to the podium and state

 9  your appearances for the record.

10            MR. MEISEL:  Good morning, Your Honor.  Douglas

11  Meisel for the United States.  I'm joined by my colleague

12  Joshua Katcher and Angela Ancalle Jimenez.

13            THE COURT:  Good morning.

14            MR. BALAREZO:  Good morning, Your Honor.  Eduardo

15  Balarezo on behalf of Mr. Perez, who is present.

16            THE COURT:  Good morning.

17       All right.  Just so that everyone is on the same page,

18  I understand this hearing is to determine the applicability of

19  three different guidelines provisions:  the zero-point

20  offender, 4C1.1; the safety valve, 5C1.2; and the government's

21  seeking an enhancement for role in offense under 3B1.1 as a

22  plus-3 leader.

23            Is that what's at issue?

24            MR. MEISEL:  That's correct, Your Honor.  I think,

25  you know, based on the evidence with respect to the role
```

 1    enhancement, it's the government's position that there could

 2    be evidence that his role would rise to the level of a plus-4

 3    leader.  We also do intend to present evidence of possible

 4    violence, use of aircraft, and that's it.

 5            THE COURT:  Okay.  Mr. Balarezo.

 6            MR. BALAREZO:  Your Honor, the Court is correct in

 7    its description of what's at issue today.  As an initial

 8    matter, my understanding is that the government is planning

 9    for two days of testimony based -- to rebut or to support its

10    position that Mr. Perez is a manager for a plus-3 enhancement.

11        Just because I believe I understand how this is going

12    to go, the government has indicated they will present

13    witnesses who are going to testify about the overall

14    conspiracy, about Mr. Perez's meetings in Guatemala where he

15    negotiated to what he's already pled to, negotiated a 500-kilo

16    load from Ms. Chacon.

17        I'm going to object to anything that's not relevant to

18    this.  Because what's relevant is:  Is he a manager?  Is he an

19    organizer?  Not whether or not he, in fact, negotiated that

20    load; not whether, in fact, he is a drug trafficker.

21        And I would object to any -- any additional information

22    concerning airplanes and violence.  I have not been

23    produced -- or given any information regarding airplanes and

24    violence in discovery that I'm aware of.  So I would object to

25    that.

```
 1              THE COURT:  But you're seeking zero-point offender.
 2    Don't you have to -- you're seeking zero-point offender
 3    credit.
 4              MR. BALAREZO:  Correct.
 5              THE COURT:  So they don't have to establish that
 6    there was no violence; that your client wasn't involved in
 7    violence to obtain that?
 8              MR. BALAREZO:  I have to look at the, I believe,
 9    nine factors.  I would need to look at that.  I don't recall
10    them off the top of my head.
11              THE COURT:  All right.  So given how many days of
12    testimony we're having and how many different guidelines are
13    at issue, are the parties going to want to brief the issues
14    after the hearing?
15              MR. BALAREZO:  Your Honor -- go ahead.
16              MR. MEISEL:  Your Honor, I think most of the issues
17    could be addressed in our sentencing memoranda.  That was my
18    plan.
19              MR. BALAREZO:  Your Honor, that's fine.  Rather than
20    have a separate brief, we can address it in the memorandum.
21              THE COURT:  Okay.  That's fine too.
22         All right.  Is the government ready to present its
23    first witness?
24              MR. MEISEL:  Yes, Your Honor.
25              THE COURT:  Okay.  Let's go.
```

```
 1                    MR. MEISEL:  Your Honor, the government calls Agent
 2      Jamie Dvorsky.
 3                    THE COURTROOM DEPUTY:  Good morning, ma'am.
 4                    THE WITNESS:  Good morning.
 5                    THE COURTROOM DEPUTY:  Please step into the box and
 6      raise your right hand.
 7                    (Oath administered.)
 8                    THE WITNESS:  I do.
 9                    THE COURTROOM DEPUTY:  Thank you.
10                    THE COURT:  Good morning.
11                    THE WITNESS:  Good morning, everyone.
12                    MR. MEISEL:  May I inquire, Your Honor?
13                    THE COURT:  I'm sorry?
14                    MR. MEISEL:  May I inquire?
15                    THE COURT:  Of course.  I didn't hear you.
16                    MR. MEISEL:  Thank you.
17                    THE COURT:  I was trying to think of how to spell
18      the witness's name.  Go ahead.
19                             DIRECT EXAMINATION
20      BY MR. MEISEL:
21      Q.  Agent Dvorsky, in a loud, clear voice could you please
22      state your name and spell your last name for the record.
23      A.  Yes.  Jamie Dvorsky, D-v-o-r-s-k-y.
24      Q.  By whom are you employed?
25      A.  The Federal Bureau of Investigation.
```

1   Q.  How long have you been employed by the FBI?

2   A.  Nine years.

3   Q.  Where are you currently assigned?

4   A.  The Washington Field Office.

5   Q.  How long have you been assigned to the Washington Field

6   Office?

7   A.  Five years.

8   Q.  And what is your current title or position within the FBI?

9   A.  Special agent.

10  Q.  Did you receive any specialized training upon joining the

11  FBI?

12  A.  Twenty weeks at Quantico.

13  Q.  What are your current duties and responsibilities as a

14  special agent assigned to the Washington Field Office?

15  A.  I'm assigned to the transnational organized crime unit.

16  Q.  And could you explain what you do and what types of

17  investigations you're focused on.

18  A.  Primarily investigate drug trafficking through Colombia

19  and Mexico and Guatemala.

20  Q.  Over the course of your career, have you investigated

21  international drug trafficking offenses?

22  A.  Yes.

23  Q.  Have you debriefed members of drug trafficking

24  organizations about their narcotics trafficking activities?

25  A.  Yes.

1    Q.  How many times would you say that you've conducted

2    debriefings?

3    A.  Over two dozen.

4    Q.  The individuals that you debriefed, where were they from?

5          MR. BALAREZO:  Can we have the witness speak up.

6    I'm having trouble hearing her.

7          THE WITNESS:  Sorry.

8    A.  Colombia, Mexico, Guatemala.

9    BY MR. MEISEL:

10   Q.  And what types of drugs were they involved in trafficking?

11   A.  Cocaine, methamphetamine, heroin, fentanyl.

12   Q.  And through these different investigations, did you become

13   familiar with various cartels, transnational criminal

14   organizations, and drug trafficking organizations operating in

15   these regions that you were focused on?

16   A.  Yes.

17   Q.  Did you learn about common drug trafficking routes and

18   methods?

19   A.  Yes.

20   Q.  What are some of those?

21   A.  Airplanes, semisubmersibles, shipping containers,

22   tractor trailers, vehicles by land.

23   Q.  And did you learn the ways in which drug traffickers

24   communicate with one another to coordinate drugs through

25   shipments?

```
1    A.  Yes.

2    Q.  Have you become familiar with the terminology that drug

3    traffickers use?

4    A.  Yes.

5    Q.  Let's discuss some of your experience as it relates to

6    trafficking specifically in Mexico.  Have you received any

7    specialized training or are you familiar with the major

8    organizations, transnational criminal organizations, key power

9    brokers in Mexico-based narcotics trafficking?

10   A.  Yes.

11   Q.  Are you familiar with a person known as Chapo?

12   A.  Yes.

13   Q.  And who is that person?

14   A.  Joaquin Guzman Loera, the leader of the Sinaloa Cartel.

15   Q.  And what does the Sinaloa Cartel do?

16   A.  Primarily traffics narcotics to the United States.

17   Q.  Where is Chapo now, if you know.

18   A.  He's serving multiple life sentences in ADX Florence in

19   Colorado.

20   Q.  Who is Mayo?

21   A.  Ismael Garcia Zambada -- Zambada Garcia is the other

22   coleader of the Sinaloa Cartel with Chapo.

23   Q.  Where is he now?

24   A.  He's a fugitive in Mexico.

25   Q.  Is he indicted in the United States?
```

1    A.  He is.

2    Q.  Do you know where?

3    A.  Multiple locations.

4    Q.  Okay.  And who are the Chapitos?

5    A.  They're four of Chapo's sons who are currently in charge

6    of the Sinaloa Cartel.

7    Q.  And where are they now?

8    A.  Three of them -- Ivan, Jesus Alfredo, and Joaquin -- are

9    fugitives in Mexico.  His son Ovidio was extradited to the

10   United States in September of 2023.

11   Q.  And are the three that are fugitives, are they indicted

12   here in the United States?

13   A.  They are.

14   Q.  Where?

15   A.  Multiple locations.  Northern District of Illinois;

16   Washington, D.C.; Southern District of New York; and Southern

17   District of California.

18   Q.  Have you heard the term plaza boss?

19   A.  Yes.

20   Q.  Could you explain what that means?

21   A.  It's a member of the cartel that is usually in charge of a

22   specific region in their area of control.

23           THE COURT:  What's that term again?

24           MR. MEISEL:  Plaza boss.

25           THE COURT:  Plaza, p-l-a-z-a?

DVORSKY - DIRECT

```
 1                    MR. MEISEL:  Yes, Your Honor.

 2                    THE WITNESS:  Yes, sir.

 3         BY MR. MEISEL:

 4         Q.  So they control territory?

 5         A.  Yes.  And people in that territory.

 6         Q.  And do they typically have resources dedicated to

 7         narcotics trafficking activity?

 8         A.  Yes.

 9         Q.  And what kind of resources might plaza bosses have access

10         to?

11         A.  Guns, money, people.

12         Q.  I'd like to specifically direct your attention to this

13         investigation.  Were you assigned to an investigation

14         involving the defendant, Jorge Perez Cazares?

15         A.  I was.

16         Q.  Do you see that individual here in the courtroom today?

17         A.  Yes.

18         Q.  Could you please point to him and identify him by an

19         article of clothing.

20                    MR. BALAREZO:  We'll stipulate that the person in

21         front of me in the orange jumpsuit is Mr. Perez, the only

22         other person at the defense counsel.

23                    THE COURT:  All right.  You can identify him

24         regardless.

25                    THE WITNESS:  Yes, sir.
```

1    BY MR. MEISEL:

2    Q.  When were you assigned to this investigation?

3    A.  In July of 2021.

4    Q.  This investigation, was it exclusively an FBI

5    investigation or were other law enforcement agencies involved

6    and/or assisting?

7    A.  Other agencies were involved and assisting.

8    Q.  And which agencies did that include?

9    A.  The Drug Enforcement Administration and San Bernardino

10   County Sheriff's Department.

11   Q.  Were any other foreign law enforcement agencies involved

12   in the investigation or aspects of the investigation?

13   A.  The Guatemalan Sensitive Investigation Unit in Guatemala.

14   Q.  How did the FBI initially become interested in Mr. Perez

15   Cazares?

16   A.  Through a Title III that San Diego DEA was working.

17   Q.  And if -- if DEA San Diego was working that T III, why was

18   it that FBI became involved specifically with respect to this

19   defendant?

20   A.  The FBI had been looking at other Mexican drug

21   traffickers, to include the defendant.

22   Q.  Okay.  Could you give us a brief and broad overview of the

23   investigation involving Mr. Perez Cazares.

24   A.  The investigation involved a Title III out of San Diego on

25   BlackBerry Messenger Title III.  It also involved a search and

1    seizure that occurred in the Los Angeles AOR by San Bernardino

2    County Sheriff's Department.  And then there was the

3    Guatemalan investigation which resulted in the arrest and

4    seizure of 500 kilos of cocaine and Mr. Perez, and also

5    consensual recordings between Mr. Perez and a government

6    witness.

7    Q.  All right.  I'm going to initially direct your attention

8    to the Southern District of California prong of the

9    investigation.  Directing your attention to the period between

10   January and February of 2014, what, if any, pertinent

11   investigative activities were taking place in

12   Southern California during that time?

13   A.  The BlackBerry Messenger Title III that San Diego was

14   running and also physical surveillance of an individual by

15   San Bernardino County Sheriff's Department.

16   Q.  And during -- during our initial preparations for trial,

17   were there witnesses involved in that side of the

18   investigation that were identified and interviewed?

19   A.  Yes.

20   Q.  Were you present for those interviews?

21   A.  Yes.

22   Q.  Who was interviewed, and what were their specific roles?

23   A.  DEA Special Agent Jackie Cypert.  He was the lead agent on

24   the Title III wire.  Also, San Bernardino County Sheriff's

25   Department Deputy Claus Nick Hartleben.  He was working with

1    Jackie and DEA on numbers that were put across the wire that

2    related to the L.A. area.  Also met with Sylvia

3    Tarin-Brousseau, who was the DEA forensic lab analyst.  She

4    was responsible for testing the drugs which were seized in

5    February of 2014.  And DEA Special Agent Adam Reines, who

6    was -- is a current op supervisor who provided information on

7    Title IIIs and how they were run.

8            MR. MEISEL:  Okay.  And if the Court doesn't mind, I

9    can spell some of those names for the reporter.

10           THE COURT:  Sure.

11           THE COURT REPORTER:  Your paralegal has provided

12   them.

13   BY MR. MEISEL:

14   Q.  Other than those interviews, what other sources of

15   information were available to you that helped us understand

16   the key events in the Southern District of California

17   pertinent to the investigation?

18   A.  DEA reports of investigation, San Bernardino County

19   Sheriff's police reports from the arrest and search and

20   seizures, DEA lab analysis, photos that were taken by

21   San Bernardino County Sheriff's Department as well, and the

22   Title III wire intercepts.

23   Q.  Let's discuss the T III or the Title III.  Which agency

24   made that application?

25   A.  DEA.

1    Q.  And through which prosecutor's office?

2    A.  The Southern District of California.

3    Q.  Was the T III authorized?

4    A.  It was.

5    Q.  Do you recall the judge that authorized it?

6    A.  Honorable M. James Lorenz.

7    Q.  And what type of T III was this?

8    A.  A BlackBerry Messenger.

9    Q.  What types of communications were being captured?

10    A.  Text messages.

11    Q.  And how many were targeted by DEA, if you know?

12    A.  At least 65.

13    Q.  Were there any specific devices that were pertinent to our

14    investigation of Mr. Perez Cazares?

15    A.  Target Device 65.

16    Q.  And who was the suspected user of Target Device 65?

17    A.  Alfonso Limon-Sanchez, alias Chubas.

18    Q.  What else do we know about Mr. Limon-Sanchez?

19    A.  That he was indicted in the Southern District of

20    California.  He was arrested in Mexico around 2015, but

21    subsequently escaped from prison and is currently in fugitive

22    status.

23    Q.  And why was that device deemed significant?

24    A.  Because Chubas was in contact with Mr. Perez.

25    Q.  And was Mr. Perez -- was Mr. Perez Cazares a target of the

```
 1    T III?

 2    A.  No, he was not.

 3    Q.  Okay.  Were there any pertinent communications identified

 4    between Mr. Perez Cazares and Chubas?

 5    A.  Yes.

 6    Q.  How many?

 7    A.  Approximately 38.

 8    Q.  Over what time period?

 9    A.  January 18th, 2014, to about February 18th, 2014.

10    Q.  And who or what devices were the primary participants in

11    those 38 communications?

12    A.  Chubas and Mr. Perez.

13    Q.  And why were these specific communications deemed

14    pertinent?

15    A.  They were discussing the receiving of load -- drug loads

16    and the pickup of money and receipt of money both in Mexico

17    and the U.S., and Mr. Perez also discussed his meetings

18    with --

19              MR. BALAREZO:  Your Honor, objection.  Foundation.

20              THE COURT:  You can answer.

21    A.  Also discussed his meetings with Marllory Chacon and

22    purchase of 500 kilos of cocaine in Guatemala.

23    BY MR. MEISEL:

24    Q.  Have you had an opportunity to review those messages?

25    A.  I have.
```

1    Q.  Okay.

2             MR. MEISEL:  Your Honor, at this time I'm going to

3    start introducing some physical exhibits.  I believe that

4    counsel and I have an agreement that we can preadmit all the

5    exhibits to save some time.

6             THE COURT:  I would love that.

7    BY MR. MEISEL:

8    Q.  Now, I'm holding up a hard drive.  This is Government

9    Exhibit 1.  Do you recognize this hard drive?

10   A.  Yes.

11   Q.  Okay.  And what was contained on this hard drive?

12   A.  The entire Title III BlackBerry message wire done by

13   San Diego.

14   Q.  And -- let's see.  And this is a compact disc that is

15   marked Government Exhibit 1A.  Is this a disc that contained

16   28 out of the total 38 messages between Cadete and Chubas?

17   A.  Yes.

18            MR. MEISEL:  Your Honor, at this time I'd ask to

19   move into evidence -- well, if we're agreeing to preadmit, I'm

20   moving to admit all of the government exhibits and exhibit

21   list that's been previously provided to the Court, and we have

22   Exhibits 1 through 201-30.

23            THE COURT:  They're admitted en masse.

24            MR. BALAREZO:  No objection.

25            (Government Exhibits 1 through 201-30 admitted into

1    evidence.)

2    BY MR. MEISEL:

3    Q.  Now, Agent Dvorsky, I'd like to -- I'm going to ask my

4    paralegal to publish Government Exhibit 2- -- actually,

5    Government Exhibit 2.

6          Now, Government Exhibit 2, is this one of the

7    intercepted messages that came over the Southern District of

8    California T III in relation to this investigation?

9    A.  Yes.

10   BY MR. MEISEL:

11   Q.  Okay.  What is the date of this communication?

12   A.  January 18, 2014.

13   Q.  Okay.  And just to be clear, in terms of what we're

14   looking at, we're looking at the original Spanish in one

15   column -- or we're looking at the individuals involved in the

16   conversations in the left column, the Spanish in the middle

17   column, and the translation in the right column; is that

18   correct?

19   A.  Correct.

20   Q.  Okay.  And what's -- so this is January 18th, 2014.  Who

21   are the participants in this conversation?

22   A.  Chubas and Cadete.

23   Q.  Okay.  All right.  If you don't mind, we'll read the

24   exhibit.  I'll be Chubas.  You can be Cadete.

25          "We're at the office now, my buddy, so you can send me

1    the number to give you yours."

2    A.  "Okay.  Sir, yeah, I'm sending it to you 310-867-4459 with

3    Hector from Miguel, please, sir."

4    Q.  Okay.  And based on -- and did you have an opportunity to

5    review any analysis that was conducted by DEA San Diego?

6    A.  Yes.

7    Q.  Okay.  And based on your review of that analysis and your

8    personal experience in investigating these cases, can you

9    explain to us your understanding of Chubas's initial message

10   in line 1.

11            MR. BALAREZO:  Your Honor, I -- objection.  I object

12   to this witness interpreting the witness.  She can read them

13   as they are, but I object to the interpretation.

14            THE COURT:  You can answer.

15   A.  Chubas is asking Cadete for a phone number of someone.

16   BY MR. MEISEL:

17   Q.  And for what purpose?

18   A.  To give him something that has been sent to him.  Either

19   money, drugs --

20            MR. BALAREZO:  Objection.

21   A.  -- something.

22            THE COURT:  It's -- she can answer.  I'll give it

23   the weight it deserves.

24   BY MR. MEISEL:

25   Q.  I'm sorry.  You can finish your response.

1    A.  For something that is now at -- has been delivered.

2    Either money, drugs.  It doesn't say, but that he has

3    something to give to Cadete and needs somebody to give it to.

4    Q.  And in line 3, the number that was passed by Cadete to

5    Chubas, do you recognize the area code, the 310 area code?

6    A.  Yes.

7    Q.  And where is that area code, if you know?

8    A.  The Los Angeles area.

9    Q.  Okay.  And that number is -- is there any significance to

10   that phone number that was passed from Cadete to Chubas?

11   A.  Yes.

12   Q.  And what was that?

13   A.  That number then had San Bernardino County put a GPS ping

14   on it and followed that number for surveillance and later

15   identified the individual.

16   Q.  Got it.

17           MR. MEISEL:  Let's move on to Government Exhibit 3,

18   please.

19   BY MR. MEISEL:

20   Q.  Okay.  What is the date of this communication?

21   A.  January 19th, 2014.

22   Q.  And just so I don't keep asking you the same question over

23   and over again, is this -- and is this and all of the other

24   messages between participants Cadete and Chubas?

25   A.  Yes.

1    Q.  All right.  If you'll indulge me, you can be Cadete and

2    I'll be Chubas.

3    A.  "Good evening, sir.  Just so you are aware, they've

4    already seen us.  Thank you."

5    Q.  "Yes, sir, my buddy.  Thank God.  All good."

6    A.  "Yes, sir.  Just so you're aware, I'm leaving Monday at

7    6:00 a.m."

8    Q.  "Okay, my buddy.  That's fine.  You have to really put

9    effort into it."

10   A.  "Yes, sir.  Good night.  Get some rest."

11   Q.  Okay.  And based on your experience and your review of the

12   monitor analysis, what's the significance of these messages?

13   A.  Cadete is letting Chubas know that he has received the

14   load --

15          MR. BALAREZO:  Objection, again, Your Honor.

16          THE COURT:  You can answer.

17   A.  That he has received the load that they discussed in the

18   earlier messages the day before, and he's letting him know

19   that he'll be traveling on Monday at 6:00 a.m.

20   BY MR. MEISEL:

21   Q.  Okay.  And based on your understanding of the entire

22   investigation, what's your understanding of where he's

23   traveling to?

24   A.  He's traveling to Guatemala.

25   Q.  Moving on to Government Exhibit 4, what's the date of

1    these communications?

2    A.  January 20th, 2014.

3    Q.  Okay.  And I'll be -- if you'll indulge me -- I'll be

4    Chubas and you can be Cadete.

5        "Good morning, my buddy.  At your service."

6    A.  "Sir, the same person that we sold the 106 to now has

7    400 pesos at the edge, and tomorrow he or she will have 200

8    more.  It will be 600, and he or she tells me that we can come

9    for them whenever we want.  And if we can front him 200, it's

10   more.  What do you think?"

11   Q.  "Yes, sir, my buddy.  Go ahead."

12   A.  "Okay, sir.  Just so you know, I have arrived here an hour

13   ago."

14   Q.  "That's great, my buddy.  That's very good.  Give it your

15   best effort.  I'm here at your service for whatever I can

16   offer you, my buddy."

17       Okay.  And what is the significance of that series of

18   communications?

19            MR. MEISEL:  Oh, I'm sorry.

20            MR. BALAREZO:  Objection.

21            THE COURT:  You can answer.

22   BY MR. MEISEL:

23   Q.  I'm going to withdraw the question.  It looks like we have

24   a second page.  Please continue.

25   A.  "Yes, sir.  That's how it will be.  So, sir, you have your

```
1    100 now on hand to be able to give the guy the 200 now?"

2    Q.  "No, my buddy.  I will have them on Thursday, God

3    willing."

4    A.  "Okay.  Then I'll tell the guy that, and I'm going to give

5    him mine so he can move forward.  What do you think?"

6    Q.  "Yes, sir, my buddy.  That's great."

7              So what is the significance of this series of

8    communications?

9              MR. BALAREZO:  Objection.

10             THE COURT:  You can answer.

11   A.  They're discussing a shipment of narcotics.

12   BY MR. MEISEL:

13   Q.  Okay.  If we can go back to the initial -- the first page.

14             All right.  And just directing your attention to

15   line 2, what are the -- the various numbers that are

16   mentioned?  What units are they discussing, if you know?

17   A.  106 was believed to be the amount of --

18             MR. BALAREZO:  Objection.

19             THE COURT:  You can answer.

20   A.  -- the amount of narcotics they have available.  An

21   individual has 400 pesos available and will get 200 more,

22   likely a monetary amount they're discussing.

23   BY MR. MEISEL:

24   Q.  Okay.  Moving on to Government Exhibit 5.

25             Okay.  You can be Cadete.  I'll be Chubas.  And I'm
```

1    sorry.  What's the -- what's the date of these communications?

2    A.  January 20th, 2014.

3    Q.  All right.  Please proceed.

4    A.  "Okay, sir.  How much are we selling to him for, sir?

5    It's up to you."

6    Q.  "16,500 or whatever you say, my buddy."

7    A.  "I'm about to tell him here how much we're going to give

8    it to him for, sir.  That's what I wanted to ask you first."

9    Q.  "Okay.  Yes, sir.  Go ahead, my buddy.  Much better."

10   A.  "Yes.  Listen, like I told you, I will always use

11   transparency and improvement for the team."

12   Q.  Okay.  Let's go back to the first page.

13        All right.  And what's -- what is the general nature of

14   the conversation here?

15            MR. BALAREZO:  Objection.

16            THE COURT:  You can answer.

17   A.  Cadete is asking Chubas what price they want to sell a

18   kilogram -- the cocaine at what per kilogram.

19            THE COURT:  Why do you interpret it it's per kilo?

20            THE WITNESS:  16,500 would have been an approximate

21   price of a kilogram of cocaine in Mexico at that time.

22   BY MR. MEISEL:

23   Q.  And is that U.S. -- if you know, is that typically in

24   U.S. dollars, or are we talking Mexican pesos?

25   A.  U.S. dollars.

1          THE COURT:  On the previous communication, there was
2     a reference to pesos.  How do you explain that?
3          THE WITNESS:  I would have said the 400 was -- my
4     interpretation was that they were talking about 400,000 pesos.
5     So it would have been just a much higher amount -- or less
6     amount in U.S. dollars than the peso amount.
7     BY MR. MEISEL:
8     Q.  And the price of -- and based on your experience, is the
9     price of cocaine per kilogram, is it fixed or variable?
10    A.  Variable.
11    Q.  And could you briefly explain how or why it varies.
12    A.  It typically varies by location.  It's often cheaper in
13    places like Colombia and Guatemala and gets more expensive as
14    it gets closer to the border, and then is a lot more expensive
15    in the United States.
16          MR. BALAREZO:  Objection.  This witness is
17    testifying as an expert, and she has not been qualified as an
18    expert.
19          THE COURT:  You can answer.
20    A.  It's typically more expensive once it gets to the
21    United States, depending on the cities it's sold in.
22          MR. MEISEL:  All right.  Let's move on to Government
23    Exhibit 6, please.
24    BY MR. MEISEL:
25    Q.  What's the date of these communications?

```
 1    A.   January 20th, 2014.

 2    Q.   And I'll be Chubas.  You be Cadete.

 3         "Okay.  That's great.  Thanks very much."

 4    A.   "No problem, sir.  Sir, tomorrow at 3:00 p.m. I have a

 5    meeting with the lady."

 6    Q.   "I'll leave it to you to -- if you are able to arrange a

 7    relationship."

 8    A.   "If she were willing to front us one whole, do I grab it?"

 9    Q.   "If they front you two, grab them both.  We'll support

10    each other here."

11    A.   "Okay, sir.  Then with that tomorrow when I'm in the

12    meeting if I need to ask you anything, I will call you, sir."

13    Q.   "Okay, my buddy.  That's great.  Hugs."

14    A.   "Likewise, sir."

15    Q.   Okay.  Let's go back to page 1.

16         Okay.  Based on your involvement in this investigation,

17    directing your attention to line 3, the meeting with the lady,

18    what's that a reference to?

19              MR. BALAREZO:  Objection.

20              THE COURT:  You can answer.

21    A.   It's a planned meeting with Marllory Chacon.

22              THE COURT:  And what do you base that on?

23              THE WITNESS:  Information that he had been traveling

24    to Guatemala to meet with her to set up a deal.

25    ///
```

1    BY MR. MEISEL:

2    Q.  And let's talk about lines 5 and 6.  What -- the units

3    that they're discussing, what do you understand those to be in

4    reference to?

5    A.  Units of cocaine.

6    Q.  Okay.  Are we talking 1 kilogram or more than that?

7    A.  Likely 1 ton.

8            MR. BALAREZO:  Objection.

9            THE COURT:  You can answer.

10   A.  Likely 1 ton.

11   BY MR. MEISEL:

12   Q.  So a thousand kilograms -- or 2,000 kilos?

13   A.  Correct.

14   Q.  Let's move on to Government Exhibit 7.

15           What is the date of these communications?

16   A.  January 22nd, 2014.

17   Q.  Okay.  You'll be Cadete and I'll be Chubas.

18   A.  "Good evening, sir."

19   Q.  "Good evening, my buddy.  At your service."

20   A.  "Sir, your guys already picked up 509, just so you are

21   aware, in TJ."

22   Q.  "Okay.  Very good, my buddy.  That's great."

23   A.  "Okay, sir.  I'll make note of it here."

24   Q.  "Okay."

25   A.  "Good day, sir."

```
 1    Q.  "What have the suppliers told you?"

 2    A.  "They're waiting for something that will arrive tomorrow

 3    so we can start looking at the numbers."

 4    Q.  "Okay.  Very good."

 5    A.  I will be reporting to, sir."

 6    Q.  Okay.  Let's go back to the top.

 7         Okay.  Line 3, what's your understanding of that

 8    statement?

 9              MR. BALAREZO:  Objection.

10              THE COURT:  You can -- you can answer.

11    A.  Cadete is letting Chubas know that some of Chubas's people

12    have picked up 590.  It could -- it's unknown what it is, if

13    it's money or units of narcotics.

14    BY MR. MEISEL:

15    Q.  And line 4, what's TJ?

16    A.  Tijuana.

17    Q.  Where is Tijuana?

18    A.  Mexico, on the border.

19    Q.  Border with which country?

20    A.  United States.

21    Q.  Okay.  Moving on to Government Exhibit 8.

22         What's the date of this communication?

23    A.  January 23rd, 2014.

24    Q.  Okay.  You'll be Cadete.  I'll be Chubas.

25    A.  "Good evening, sir."
```

1    Q.  "Good evening, my buddy.  At your service."

2    A.  "Sir, I'm here talking to the lady.  She says she is going

3    to be ready in about five days from now.  She's also telling

4    me that she's going to give us a good price but that she'll

5    tell me the exact number the day the product arrives.  Only

6    she's leading me to understand that we would buy one from her

7    and she'll give me another one cash up front and the other a

8    couple of days later.  What do you think?"

9    Q.  "That seems fine to me, my buddy.  Go ahead."

10   A.  "Okay, sir.  That's just a preview of what we're talking

11   about.  I will let you know the play-by-play.  I'm gathering

12   now for mine, sir."

13   Q.  "Okay, my buddy.  That's great.  Me too.  We will be ready

14   by then."

15   A.  "Okay.  Good night, sir."

16   Q.  "Good night, my buddy.  May God bless you."

17   A.  "Likewise, sir."

18   Q.  Okay.  Let's go back to the top.

19        And by the way, the -- if you could just tell me, what

20   PIN is Cadete using?

21   A.  2B66E26B.

22   Q.  Okay.  And throughout these messages, is he using the same

23   PIN or multiple PINs?

24   A.  Multiple.

25   Q.  Okay.  And if you know, why -- why is it that he might be

```
 1    using multiple PINs?

 2    A.  There's various reasons that people --

 3             MR. BALAREZO:  Objection.

 4    A.  -- in narcotics change their PINs.

 5             THE COURT:  You can answer.

 6    A.  There's various reasons that people involved in narcotics

 7    will -- sales will change their PIN, whether it's been

 8    compromised or they use different PINs with different people

 9    they're working with.

10    BY MR. MEISEL:

11    Q.  Okay.  Let's go specifically to line 3.  Can you tell me

12    how you interpret line 3.

13    A.  Cadete is discussing --

14             MR. BALAREZO:  Your Honor, could I just have a

15    standing objection to the interpretations?

16             THE COURT:  You may.  Yeah, for any question in

17    which he asks her to interpret what someone else has written,

18    you can have a standing objection --

19             MR. BALAREZO:  I'm trying just --

20             THE COURT:  -- that it's speculation or there's a

21    lack of foundation.

22             MR. BALAREZO:  Thank you.

23    A.  Cadete is telling Chubas about the -- Marllory Chacon who

24    he's been talking to in Guatemala and that she should be ready

25    in about five days with product and they have not yet given --
```

1    she has not yet given them an exact price.

2    BY MR. MEISEL:

3    Q.   Okay.  And what's your understanding of the last portion

4    where she's leading me to understand that we would buy one

5    from her and she'll give me another?

6    A.   That she was leading him to understand that they would buy

7    1 ton from her and that she would give another.

8    Q.   Okay.  And when -- I mean, was she just going to give it

9    to them or --

10   A.   One was going to be cash up front, and then the other they

11   could pay a few days later, so.

12   Q.   Okay.  Moving on to Government Exhibit 9.

13            Okay.  Date of this communication?

14   A.   January 25th, 2014.

15   Q.   All right.  I'll be Chubas.  You be Cadete.

16            "667-326-4670 with Bocho, buddy."

17   A.   "Okay, sir.  There are 166.  110-2013.  56-FEF.  83 for

18   you and 83 mine.  What do you think, sir?"

19   Q.   "Yes, sir.  That's great, my buddy.  Go ahead."

20   A.   "Okay, sir.  Very good.  They'll give them to him here

21   soon.  The 125 from a couple of days ago are going to be

22   pending and these 83 right here so that we are up to date with

23   the accounts."

24   Q.   "Okay.  Very good, my buddy.  Yes, sir, my buddy.  That's

25   right."

1    A.  "Okay, sir.  I'll let you know once it's in his hands."

2    Q.  "This week I will give you the check for the 125, God

3    willing.  Okay."

4    A.  "If you like.  Why don't you replace them for me there at

5    the edge, sir, So that I can take those forward how I had

6    planned.  What do you think?  Let's say I'm just lending them

7    to you and you'll replace them when you have them."

8    Q.  "Okay, my buddy.  That's great.  We'll do it like that,

9    buddy."

10   A.  "Okay, sir.  Thanks, my buddy."

11   Q.  "Thank you, my buddy."

12        All right.  Let's go back to the top.  Okay.  Let's go

13   to line 2.

14        Based on -- based on the conversation, what's your

15   understanding of what 166 refers to?

16   A.  166 units of narcotics.

17   Q.  And what types of units are we talking about -- are we

18   likely talking about?

19   A.  Kilograms.

20   Q.  Okay.  The -- lines 3 and 4, what do you understand those

21   lines to mean?

22   A.  It's a breakdown of the marks that are on the bricks of

23   cocaine.  There's 110 that have been branded with 2013 and 56

24   that have a brand of FEF.

25   Q.  Okay.  And could you explain branding, briefly.

```
1    A.  Usually to determine who owns the cocaine, they will put a

2    different stamp on them so that they know who's -- which

3    bricks belong to who.

4    Q.  Okay.  So if you're talking about a brand 2013, what would

5    we expect to see on -- on an individual brick of cocaine?

6    A.  A stamp of 2013 --

7    Q.  Okay.  And then --

8    A.  -- printed.

9    Q.  And then what's your understanding of line 5?

10   A.  That Cadete and Chubas are splitting the 166 kilos evenly,

11   83 and 83.

12              MR. MEISEL:  Okay.  Let's move on to Government

13   Exhibit 10, please.

14   BY MR. MEISEL:

15   Q.  What's the date of this communication?

16   A.  January 27th, 2014.

17   Q.  Okay.  I'll be Chubas.  You be Cadete.

18        "Buddy, what's the lady's name that you told me?  And

19   what's the name of the friend, male, who introduced her to

20   you?  Ping."

21   A.  "Man's name is Don Fernando.  They call him Don Fercho,

22   and the lady's name is."

23   Q.  "And what's the lady's name?"

24   A.  "Marllory Chacon."

25   Q.  All right.  Let's go to line 4.
```

```
 1              Don Fernando, is this someone that was identified
 2      during the course of the investigation?
 3      A.   Yes.
 4      Q.   And who is that a reference to?
 5      A.   Uben Fernando Esquivel.
 6      Q.   And based on the investigation, did Fernando Esquivel have
 7      a role in this investigation?
 8      A.   Mr. Esquivel was one of the individuals who introduced
 9      Mr. Perez to Ms. Chacon.
10      Q.   What else do you know about Mr. Esquivel?
11      A.   He was charged and indicted out of the Southern District
12      of Florida.
13      Q.   Okay.  And Marllory -- or I'm sorry.  Let's -- let's go to
14      line 8.
15              Who is Marllory Chacon?
16      A.   She's a Guatemalan drug trafficker and -- who has been
17      indicted and charged in the Southern District of Florida and
18      now is a government witness.
19      Q.   Okay.  Moving on to Government Exhibit 11.
20              And what's the date of this communication?
21      A.   January 27th, 2014.
22      Q.   Does this appear to be a continuation of the previous one?
23      A.   Yes, it does.
24      Q.   Okay.  I will be Chubas, and I'll ask you to be Cadete.
25              "Okay, my buddy.  Thanks very much."
```

1    A.  "Around here they call the lady Reina del Sur, the Queen

2    of the South, sir, to give you an idea."

3    Q.  "Thanks a lot, my buddy."

4    A.  "No problem, sir."

5    Q.  Okay.  Can you explain line 2.

6    A.  Reina del Sur was an alias of Marllory Chacon.

7    Q.  Okay.  So when he refers to his Reina del Sur, is that

8    accurate as to Marllory Chacon?

9    A.  It is.

10   Q.  Okay.  Moving on to Government Exhibit 12.

11        What's the date of this communication?

12   A.  January 29th, 2014.

13   Q.  I'll be Chubas and you can be Cadete, please.

14   A.  "Yes, sir.  I've also almost completed mine."

15   Q.  "Okay.  Very good, my buddy.  We'll send it whenever you

16   tell me."

17   A.  "Look.  In December I paid the 50 that were the man's from

18   here, and I put up 114,750 for that from you.  If you could

19   put that together with the 41 at 17 for me, I would really

20   appreciate it, sir.  What do you think?"

21   Q.  "Tell me what the amount is, my buddy."

22   A.  "Sending to you now."

23   Q.  "Yes, sir, my buddy."

24   A.  "41 x 17,000 = 697,000 - = 114,750.  Total of 811,750."

25   Q.  "Okay, my buddy.  That's great.  We'll give them to you

1    tomorrow."

2    A.  "Okay, sir.  Once we sit down, I'll tell you what

3    everything is for so that everything is crystal clear."

4    Q.  "Yes, sir, my buddy.  That's great.  That's how things

5    ought to be."

6    A.  "That's right, sir.  So I will get ready to deliver mine

7    tomorrow afternoon, and I'll deliver one at a time.  Plus in

8    TJ I have to give you for the smoke, sir, and to start to

9    pay."

10   Q.  "Okay, my buddy.  That's great."

11   A.  "Okay, sir.  Good night."

12   Q.  All right.  Let's go back to the top.  Okay.  All right.

13   Let's go to line 2.

14        What's your understanding of what Chubas is telling

15   Cadete in that line?

16   A.  That Chubas will send Cadete drugs or money.  It's

17   unclear.

18   Q.  Okay.  And what's your understanding of line 4?

19   A.  That Chubas is asking Cadete to give him an amount that he

20   owes them.

21   Q.  Okay.  Let's move on to Government Exhibit 13.

22        What's the date of this communication?

23   A.  Also January 29th, 2014.

24   Q.  Okay.  I'll be Chubas.  You can be Cadete.

25   A.  "Good evening, sir."

1    Q.  "Good evening, my buddy.  At your service."

2    A.  "A question, sir.  Do you already have in the field what I

3    gave you in TJ, which is the payment of my 14 at 17, of the

4    106 that they paid us in TJ, sir?"

5    Q.  "It's arriving soon, my buddy.  I'll get them to you early

6    tomorrow."

7    A.  "Oh, okay, sir.  Great.  The thing is that I'm gathering

8    for my 500, and so that you can be gathering for your 500

9    because they've just told me that they will take care of us in

10   three or four days, God willing, sir."

11   Q.  "I already have it ready.  If you like, we can start

12   sending to the smoke."

13          Let's go back to the top.

14          What's your understanding of line 3?

15   A.  Cadete is asking if Chubas has money available to pay him.

16   Q.  Okay.  And if you know, what's your understanding of 41 at

17   17?

18   A.  From the previous conversation, it appears that they

19   were -- Cadete was discussing that 41 kilos were being sold at

20   $17,000 apiece.

21   Q.  Okay.  Next page.

22          Okay.  What's your understanding of line 7?

23   A.  That Cadete is getting ready for -- to pay for his half of

24   the 500 that he was buying from Marllory Chacon and asking

25   Chubas to do the same.

1    Q.  Okay.  And when he says, "They've just told me that they

2    will take care of us in three or four days, God willing,"

3    based on the timing of this message, what's your understanding

4    of what's occurring in three to four days -- or might be

5    occurring in three to four days?

6    A.  Cadete believed that they would have the cocaine available

7    in three to four days.

8    Q.  Okay.  And when Chubas says, "We can start sending to the

9    smoke," what's -- what's your understanding of what smoke is a

10   reference to?

11   A.  El Humo was used to describe Mexico City in a lot of

12   transactions.  That's where they kept money.

13            MR. MEISEL:  Let's go to Government Exhibit 14,

14   please.

15   BY MR. MEISEL:

16   Q.  What's the date of this communication?

17   A.  February 2nd, 2014.

18   Q.  Okay.  I'll be Chubas.  You be Cadete.

19            "That's great, my buddy.  We will meet Nan at whatever

20   time you say.  Good morning, my buddy."

21   A.  "Yes, sir.  We are waiting for these people.  They have

22   not yet arrived here" and "the raw material.  Yesterday --

23   "with the raw material.  Yesterday they told me not to worry.

24   That the first thing to come in is for us."

25   Q.  "Okay.  Very good, my buddy.  The good thing, my buddy, is

1    that when it arrives, we are already ready."

2    A.  "Yes, sir.  That's the most important thing, and now I do

3    have everything better organized in the smoker than last year,

4    sir, to reassure you on that side."

5    Q.  "Okay, my buddy.  That's great.  Go ahead."

6    A.  "Okay, sir.  Have an excellent day."

7    Q.  "Likewise, my buddy."

8        All right.  Let's go to the top.  All right.  All

9    right.  Line 1, what's your understanding of line 1?

10   A.  That Chubas is telling Cadete that they will meet Nan

11   whenever Cadete tells them.

12   Q.  And line 3?

13   A.  Cadete is letting him know that the cocaine has not yet

14   arrived in Guatemala but that when it does, they're the first

15   ones to get it.

16   Q.  Okay.  When -- the first ones to get it, what's -- what

17   does that mean?

18   A.  That the -- it will be sold -- they'll be the first people

19   the cocaine is sold to.

20   Q.  Okay.  All right.  Let's move on to Government Exhibit 15.

21       Date of this communication?

22   A.  February 3rd, 2014.

23   Q.  Okay.  You'll be Cadete.  I'll be Chubas.

24   A.  "Good evening, sir.  The remaining thing is ready.  It's

25   all put away, so you are aware."

1    Q.   "Okay, my buddy.  That's great for when the people receive

2    the work, buddy."

3    A.   "Sir, this morning they told me that right away.  One

4    question, sir.  You know more than I do, and you have more

5    friendships.  Is there's nothing right now in Guate [sic]?"

6    Q.   "Okay.  The good thing is that we're ready when it

7    arrives."

8         Okay.  Can you explain line 5.

9    A.   Cadete is asking if Chubas has anything available in

10   Guatemala right now, whether it's money -- likely money or

11   drugs.

12   Q.   Okay.  Let's move on to Government Exhibit 16.

13        What's the date of this communication?

14   A.   February 5th, 2014.

15   Q.   I'll be Chubas.  You be Cadete.

16        "Good morning, my buddy.  All good last night.  Like an

17   idiot, I forgot to let you know."

18   A.   "Oh, okay, sir.  That's why I was calling you."

19   Q.   "Ha, ha, ha, ha.  Oh, sorry."

20   A.   "Don't worry, sir.  Thank you very much."

21   Q.   "Big symbol, buddy."

22   A.   "Likewise, sir."

23   Q.   "There is material now where you are, buddy."

24   A.   "Oh, okay.  Yes, in the afternoon I have the appointment,

25   like I told you, sir.  What is it at to haggle over price?"

1    Q.  "13, my buddy."

2    A.  "Okay, sir.  I will try to grab it like that, God willing,

3    and have them front us something more like I had already

4    mentioned to you."

5    Q.  "Yes, sir, my buddy.  That's great."

6    A.  "Okay, sir.  I'll call you in the afternoon to give you an

7    answer."

8    Q.  Okay.  Let's go to line 2.

9         What's your understanding of what's happening there?

10   A.  Chubas forgot to contact Cadete the night before.

11   Q.  Okay.  And let's move on to the next page.

12        All right.  What's your understanding of line 9?

13   A.  Cadete is asking Chubas what price he should offer for the

14   appointment he has in the afternoon.

15   Q.  And what's Chubas's response in line 10?

16   A.  13.

17   Q.  Okay.  And what units are we talking about?  Is that

18   money?

19   A.  13,000 U.S. dollars likely.

20   Q.  Got it.  And is -- is there any overall pertinence to

21   $13,000 as it relates to the broader investigation?

22   A.  It's the price per kilo that Marllory charged Cadete for

23   the cocaine that they purchased.

24   Q.  Okay.  Next exhibit, Government Exhibit 17.

25        What's the date of this communication?

1    A.  February 5th, 2014.

2    Q.  You will be Cadete.  I'll be Chubas.

3    A.  "Sir, good afternoon.  I'm at the meeting.  They're asking

4    me if we can make payments once in a while here where I am

5    too."

6    Q.  "Yes, sir, my buddy.  We can send it to them over there.

7    My buddy, things are already there, thank God.  Can you send

8    me a number to give them to them."

9         Let's -- do me a favor.  Before we start talking about

10   Government Exhibit 17, can we move to Government Exhibit 18.

11        What's the date of this communication?

12   A.  February 5th, 2014.

13   Q.  Okay.  Does this appear to be a continuation of Government

14   Exhibit 17?

15   A.  Yes.

16   Q.  Okay.  We'll continue, and then we'll go back to 17.  You

17   can be Cadete.  I'll be Chubas.

18   A.  "310-867-4459 with Ramon from Julio, please, sir."

19   Q.  "Okay, my buddy.  That's great."

20   A.  "Sir, I have excellent news for you."

21   Q.  "That's all, my buddy."

22   A.  "The price was set at 13.  Between now and Monday they

23   will take care of us at 1830.  1,000 paid and 830 on credit.

24   What do you think?"

25   Q.  "Very good, my buddy.  Go ahead.  Good [sic] willing, we

1    will pay the 830 right away."

2    A.  "Yes, sir.  I told the lady here that as soon as they take

3    care of me, I will go to see you so you are informed."

4    Q.  "Yes, sir.  That's great, my buddy."

5    A.  "Okay, sir.  Thanks."

6    Q.  "Thank you, my buddy."

7        All right.  Let's go back to 17 briefly.  Okay.

8    Line 2, if you could explain what's happening there.

9    A.  Cadete is letting Chubas know that he's at a meeting with

10   Marllory Chacon.

11   Q.  Okay.  And if you know, did any- -- anything else

12   significant happen on February 5th, 2014?

13   A.  There was a meeting between Marllory Chacon and Cadete.

14   Q.  And what's your understanding of line 3?

15   A.  That Cadete is asking if it's possible to make payments

16   direct in Guatemala.

17   Q.  Okay.  All right.  Let's move on to 18.

18       All right.  Line 1 is -- have we seen that number

19   previously?

20   A.  Yes.

21   Q.  Okay.  What -- where have we seen that number?

22   A.  Cadete originally passed that number in one of the first

23   intercepted messages to Chubas.

24   Q.  Okay.  And later on in the investigation, was the user of

25   that phone number identified?

1    A.  Yes.

2    Q.  Okay.  All right.  Let's go to line 5 and 6.  Could you

3    explain those.

4    A.  Cadete is letting Chubas know that him and Marllory set a

5    price at 13,000 per kilo and that they were going to provide

6    them 1,830 kilos.  They would pay a thousand of them up front

7    and receive 830 on credit.

8    Q.  Okay.  Let's go to Government Exhibit 19.

9         What's the date of this communication?

10   A.  February 10th, 2014.

11   Q.  Okay.  And I'll be Chubas.  You be Cadete.

12        "Good morning, my buddy.  At your service."

13   A.  "Sir, last night I spoke to the lady.  She told me that

14   she was ready.  I want to think this is going to be for

15   tomorrow with God's help, sir."

16   Q.  "That's great, my buddy.  Any day is fine.  Don't worry."

17   A.  "Thank you, sir."

18   Q.  "I'm going to ask Nan here to see if the equipment plural

19   is already there so he can give it to you."

20   A.  "Okay, sir.  Thanks a lot.  I would like to have them

21   before they take care of us."

22   Q.  "Yes, sir, my buddy.  I will let you know soon."

23   A.  "Okay, sir.  Good day."

24   Q.  Okay.  Let's go back to the top.

25        Let's talk about line 2.  What's your understanding of

```
 1   what's happening in line 2?

 2   A.  Cadete is letting Chubas know that Marllory told him that

 3   he is -- she is ready.

 4   Q.  Okay.  Let's move on to Government Exhibit 20.

 5          What's the date of this communication?

 6   A.  February 11th, 2014.

 7   Q.  And I'll be Chubas.  You be Cadete.

 8   A.  "Good morning, sir."

 9   Q.  "Good morning, my buddy."

10   A.  "I'm going to send you a conversation so that you can see

11   that everything is 100 percent, sir."

12   Q.  And I'll just -- I think -- I'll read line 4.  So this

13   appears to be between Cadete -- actually, this appears to be

14   between --

15              MR. BALAREZO:  Objection.

16              THE COURT:  Sustained.

17   BY MR. MEISEL:

18   Q.  Okay.  This -- and line 4, could you tell us what that

19   appears to be.

20   A.  Cadete is forwarding a message between himself and a BBM

21   PIN Antonieta.

22   Q.  Okay.  And are you familiar with anyone in this

23   investigation that was using the name Antonieta?

24   A.  Yes.

25   Q.  And who is that?
```

1    A.   Marllory Chacon.

2    Q.   All right.  I'll be Antonieta.  You be good Cadete.

3         "Good afternoon."

4    A.   "How have you been?"

5    Q.   "Fine, thank God.  My friend is on his way now.  God

6    willing, we are going to dispatch to you soon."

7    A.   "I am really pleased to hear that news."

8    Q.   "How are you doing?  Have you been able to get anything?

9    Or is business slow?"

10   A.   "Fine.  No, I'm just waiting for you.  I don't want to

11   with anyone else.  Just you.  What do you think?"

12   Q.   "Oh, perfect."

13   A.   "I'm going to grab everything that comes in.  If it's more

14   than what we discussed, I'll grab that too because I'm

15   gathering for more right now."

16   Q.   All right.  Now I'm going to shift back to Chubas.

17        "That's it, my buddy.  That's great.  Go ahead."

18        All right.  Let's go back.

19        All right.  I don't think I need to ask any additional

20   questions on 20.

21        Let's move on to 21.  All right.  Government

22   Exhibit 21, what's the date of this communication?

23   A.   February 11th, 2014.

24   Q.   Okay.  I'll be Chubas.  You be Cadete.

25        "Don't lose hope.  When the lady arrives you're going

1    to be fine."

2    A.  "Yes, sir.  I actually am not losing hope.  We are with

3    the right person, but I like for you to be informed of

4    everything, as it should be, sir."

5    Q.  "Yes, sir, my buddy.  As it should be.  Today we will give

6    you the equipment plural, my buddy, God willing."

7    A.  "Okay, sir.  Then I will be here ready and waiting."

8    Q.  "That's it, my buddy.  Likewise."

9    A.  "Good day, sir."

10   Q.  "Thanks, my buddy.  You too."

11        Okay.  Let's talk about lines 1 and 2.

12        What's your understanding of what's happening there?

13   A.  They're discussing that they're still waiting for the

14   arrival of the cocaine and just -- Chubas is telling him not

15   to lose hope.

16   Q.  Okay.  Moving on to Government Exhibit 22.

17        What's the date of this communication?

18   A.  February 15th, 2014.

19   Q.  All right.  I'll be Chubas.  You be Cadete.

20        "Good morning, my buddy.  How are you?"

21   A.  "Good afternoon, sir.  Fine.  Thanks.  And you?"

22   Q.  "What have they said about when they will give you the

23   material?"

24   A.  "Let me call the lady here.  What do you think?  And I'll

25   tell you why days ago she told me that it was already on the

1    way, yes, sir.  But really now it's urgent to do something."

2    Q.  "Yes, sir, my buddy.  We're chomping at the bit to do

3    something."

4         Okay.  We can move on to Government Exhibit 23.

5         All right.  What's the date of this communication?

6    A.  February 15th, 2014.

7    Q.  Okay.  And what does this communication appear to be?

8    A.  Cadete forwarding a message between him and Antonieta.

9    Q.  Okay.  I'll be Antonieta and you be Cadete.

10   A.  "Good afternoon, ma'am."

11   Q.  "Hi."

12   A.  "How have you been?"

13   Q.  "Fine, thank God.  You?"

14   A.  "Fine.  Waiting for you here.  Wanting to do something

15   because we're collecting dust.  Ha, ha."

16   Q.  "Yes.  We're almost ready now.  I just want them to send

17   me the order to Gaute [sic], and I'll send you the sample for

18   you to see."

19   A.  "Okay.  Perfect, ma'am."

20   Q.  Okay.  What's your understanding of this conversation?

21   A.  Cadete is just following up with Marllory Chacon about the

22   cocaine.

23   Q.  Okay.  Let's move on to Government Exhibit 24.

24        All right.  What's the date of this communication?

25   A.  February 15th, 2014.

1    Q.  Okay.  And does this appear to be a continuation of the

2    last message, Government Exhibit 23?

3    A.  Yes.

4    Q.  Okay.  You be Cadete.  I'll be Chubas.

5    A.  "What do you think of the lady's answers, sir?"

6    Q.  "Very good, my buddy.  Go ahead."

7         All right.  Let's move on to 25.

8         What's the date of this communication?

9    A.  February 15th, 2014.

10   Q.  I'll be Chubas.  You be Cadete.

11   A.  "Sir, the lady is telling me that she is going to need

12   four here where I am.  Can we start bringing them over?  I

13   have two in TJ.  There I'll give them to you so as not to move

14   what we have in the smoke or whatever you say, sir."

15   Q.  "Yes, sir, my buddy.  Give them to me in TJ.  Send me the

16   number and we'll get them for you."

17   A.  "Okay, sir.  Go ahead.  Okay, sir.  I'll ask for it here."

18   Q.  "Unintelligible.  Okay."

19        Let's go back to the top.  Can you explain what's

20   happening in lines 1 and 2.

21   A.  Cadete is explaining how much money Marllory is asking for

22   four.  Based on the calculation of the amount that they agreed

23   on and the price, $4 million, and that they need to start

24   getting it to Guatemala.  He also has 2 million in TJ that he

25   mentions that he can use.

1    Q.  Okay.  Moving on to 26.

2         All right.  What's the date of this communication?

3    A.  February 15th, 2014.

4    Q.  Just one line, if you could read it.

5    A.  "664360 9766 with mariachi from the singer, please, sir."

6    Q.  Okay.  And this is between which two users?

7    A.  Cadete and Chubas.

8    Q.  Okay.  And if you -- you know, based on your experience in

9    these investigations, what is your understanding of this

10   communication or the purpose of the communication?

11   A.  In the previous communication, Chubas had asked Cadete to

12   get him a number of where to -- somewhere to send it.  So I

13   believe this is his response.

14   Q.  Okay.  Are these, like, routing instructions?

15   A.  Yeah, a telephone number.

16   Q.  Okay.  Next exhibit, 27.

17        What's the date of this one?

18   A.  February 15th, 2014.

19   Q.  Okay.  Does this appear to be a continuation of the last

20   one?

21   A.  Yes.

22   Q.  Okay.  I'll be Chubas.  You be Cadete.

23        "Okay, my buddy.  They'll call you here."

24   A.  "Sir, I have 1,950.  Can you put up the 50 for me, and

25   when I see you I'll pay you what's pending?  And that way it's

DVORSKY - DIRECT

1    my two and your two and we've come up with what the lady

2    wants."

3    Q.  What's your understanding of this message?

4    A.  Cadete is letting Chubas know that has 1.95 million and

5    needs another 50, if he can, so that they can split the

6    4 million equally to each."

7    Q.  Okay.  Government Exhibit 28.

8         What's the date of this communication?

9    A.  February 16th, 2014.

10   Q.  You can be Cadete.

11   A.  "Good evening, sir.  All set with your guy.  1950."

12   Q.  Okay.  Let's move on to 29.

13        All right.  What's the date of this communication?

14   A.  February 18th, 2014.

15   Q.  Okay.  This does not appear to be in the same format as

16   some of the previous communications.  What -- if you could

17   explain, what appears to be occurring in this communication?

18   A.  A request to Chubas to add Cadete's new BlackBerry

19   Messenger PIN.

20   Q.  Okay.  Was -- during the course of the investigation, was

21   there anything that occurred prior to this that was -- that

22   might be pertinent to this particular message?

23   A.  On February 17th, 2014, there was an arrest and seizures

24   made in Los Angeles that were -- regarded the telephone number

25   that Cadete had previously passed Chubas.

1    Q.  Okay.  Now, other than these intercepted messages that

2    came over the San Diego T III, were there any other messages

3    obtained by FBI that were pertinent to this investigation?

4    A.  Yes.

5    Q.  What was the nature of those messages, and how were they

6    collected?

7    A.  Marllory Chacon had provided screenshots of her messages

8    to the handling agent.

9    Q.  Okay.  And those were messages between who and whom?

10   A.  Between Marllory and Mr. Perez.

11   Q.  And you've had a chance to review Government Exhibit 30,

12   which is now in evidence?

13   A.  Yes.

14   Q.  And did that disc contain a number of messages between

15   Chacon and Mr. Perez Cazares?

16   A.  Yes.

17   Q.  Okay.  I would like to publish Government Exhibit 31.

18        Government Exhibit 31, is that one of those messages

19   that were provided by Chacon to her DEA handlers?

20   A.  Yes.

21   Q.  Okay.  I'll let you be Cadete, and I'll be -- what is the

22   handle that Chacon is using?

23   A.  Antonieta.

24   Q.  So I'll be Antonieta.

25   A.  "All right, ma'am.  Here at your service."

DVORSKY - DIRECT

1    Q.  Antonieta, "(Y)."

2    A.  And Cadete has some sort of symbol in parentheses.

3    Q.  Okay.  Let's move on to Government Exhibit 32.

4        All right.  You be Cadete.  I'll be Antonieta.  What's

5    the date -- well, I'll rephrase the question before we read

6    the messages.

7        The dates depicted on this exhibit, if you know, are

8    these the dates that the communication occurred between Cadete

9    and Chacon?

10   A.  Unknown.

11   Q.  Okay.  And why is that?

12   A.  The dates on this are when she had sent them to the DEA.

13   Q.  Got it.  All right.

14       So I'll be Antonieta.  "Good evening."

15   A.  "Good evening.  At your service."

16   Q.  "Forgive me for not being able to meet with you-all today

17   but I will be waiting for you tomorrow at 11:30."

18   A.  "Of course.  I am entirely at your disposal."

19   Q.  Okay.  And then an unknown symbol.

20       Let's move on to 33.  I'll be Antonieta.  You be

21   Cadete.

22   A.  "Good afternoon."

23   Q.  "Good afternoon!!!!"

24   A.  "How have you been?"

25   Q.  "Good, thank God.  Hanging in there."

1    A.  "I'm glad.  Just so you are aware, I will be coming to see

2    you at whatever time you tell me.  I am at your disposal for

3    us to meet."

4    Q.  "Okay."

5    A.  "Thanks."

6    Q.  "Can you tomorrow at 11:00?"

7    A.  "At 11:00 I will be meeting with Don Fernando.  Would you

8    like to meet before or after?  It's up to you."

9    Q.  "Oh, okay.  After.  How does 3:00 sound to you?"

10   A.  "Perfect."

11   Q.  All right.  Let's go to 34.

12        I'll be Antonieta.  You be Cadete, please.

13   A.  "Good morning, ma'am."

14   Q.  "Good morning!!"

15   A.  "Saying hello to you here and to ask if there has been any

16   update or if we continue waiting."

17   Q.  "In about three days we'll be ready.  How much are you

18   going to need?"

19   A.  "Cash up front one."

20   Q.  "Oh, okay.  You'll take whatever I have; right?"

21   A.  "Yes.  Look, I need one cash up front, and if you can

22   support me with another one for a couple of days, we can

23   commit."

24   Q.  "Yes.  Whatever comes in we'll give it to you.  Give me a

25   couple of days and I'll confirm for you."

1    A.  "Okay.  Great.  I will remain here waiting without moving

2    from where I saw you until we make the first move between you

3    and I."

4    Q.  "Yes.  Don't worry."

5    A.  "Thanks.

6         "Good morning, ma'am.  Good morning, ma'am.  Good

7    morning, ma'am.  I am ready with the paper for one full one

8    whenever you say."

9    Q.  "Good morning!!  Can you meet later this afternoon?"

10   A.  "Good morning.  No, ma'am.  I came to the smoke to do some

11   pending things.  But if you say so, I will go and I'll be with

12   you tomorrow.  I already have a flight for tomorrow morning,

13   ma'am.  I will call you at noon when I am arriving there with

14   you.

15        "Good morning, ma'am.  I am arriving here with you.  We

16   can meet at whatever time you say."

17   Q.  "I can at 4:00.  Good morning!!"

18   A.  "Okay.  Perfect.  Shall I go to the plaza and you-all will

19   come get me or up to you?"

20   Q.  "Can't you come on your own?"

21   A.  "Of course.  Yes.  I'll see you there at 4:00 on the dot

22   then."

23   Q.  "Okay."

24   A.  Unknown symbol.  "Letting you know that I'll be there in

25   five minutes."

1    Q.  "Okay.  Tell them at the guard hut that it's on behalf of

2    the captain."

3    A.  "Okay.  Thanks."

4    Q.  "I'll be there in five.  On my way."

5    A.  "Okay."

6    Q.  Okay.  Let's move on to -- or Government Exhibit 35.

7         All right.  We're not going to read this whole one, but

8    do you recognize -- is this -- and is this -- and is this also

9    between Mr. Perez Cazares and Marllory Chacon?

10   A.  No, it's not.

11   Q.  Okay.  And this communication is between whom and who, if

12   you know?

13   A.  Marllory Chacon and Ana Ramirez, who works with the DEA.

14        MR. MEISEL:  Okay.  Let's go down to line 35,

15   please.

16   BY MR. MEISEL:

17   Q.  Okay.  Can you explain what's happening, I guess, you

18   know, between 33 and 36.

19   A.  Ana is asking Marllory what PIN Cadete used when they

20   talked on BlackBerry Messenger.

21   Q.  Okay.  Is there a PIN number that's provided in -- in this

22   series of communications?

23   A.  Yes.

24   Q.  Okay.  What's the PIN number?

25   A.  2B66E26B.

1    Q.  Okay.  And that's -- this is a communication from Ana to

2    Chacon?

3    A.  Yes.

4    Q.  Okay.  And -- but is the -- does it appear that Ana --

5              MR. BALAREZO:  Objection.

6              MR. MEISEL:  Withdrawn.

7    BY MR. MEISEL:

8    Q.  What is Ana trying to do in that communication, if you can

9    tell?

10   A.  Determine how many PINs Cadete used when speaking to

11   Marllory.

12             MR. MEISEL:  Okay.  Angela, if you don't mind, could

13   we flip back to Government Exhibit 7.

14   BY MR. MEISEL:

15   Q.  All right.  And this is one of the T III intercepts.  What

16   PIN was Cadete using at this -- in this communication?

17   A.  2B66E26B.

18             MR. MEISEL:  Okay.  All right.  We can -- we can go

19   dark for a minute.

20        All right.  We're going to -- and, Your Honor, I'm

21   transitioning topics here.  I can continue to press, but if

22   the Court or staff need a break, I'm about to segue.

23             THE COURT:  All right.  Nancy, we're going to go

24   until -- we're going to break for lunch about 12:20.  Can you

25   go until then?

```
1                THE COURT REPORTER:  Can we take a quick break?

2                THE COURT:  Of course.  We'll take a ten-minute

3     break.

4                (Recess taken.)

5     BY MR. MEISEL:

6     Q.  Agent Dvorsky, I'm going to direct your attention back to

7     the Southern District of California, specifically

8     February 17th, 2014.  Any significant investigative activity

9     that occurred on that date and in that region?

10    A.  Yes.

11    Q.  Can you tell me -- can you tell me briefly what occurred

12    on February 17th, 2014.

13    A.  The San Bernardino County Sheriff's Department was

14    conducting surveillance on an individual.  They followed the

15    individual and eventually conducted a traffic stop, identified

16    the individual, later arrested the -- and detained the

17    individual, and conducted multiple search warrants as a result

18    of the arrest.

19    Q.  Okay.  Can you tell me a little bit about some of the

20    events that preceded the arrest and the resulting seizures.

21    A.  As a result of the Title III done by DEA, when Cadete had

22    passed a telephone number to Chubas, the San Bernardino County

23    Sheriff's Department obtained a GPS ping warrant for that

24    phone number ending in 4495.  They began physical and

25    electronic surveillance of that phone to determine who was the
```

1    owner of the phone.

2         After about three weeks, they had followed the

3    individual and believed that the individual and the phone were

4    located somewhere on Woodley Place in an apartment complex.

5    On the 17th they started surveillance near that complex and

6    followed the ping, which moved to another address on Foothill

7    Boulevard.  Surveillance was able to pick up a vehicle, a

8    black Nissan Ultima, which they believed -- which was in that

9    area of Foothill Boulevard and they believed was the owner of

10   the telephone they were following.

11        They followed the vehicle to another location on

12   Bryant Street where they witnessed the individual exit the

13   vehicle, enter a residence, and come back out to the car with

14   two large grocery bags, which were placed in the back seat.

15   They continued to follow the vehicle and eventually conducted

16   a traffic stop for a broken rear brake light.

17   Q.  I'm going to stop you there for a second.

18   A.  Okay.

19   Q.  At the traffic stop, how many occupants were in the

20   vehicle?

21   A.  One.

22   Q.  Was that person identified?

23   A.  Yes.

24   Q.  Who was his name?

25   A.  Jesus Gallardo Sanchez.

1    Q.  And if you could continue, what occurred during the

2    traffic stop?

3    A.  They got consent to search the vehicle from

4    Mr. Gallardo Sanchez.  They found a cell phone in the vehicle,

5    and they also found an aftermarket compartment behind the

6    backseat, which they opened and located five bags of cash,

7    U.S. dollars.

8    Q.  And this -- and the cash was located in what type of

9    compartment?

10   A.  It was a hidden compartment that had been built in behind

11   the backseat of the vehicle.

12   Q.  Okay.  At some point did San Bernardino County Sheriff's

13   Department determine the total amount of cash that was inside

14   the vehicle?

15   A.  Yes.

16   Q.  And how much cash?

17   A.  Five -- it was over $500,000.

18   Q.  Okay.  Was it $556,800?

19   A.  Yes.

20          MR. BALAREZO:  Objection.

21          THE COURT:  Overruled.

22   BY MR. MEISEL:

23   Q.  And did they find -- other than the -- and by the way,

24   this is U.S. dollars?

25   A.  Yes.  Correct.

1    Q.  Okay.  Other than the cash, what other items of an

2    evidentiary value were recovered during the traffic stop?

3    A.  In a search of Mr. Gallardo Sanchez's person, they located

4    another cell phone and a piece of paper with the numbers

5    556,800 written on it in his pocket.

6    Q.  Okay.  The cell phone, was there anything significant

7    about the cell phone that was recovered from him?

8    A.  The cell phone matched the phone number which they had the

9    GPS warrant for.

10   Q.  And that number, that was 310-867-4459?

11   A.  Yes.

12   Q.  Okay.  And following the traffic stop, what additional

13   investigative steps were taken by San Bernardino County

14   Sheriff's Department?

15   A.  Mr. Gallardo Sanchez asked the officers if they could help

16   him and agreed to take them back to his apartment where he

17   offered that he had more contraband.

18   Q.  What was done at that point?

19   A.  Officers went to Mr. Gallardo Sanchez's apartment at

20   8338 Woodley Place, Apartment 48.  They conducted a security

21   sweep upon entering to make sure there was no one else in the

22   apartment and that it was safe for them to enter.  And during

23   that time they located other contraband to include drugs and

24   money in plain sight, and they froze the scene to request a

25   search warrant from the court.

1    Q.   Did they receive the search warrant?

2    A.   They did.

3    Q.   And what happened at that point?

4    A.   They did a complete search of the residence and located a

5    total of 74 kilos of cocaine and 513,185 U.S. dollars in cash.

6    Q.   And other than that particular location at 8338 Woodley

7    Place, were there additional locations that were searched by

8    San Bernardino County Sheriff's Department?

9    A.   Yes.

10   Q.   What other locations were searched?

11   A.   14380 Foothill Boulevard was searched and 18655 Bryant

12   Street.

13   Q.   And if you recall, what was recovered at the Foothill

14   Boulevard location?

15   A.   They recovered some drug wrappings and some gun magazines.

16   Q.   And what was recovered at the Bryant Street address?

17   A.   Another $364,730.

18   Q.   Okay.  Other than Mr. Gallardo Sanchez, were there any

19   other additional individuals that were identified during the

20   law enforcement activity by San Bernardino County Sheriff's

21   Department on February 17th, 2014?

22   A.   There were two individuals at the Bryant Street address,

23   Ezequiel Virgen and Daisy Garcia.

24   Q.   Okay.  In total, how much cash was seized by the

25   San Bernardino County Sheriff's Department on February 17th,

DVORSKY - DIRECT

1    2001?

2    A.  Approximately $1.4 million.

3    Q.  And approximately how much cocaine?

4    A.  74 kilograms.

5    Q.  Were there any other controlled substances, or was it just

6    cocaine?

7    A.  Just cocaine.

8    Q.  We're -- I'm going to show you some photographs.

9    A.  Okay.

10   Q.  Let's go to Government Exhibit 200-17 through 25.  Showing

11   you 17 -- or 200-17, what's depicted here?

12   A.  The bags of cash that were located in the hidden

13   compartment in the vehicle.

14   Q.  18, 200-18, please.

15        What's depicted here?

16   A.  It's showing the aftermarket hidden compartment that was

17   located and the wires.

18   Q.  Government Exhibit 200-19.

19   A.  Inside the hidden compartment in the vehicle.

20   Q.  Government Exhibit 200-20.

21   A.  More of the hidden compartment after everything had been

22   removed.

23   Q.  Government Exhibit 200-21, what's depicted here?

24   A.  The Nissan Altima that Gallardo Sanchez was driving.

25   Q.  Government Exhibit 200-22, what's depicted here?

1    A.  Mr. Gallardo Sanchez.

2    Q.  Government Exhibit 200-23, what's depicted here?

3    A.  The contents of the search of the vehicle, all the cash,

4    the two cell phones, and two identifications.

5    Q.  Government Exhibit 200-24, what's depicted here?

6    A.  The piece of paper that was in Mr. Gallardo Sanchez's

7    pocket with the 556,800 written on it.

8    Q.  Government Exhibit 200-25, what's depicted here?

9    A.  Another picture of some of the cash that was located in

10   the vehicle.

11   Q.  Okay.  I'm going to move to Government Exhibit 200-7

12   through 13.  Starting with 200-7, what's depicted in this

13   photo?

14   A.  Suspected bricks of cocaine located at the residence.

15   Q.  And this is at the 8338 Woodley Place residence?

16   A.  Yes.

17              MR. MEISEL:  Two hundred -- Government

18   Exhibit 200-8, please.

19   BY MR. MEISEL:

20   Q.  What's depicted here?

21   A.  Cash that was located at the Woodley Place residence.

22   Q.  Government Exhibit 200-9, what's depicted here?

23   A.  Another photo of some of the cocaine -- suspected cocaine

24   that was located at the residence.

25   Q.  Government Exhibit 200-10, what's depicted here?

 1    A.  Two duffle bags that have cocaine in them, suspected

 2    cocaine.

 3    Q.  Government Exhibit 200-11, what's depicted here?

 4    A.  Another duffle bag with suspected cocaine.

 5    Q.  Government Exhibit 200-12, what's depicted here?

 6    A.  A duffle bag with some of the suspected cocaine and some

 7    U.S. currency.

 8    Q.  Okay.  Government Exhibit 200-13, what's depicted here?

 9    A.  Bags of the cocaine wrappings, plastic wrap.

10    Q.  Okay.  So this is -- this is not cocaine?

11    A.  No.

12    Q.  These -- this is just wrappings for -- that were -- that

13    contained --

14             MR. BALAREZO:  Objection, Your Honor.

15             THE COURT:  Yeah.  What --

16             MR. MEISEL:  Withdrawn.

17             THE COURT:  What are those wrappings for?

18             THE WITNESS:  They're plastic wraps that are used to

19    wrap the bricks of cocaine.

20    BY MR. MEISEL:

21    Q.  Okay.  Let's move on to 200-5.

22             THE COURT:  Wrappings that have been used

23    previously, or they're for future wrappings?

24             THE WITNESS:  Those had been used previously.

25             THE COURT:  Had been used previously?

```
 1                    THE WITNESS:  Uh-huh.

 2                    THE COURT:  So discarded wrappings?

 3                    THE WITNESS:  Yes.

 4   BY MR. MEISEL:

 5   Q.  And what's depicted here?

 6   A.  Cash that was located in a suitcase.

 7   Q.  Okay.  And this is -- is -- if you recall, is this a

 8   different location from the initial search location?

 9   A.  This is the Bryant Street address.

10   Q.  Okay.  200-6, please.  What's depicted here?

11   A.  Cash that was located at the Bryant Street address.

12                    MR. MEISEL:  Okay.  Let's go to Government

13   Exhibit 200-2, please.

14   BY MR. MEISEL:

15   Q.  What's depicted here?

16   A.  An unwrapped brick of cocaine that they found.

17   Q.  Okay.  And can you explain to us what -- what is -- what

18   is depicted on the brick of cocaine.

19   A.  The word Rolex is stamped into the brick of cocaine.

20   Q.  Okay.  And, again, what is this?  What is that?

21   A.  It is a mark to note who the cocaine belonged to.

22   Q.  200-3, please.

23   A.  This is another brick of cocaine with the different mark.

24   Q.  And what's the marking on this?

25   A.  RR.
```

```
 1              MR. MEISEL:  200-4, please.

 2   BY MR. MEISEL:

 3   Q.  What's depicted here?

 4   A.  Another brick of cocaine with the word -- I'll spell it --

 5   T-l-l-r-s written on it.

 6   Q.  Okay.  And the substance that we see on this -- and on

 7   this cocaine and to the side of it, do you know what those

 8   are?

 9   A.  To keep the smell of cocaine from being too strong, they

10   often wrapped it in laundry detergent, which is the white

11   stuff and grease all over the packaging.

12   Q.  Got it.  All right.

13              MR. MEISEL:  I'm going to jump ahead to 200-26,

14   please.

15   BY MR. MEISEL:

16   Q.  What's depicted here?

17   A.  The total amount that had been seized during the -- by

18   San Bernardino during the searches.

19              MR. MEISEL:  200-27, please.  We can skip this one.

20   200-28, please.

21   BY MR. MEISEL:

22   Q.  What's depicted here?

23   A.  One of the bricks of cocaine with Rolex.

24   Q.  And where is -- where is this photograph taken, if you

25   know?
```

1    A.  At the DEA lab.

2              MR. MEISEL:  200-29, please.

3    BY MR. MEISEL:

4    Q.  What's depicted here?

5    A.  Another still-wrapped brick of cocaine taken at the DEA

6    lab with Rolex and J-36 written on it.

7              MR. MEISEL:  200-30, please.

8    BY MR. MEISEL:

9    Q.  What's depicted here?

10   A.  An unwrapped brick of cocaine with the stamp RR taken at

11   the DEA lab.

12   Q.  200-31, please.

13   A.  And the wrapped brick of cocaine with the RR written on it

14   at the DEA lab.

15   Q.  Thank you.

16             And if you know, was any analysis conducted at the DEA

17   lab with respect to the seizures that occurred on

18   February 17th, 2014?

19   A.  Yes.

20   Q.  And what was the result of the analysis?

21   A.  Positive for cocaine.

22             MR. MEISEL:  I'm going to publish 200-32, please.

23             THE COURT:  Let me ask you one quick question.  When

24   you look at a -- something that has, like, the Magic Marker RR

25   on the wrapping, is that Magic Marker marking by law

1    enforcement or that's how it came into possession of law

2    enforcement?

3                THE WITNESS:  That is how it came into possession.

4    BY MR. MEISEL:

5    Q.  And do you recognize 200-32?

6    A.  Yes.

7    Q.  And what is this?

8    A.  This is the DEA final lab report.

9                MR. MEISEL:  Okay.  And could we just zoom in on the

10   top -- top bars, please.

11   BY MR. MEISEL:

12   Q.  And if you could explain to us just how to read this

13   report and the results.

14   A.  The results show that there was a total of 75.10 kilograms

15   of cocaine, the weight of all the materials without the

16   packaging, as it says.  So they were unwrapped and weighed,

17   and that was the final total amount.

18   Q.  Okay.  Thank you.  Moving on.

19                MR. MEISEL:  We can go dark.

20   BY MR. MEISEL:

21   Q.  Directing your attention to February 22nd, 2014, in

22   Guatemala City, Guatemala, what, if any, pertinent

23   investigative activity occurred on that date in that location?

24   A.  The arrest of Mr. Perez and Max Medina in Guatemala City,

25   Guatemala, and the seizure of 500 kilograms of cocaine.

1    Q.  And during our preparations for trial, were witnesses

2    involved in that seizure identified and interviewed?

3    A.  Yes.

4    Q.  If you know, how were those witnesses identified?

5    A.  Through an MLAT with Guatemala and also with the

6    assistance of DEA Guatemala.

7    Q.  Were you present for those interviews?

8    A.  Yes, I was.

9    Q.  Where were those interviews conducted?

10   A.  Guatemala City, Guatemala.

11   Q.  And who were some of the key individuals and their roles

12   involved in the operation on February 22nd, 2014?

13   A.  Guatemalan Sensitive Investigations Unit, including --

14   first name's Henry, who was one of the initial officers

15   conducting surveillance; the commander, who was Oscar.  He was

16   in charge that day, and he set up the surveillance for the

17   operation.  And then K-9 handler Kelso who was one of the

18   first people on scene, and he did the K-9 handling.  He also

19   entered the vehicle -- suspected vehicle, and he field tested

20   the cocaine that was located.

21   Q.  Other than interviewing those individuals, what other

22   sources of information were available that you -- that

23   informed you with respect to the activity that occurred on

24   February 22nd, 2014, in Guatemala City?

25   A.  The police reports that were provided by the Guatemalan

1    Sensitive Investigation Unit and photographs and also

2    information from the MLAT.

3    Q.  Turning your attention specifically to February 22nd,

4    2014, did you learn what prompted the initial involvement of

5    the Guatemalan Sensitive Investigation Unit?

6    A.  Yes.

7    Q.  What was that?

8    A.  A -- an anonymous tip was called in regarding a white box

9    truck which was traveling north on Highway El Salvador in

10   Guatemala City, and the caller also provided a license plate

11   for the vehicle.

12   Q.  As a result of the tip, what, if anything, did members of

13   the sensitive investigation unit do?

14   A.  They established surveillance in the area of Highway

15   El Salvador, which is a main thoroughfare, and waited to see

16   if the box truck appeared.

17   Q.  Okay.  And was the truck described in the anonymous tip

18   located by -- I'm going to start calling them SIU.

19   A.  It was just as a white box truck.

20   Q.  Okay.  But was -- did -- SIU, were they ultimately able to

21   locate that truck during the surveillance operation?

22   A.  Yes.  Yes.  Sorry.

23   Q.  And after it was located, what did SIU do?

24   A.  They continued to follow the vehicle to make sure that it

25   was headed in the direction the caller had said, which was

1    north.  And then during their surveillance, the vehicle was

2    involved in a traffic accident, which prompted them to

3    initiate an investigation.

4    Q.  And what occurred during that investigation?

5    A.  The K-9 unit was called to the scene, and K-9 Ricky was

6    alerted to the outside of the vehicle to the presence of

7    narcotics.

8    Q.  And based on the alert, what, if anything, did members of

9    the SIU do at that point?

10   A.  SIU contacted the Ministerio Publico to obtain a search

11   warrant for the vehicle.

12   Q.  Okay.  And what was done at that point?

13   A.  Once they received authorization, they took the keys from

14   the occupants of the vehicle and they opened the back of the

15   truck.

16   Q.  Can you describe the interior of the cargo compartment as

17   it appeared when it was initially opened.

18   A.  It was completely empty, except there appeared to be

19   aftermarket wood paneling around the interior of the truck.

20   Q.  And what, if anything, was done by members of the SIU and

21   public ministry at that point?

22   A.  They began removing the paneling and located hidden

23   compartments behind the paneling.

24   Q.  And what was recovered -- and what was recovered from

25   those hidden compartments, if you know?

DVORSKY - DIRECT

1    A.  Approximately 498 bricks of cocaine -- suspected cocaine.

2    Q.  Okay.  And how did SIU and public ministry process the

3    scene?

4    A.  They pulled the bricks from each side of the truck.  They

5    were labeled A, B, and C.  They laid them out in the street

6    where the accident occurred, and they labeled each one and

7    photographed all of them.

8    Q.  And what was done after they had removed all the bricks

9    and placed them on the street?

10   A.  They began field testing random samples of the bricks of

11   cocaine.

12   Q.  And if you know, what was the result of the random field

13   testing?

14   A.  They were presumptively positive for the presence of

15   cocaine.

16   Q.  When SIU initially stop the truck, how many occupants were

17   in the truck?

18   A.  Two.

19   Q.  And were the occupants identified?

20   A.  They were.

21   Q.  How were they identified?

22   A.  With their Mexican passports that they had on them.

23   Q.  And who were the occupants of the vehicle?

24   A.  The driver was Max Medina, and the passenger was

25   Mr. Perez.

1    Q.  Okay.  We're going to show you a couple of photographs.

2    I'm going to start with 201-1.  What's depicted in this

3    exhibit?

4    A.  It's a photograph of Kelso, the SIU officer and his K-9,

5    which is alerting.

6              MR. MEISEL:  201-2, please.

7    BY MR. MEISEL:

8    Q.  What's depicted here?

9    A.  Mr. Perez.

10   Q.  And -- and is this Mr. Perez Cazares during the SIU

11   investigation?

12   A.  Yes.

13             MR. MEISEL:  Okay.  201-3, please.

14   BY MR. MEISEL:

15   Q.  What's depicted here?

16   A.  Mr. Perez Cazares on the left and Max Medina on the right.

17             MR. MEISEL:  201-4, please.

18   BY MR. MEISEL:

19   Q.  What's depicted here?

20   A.  The white box truck that they were driving and the license

21   plate matched that which was given in the tip.

22             MR. MEISEL:  201-5, please.

23   BY MR. MEISEL:

24   Q.  What do we see occurring in this picture?

25   A.  Officer Kelso is removing the wood paneling from the

1    inside of the truck to reveal the hidden compartments.

2           MR. MEISEL:  Okay.  We're going to jump ahead to

3    201-10, please.

4    BY MR. MEISEL:

5    Q.  What's depicted here?

6    A.  That is -- looks like the full side has been removed from

7    one of the sides of the truck.

8    Q.  Okay.  And so what do we see behind the paneling that was

9    on the side of that truck?

10   A.  Bricks of suspected cocaine.

11          MR. MEISEL:  201-11, please.

12   BY MR. MEISEL:

13   Q.  What's depicted here?

14   A.  Two of the sides have been completely removed, and SIU is

15   continuing to remove the third side of paneling to expose the

16   compartments.

17   Q.  201-12, please.

18   A.  All three sides have been exposed and all of the cocaine.

19   Q.  Okay.  And can you explain the significance of the yellow

20   signs that we see depicted in this picture.

21   A.  They labeled each side A, B, or C.

22   Q.  201-15.  What's depicted here?

23   A.  It's a photo of one of the wrapped bricks of cocaine.

24   Q.  And what do we see on that brick of cocaine?

25   A.  An H.

```
1    Q.  And what -- again, what is that?

2    A.  It is a marking for who the owner of the cocaine is.

3              MR. MEISEL:  Moving to 201-16, please.

4    BY MR. MEISEL:

5    Q.  Can you explain what's depicted here.

6    A.  That is all of the cocaine that was pulled from the

7    A side.  It goes to 150 that have been marked by law

8    enforcement according to the side that they were on.

9    Q.  201-17, please.

10   A.  That is all the cocaine from the B side of the truck.

11   There were 202 bricks.

12             MR. MEISEL:  201-18, please.

13   BY MR. MEISEL:

14   Q.  What is this?

15   A.  This is a passport for Mr. Perez.

16   Q.  201-19, please.

17   A.  That's the outside of his passport.

18   Q.  201-20, please.

19   A.  That's the vehicle registration that was located inside of

20   the box truck.

21             MR. MEISEL:  201-21, please.

22   BY MR. MEISEL:

23   Q.  What is this?

24   A.  The Mexican driver's license for Max Medina.

25             MR. MEISEL:  201-22, please.
```

```
1    BY MR. MEISEL:

2    Q.  What is this?

3    A.  That is the passport for Max Medina.

4           MR. MEISEL:  201-23, please.

5    BY MR. MEISEL:

6    Q.  What do we see here?

7    A.  It's a photo of the scene and all of the cocaine that had

8    been removed from the truck.

9           MR. MEISEL:  201-24, please.

10   BY MR. MEISEL:

11   Q.  What is this?

12   A.  Another photo of the cocaine and an officer who is marking

13   the bricks and -- from the side labeled C.

14          MR. MEISEL:  We're going to jump to 201-26, please.

15   BY MR. MEISEL:

16   Q.  What's depicted here?

17   A.  That's Officer Kelso conducting a random drug sampling to

18   test the packages.

19          MR. MEISEL:  201-27, please.

20   BY MR. MEISEL:

21   Q.  What's depicted here?

22   A.  That's how the cocaine was packaged up after everything

23   was counted and tested.

24          MR. MEISEL:  And 201-29, please.  Oh, I'm sorry.

25   28.  Let's go back to 28.
```

```
 1    BY MR. MEISEL:

 2    Q.   What is this?

 3    A.   Some of the other contents that were located in the

 4    vehicle with the occupants, some cash and cell phone.

 5    Q.   Okay.  Now, you mentioned that there was -- there was

 6    mutual legal assistance request that was submitted to

 7    Guatemala in relation to this side of the investigation?

 8    A.   Yes.

 9    Q.   Did we -- if you know, did the United States government

10    receive a response to that request from Guatemalan

11    authorities?

12    A.   Yes.

13              MR. MEISEL:  I'm going to pull up Government

14    Exhibit 200-29, please.

15    BY MR. MEISEL:

16    Q.   Okay.  I believe this is the -- do you recognize the cover

17    of this document?

18              THE COURT:  Is this 200-29?

19              MR. MEISEL:  201-29, Your Honor.  Thank you.

20    A.   Yes, I do recognize it.

21    BY MR. MEISEL:

22    Q.   Does this appear to be a response from Guatemalan

23    authorities?

24    A.   Yes.

25              MR. MEISEL:  Okay.  I'm going to ask my assistant to
```

1    pull up 201-29 -- is it T?  Now, this -- and this is a

2    certified translation of the document, and I'm going to ask

3    that we go to page 38.  And if we could just zoom in a little

4    bit.

5    BY MR. MEISEL:

6    Q.  Do you recognize what is -- generally, what -- what is

7    summarized in this portion of the translated MLAT response?

8    A.  The Guatemalan lab report that they completed after the

9    seizure.

10   Q.  Okay.  Does it indicate how many total packages were

11   identified and examined?

12   A.  Yes.

13          MR. MEISEL:  Okay.  Is the witness able to mark the

14   screen?

15          THE COURTROOM DEPUTY:  Yes.

16   BY MR. MEISEL:

17   Q.  Can you test that feature.

18   A.  Yes.

19   Q.  Could you circle where on this document it indicates how

20   many total packages were identified and examined.

21   A.  (Witness complying.)

22   Q.  If you could indicate if they determined the gross weight

23   of the substance recovered.

24   A.  (Witness complying.)

25   Q.  Okay.  And what was -- and how many packages were

```
 1    determined to contain cocaine?

 2    A.  484 packages.

 3    Q.  Could you indicate where that is communicated.

 4    A.  (Witness complying.)

 5    Q.  And were there any packages that were determined to not

 6    contain cocaine?

 7    A.  Yes.

 8    Q.  And how many was that?

 9    A.  16.22.

10    Q.  Okay.  Where is that indicated?

11    A.  (Witness complying.)

12    Q.  Thank you.

13         MR. MEISEL:  All right.  Let's go dark.

14    BY MR. MEISEL:

15    Q.  Let's talk about Marllory Chacon.  Who is Marllory Chacon?

16    A.  She is a convicted Guatemalan drug trafficker and current

17    government witness.

18    Q.  Was she the subject of a U.S. government investigation?

19    A.  Yes, she was.

20    Q.  By which agency?

21    A.  The Drug Enforcement Administration.

22    Q.  Was she indicted in the United States?

23    A.  She was.

24    Q.  In which district?

25    A.  The Southern District of Florida.
```

1    Q.  And if you know, could you briefly explain the

2    circumstances whereby she came to be working for the U.S.

3    government.

4    A.  She was -- I know she was approached by DEA Special

5    Agent Paul Cohen during his investigation into her drug

6    trafficking.

7    Q.  And what -- what is -- when we use the term handler, what

8    does that mean?

9    A.  Handler is the U.S. government representative who is in

10   charge of a government witness.

11   Q.  And who is Marllory Chacon's handler?

12   A.  DEA Special Agent Paul Cohen.

13   Q.  And what was her role in this investigation, Marllory

14   Chacon's role?

15   A.  Marllory set up a deal with Mr. Perez to -- and sold him

16   500 kilograms of cocaine.

17   Q.  Okay.  And did the Federal Bureau of Investigation or DEA

18   receive any information or evidence from Ms. Chacon during

19   this investigation?

20   A.  Yes.

21   Q.  And what was it that we received from Ms. Chacon?

22   A.  Audio and video recordings of meetings she held with

23   Mr. Perez.

24   Q.  Okay.  And have you had a chance to review those video

25   recordings or audio and video recordings?

1    A.  Yes.

2    Q.  Okay.  And did they appear to fairly and accurately depict

3    meetings between Ms. Chacon and other individuals?

4    A.  Yes.

5    Q.  Okay.  Including the defendant?

6    A.  Yes.

7    Q.  How many meetings or how many recorded meetings were

8    there?

9    A.  Four.

10   Q.  Do you recall the specific dates of those meetings?

11   A.  October 29th and October 30th of 2013; February 5th, 2014;

12   and February 18th, 2014.

13   Q.  Okay.  And you've had a chance to review multiple discs

14   that are already received in evidence; is that correct?

15   A.  Yes, I have.

16   Q.  Okay.  And that's Government Exhibits 100-1, 101-1, 102-1,

17   102-1A, 103-1, 103-2, 103-1A, and 103-2A?

18   A.  Yes.

19   Q.  Okay.  And were -- were all of those -- the recordings of

20   those meetings all contained in those discs?

21   A.  Yes.

22   Q.  Okay.  And just to be clear, for the record, the -- some

23   of those meetings were translated and some of the recordings

24   were subtitled; is that correct?

25   A.  Correct.

1    Q.   Okay.  And which meetings were those?

2    A.   The February meetings.

3                        *** SEALED ***







1 ████████████████████████████████████

2 ██████████

3            (Proceedings held in open court.)

4            MR. MEISEL:  Your Honor, I might be winding down at

5     this point.  If I could just have the Court's brief indulgence

6     so I can consult with co-counsel.

7            THE COURT:  Of course.

8            MR. MEISEL:  If we could pull up what's in evidence

9     as 101-1T, please.  102-1T.  It should be the transcript one.

10    BY MR. MEISEL:

11    Q.  Okay.  Now, we -- we briefly talked about some of the

12    February meetings that were translated and converted into

13    subtitled versions of videos.  This -- and if we could -- if

14    you know, does that appear to be a translation or

15    transcription of -- from Spanish to English of the meeting on

16    February 5th, 2014?

17    A.  Yes.

18    Q.  Okay.  Let's pull up 103-3T.

19            And does this appear to be a certified translation of

20    the February 18th, 2014, meeting?

21    A.  Yes.

22    Q.  Okay.  I want to briefly go back to our discussion

23    regarding your understanding of a plaza boss.  A plaza boss in

24    Mexico, is there -- typically, is there an understanding of

25    how much territory this person might control?

1     A.  Each plaza boss would have a different amount of

2     territory.  Sometimes it's a state.  Sometimes it's a city.

3     Sometimes it's just a smaller location.

4     Q.  Okay.  And, typically, does the plaza boss have control of

5     subordinate personnel?

6     A.  Yes.

7     Q.  Okay.  Do you have a sense of, you know, what those

8     numbers might entail?

9     A.  It would likely depend on the amount of territory they

10    were covering.  It could be dozens to hundreds in a larger

11    territory.

12    Q.  Okay.  That's all the questions I have for you.

13              MR. MEISEL:  I'm going to turn the witness over for

14    cross.

15              THE COURT:  All right.  Thank you.

16         So I was planning on stopping for lunch in about

17    five minutes.  So it probably makes sense to stop here for

18    lunch.  And we'll resume at 1:40.

19         Mr. Meisel, how is your presentation going?  Faster?

20    Slower?  Just about right where you thought?

21              MR. MEISEL:  I think we're on pace, on target.  I

22    can have a second witness who is coming in and will be

23    available to continue this afternoon once cross is completed.

24              THE COURT:  Okay.  So we're still on track to finish

25    in the two days I've set aside?

```
 1                    MR. MEISEL:  I hope so, yes.

 2                    THE COURT:  Okay.  All right.  We'll break for

 3        lunch.

 4                    MR. BALAREZO:  Judge, what time are we returning?

 5                    THE COURT:  1:40.

 6                    (Recess taken.)

 7                    THE COURTROOM DEPUTY:  Madam Interpreter.

 8                    (Oath administered to Ms. McFadden.)

 9                    THE INTERPRETER:  I do.

10                    THE COURTROOM DEPUTY:  Thank you.

11                    THE COURT:  The witness can come back on the stand.

12              Special Agent Dvorsky, I remind you that you're still

13        under oath.

14                    THE WITNESS:  Yes, Your Honor.

15                              CROSS-EXAMINATION

16        BY MR. BALAREZO:

17        Q.  You testified that you were familiar with that Southern

18        District of California investigation; correct?

19        A.  DEA investigation.

20        Q.  The DEA investigation?

21        A.  Yes.

22        Q.  And that's basically what you've testified about today;

23        correct?

24        A.  Yes, sir.

25        Q.  And you were aware that Agent Jackie Cypert was the person
```

DVORSKY - CROSS

1    or the agent who secured the Title III warrant; correct?

2    A.  Yes, sir.

3    Q.  Okay.  And the Title III warrant is what resulted in the

4    BlackBerry messages that you've testified about today?

5    A.  Yes, sir.

6    Q.  Okay.  Now, you're also familiar with who the players were

7    in that investigation.  And by players, I don't mean the

8    agents, but I mean the individuals that were being

9    investigated.  Correct?

10   A.  I was aware of -- Limon-Sanchez.

11   Q.  But you also mentioned -- you mentioned Chapo, you

12   mentioned Mayo, and you mentioned the Chapitos also; correct?

13   A.  Yes.

14   Q.  Now, to your knowledge of this investigation, there is no

15   connection between Mr. Perez, who is sitting here today, and

16   Chapo Guzman; correct?

17   A.  Correct.

18   Q.  Or with Mayo Zambada?

19   A.  The only reference is in a -- one of the videos I reviewed

20   where he mentioned Mayo Zambada.

21   Q.  But that's it; correct?

22   A.  Correct.

23   Q.  And also with the Chapitos; right?

24   A.  Correct.

25   Q.  Okay.  Now, you said you are familiar with Alfonso

1    Limon-Sanchez.  That's the one who is also called Chubas?

2    A.  Yes.

3    Q.  And you're aware that Chubas is a close associate

4    of personnel of the Sinaloa Cartel; correct?

5    A.  Correct.

6    Q.  Okay.  And you are aware from the investigation also that

7    he, Chubas, works closely with Mayo Zambada?

8    A.  Yes.

9    Q.  And he also purchases large amounts of drug directly from

10   Mayo in Culiacán, in Mexico; correct?

11   A.  That is correct.

12   Q.  And he also built his own infrastructure to move narcotics

13   through Mexico and the United States; right?

14   A.  Yes, I believe so.

15   Q.  And so it would be a fair characterization to say that

16   Chubas is a large-scale drug trafficker; would that be

17   correct?

18   A.  That would be correct.

19   Q.  And you know that -- your familiarity with the

20   investigation, you're aware that Mr. Perez was an underling of

21   Chubas; correct?

22   A.  I am aware that he worked with him in some capacity.

23   Q.  But you wouldn't put Mr. Perez at the level of Chubas;

24   correct?

25   A.  I don't know that I know enough to put him at a level

1   above or below or equal to him.  I just know that they were

2   compadres.

3   Q.  So in preparation for his testimony, you've reviewed the

4   wiretaps; right?

5   A.  Yes.

6   Q.  Or the intercepts?

7       You've talked to agents?

8   A.  Yes.

9   Q.  And you talked to people in Guatemala, for God's sakes;

10  right?

11  A.  Yes, I did.

12  Q.  All right.  And you can't tell the judge today whether

13  Mr. Perez is above or below Chubas, Alfonso Limon-Sanchez?

14  A.  Based on that, no, I don't know.

15  Q.  Don't know.  Okay.  Now, let's look at the exhibits -- or

16  the -- the BlackBerry messages.

17          MR. BALAREZO:  In particular, Your Honor, the

18  government has agreed to assist me with putting up the

19  exhibit.

20          THE COURT:  Sure.  Let me ask you a question related

21  to that.  Looking at his -- at the defendant's passport, it

22  looked like he was around 20 at the time of the events in

23  2014.  Do you know?

24          THE WITNESS:  I think he was closer to 30.  I

25  thought he was born in '84.

1           THE COURT:  '84.  But it was in '14.  '84 -- okay.

2    30.  Okay.  And how old was Chubas?

3           THE WITNESS:  I don't know.

4    BY MR. BALAREZO:

5    Q.  Okay.  Now, you're aware, though, that Chubas is older

6    than Mr. Perez; correct?

7    A.  I don't know his age.

8    Q.  Don't know that.  Okay.

9           Let's look at Government Exhibit No. 3, which

10   corresponds with Defendant's Exhibit No. 1.

11          MR. BALAREZO:  Which, Your Honor, I'll ask to be

12   admitted in evidence en masse again, Exhibits 1 through 22.

13          THE COURT:  Any objection?

14          MR. MEISEL:  I'm sorry?

15          THE COURT:  He wants to use the same procedure you

16   did, just admit them en masse.

17          MR. MEISEL:  No objection.

18          THE COURT:  They're admitted.

19          (Defendant Exhibits 1 through 22 admitted into

20   evidence.)

21          MR. BALAREZO:  And that's Exhibits 1 through 22?

22          THE COURT:  Correct.

23   BY MR. BALAREZO:

24   Q.  If you look at Government Exhibit No. 3, which is on the

25   screen, it's Cadete writing to Chubas; is that correct?

1    A.  Yes.

2    Q.  And he starts by "Good evening, sir"; is that right?

3    A.  Yes.

4    Q.  So you can -- you can infer that by good evening, sir,

5    he's just greeting him for the evening and using an honorific

6    sir; correct?

7    A.  Correct.

8    Q.  Okay.  And then the next line says, "Just so you're aware,

9    they've already seen us"; correct?

10   A.  Yes.

11   Q.  And what did you interpret that line to mean?

12   A.  That they've already been served whatever had -- Chubas

13   had -- in the previous conversation said was ready.

14   Q.  But it's also Mr. Perez informing Chubas that they've

15   already been seen; correct?

16   A.  Yes.

17   Q.  Letting him know what's going on?

18   A.  Yes.

19   Q.  And if you go down to line 5, where it says, "Yes, sir.

20   Just so you're aware, I'm leaving Monday at 6:00," that's also

21   Mr. Perez informing Chubas of what his next move is?  He's

22   leaving on Monday at 6:00; correct?

23   A.  Correct.

24   Q.  Chubas isn't telling Mr. Perez Chubas what Chubas is

25   doing; correct?

```
 1    A.  Not there, no.

 2    Q.  It's Perez telling Chubas what Perez is doing?

 3    A.  Correct.

 4    Q.  Okay.  Keeping him informed?

 5    A.  Yes.

 6    Q.  Let's look at Government Exhibit 4.  You reviewed this and

 7    discussed it on direct examination; correct?

 8    A.  Correct.

 9    Q.  And this is another BlackBerry message between Chubas and

10    Cadete, Mr. Perez; right?

11    A.  Yes.

12    Q.  Okay.  And with respect to line 2, what did you interpret

13    that to mean?

14    A.  That Cadete is letting Chubas know that the person that

15    they sold 106 to now has money waiting at the border and will

16    have 200 more --

17    Q.  Right.

18    A.  -- the following day.

19    Q.  So, once again, it's -- it's Mr. Perez informing Chubas of

20    what's going on with whatever it is that they're doing;

21    correct?

22    A.  Yes.

23    Q.  And then when -- the third line where it says, "And if we

24    can front him 200 more, what do you think," isn't it accurate

25    that Mr. Perez is asking Chubas if he can do something?
```

```
1    A.  He's asking for his opinion, yes.

2    Q.  Or permission; correct?

3    A.  Either.  Yep.

4    Q.  Excuse me?

5    A.  Yes.  Either, it could be.

6    Q.  Okay.  And then in line 4, Chubas said, "Yes, sir, my

7    buddy.  Go ahead"; correct?

8    A.  Yes.

9    Q.  And it's fair to interpret that as saying that Chubas is

10   giving Mr. Perez the authorization to go-ahead and do whatever

11   it is that he asked about; correct?

12   A.  Correct.

13   Q.  And also in line 5 where it says, "Sir, also just so you

14   know, I arrived here an hour ago," it's Mr. Perez, once again,

15   informing Chubas of what -- what he's been up to; correct?

16   A.  Correct.

17        MR. BALAREZO:  Let's look at Government Exhibit

18   No. 5, please.

19   BY MR. BALAREZO:

20   Q.  Do you see that, the first line, "Okay, sir"?

21   A.  Yes.

22   Q.  "How much are we selling to him for, sir"?

23   A.  Yes.

24   Q.  And that's Cadete asking Chubas how much to sell to some

25   particular person; correct?
```

DVORSKY - CROSS

1    A.  Yes.

2    Q.  And Cadete says, "It's up to you," to Chubas; correct?

3    A.  Correct.

4    Q.  Basically asking him, again, it's up to you what we sell

5    this for; correct?

6    A.  Correct.

7    Q.  And Cadete responds, "16,500 or whatever you say, my

8    buddy."  So he's telling -- he, Chubas, is telling Cadete how

9    much to sell whatever it is they're selling; correct?

10   A.  Correct.

11   Q.  And then in line 4, Cadete states, "I'm about to tell him

12   here how much we're going to give it to him for, sir.  That's

13   why I wanted to ask you first"?

14   A.  Correct.

15   Q.  So Cadete is basically saying, I wanted to check with you

16   first before I go ahead and do whatever it is that we're

17   doing; is that right?

18   A.  Yes.

19   Q.  In line 6 Chubas says, "Yesterday.  Go ahead, my buddy";

20   correct?

21   A.  Correct.

22   Q.  And that can be interpreted -- or you can interpret that

23   as being Chubas giving Mr. Perez the go ahead to do what he

24   asked for; right?

25   A.  Yes.

1    Q.  Government Exhibit No. 6, you testified that this one was

2    a message between Chubas and Cadete and that they were

3    discussing a future meeting with Marllory Chacon?

4    A.  Yes.

5    Q.  In fact, in line number 3, Mr. Perez tells Chubas that

6    tomorrow he has a meeting with the lady?

7    A.  Yes.

8    Q.  And the lady is Marllory Chacon; correct?

9    A.  Correct.

10   Q.  Now, Chubas tells him, "I'll leave it to you if you're

11   able to arrange a relationship"; right?  So he's authorizing

12   Mr. Perez to arrange a relationship or work the relationship,

13   if possible; right?

14   A.  Yes.

15   Q.  And in line 5, Mr. Perez asks "If she were willing to

16   front us one whole one, do I grab it"; right?

17   A.  Correct.

18   Q.  And you would agree that that's Mr. Perez asking for

19   authorization from Chubas about what to do if they were

20   offered one whole one; right?

21   A.  Yes.

22   Q.  And Chubas responds, "If they front you two, grab them

23   both.  We'll support each other here."  So Chubas now has

24   authorized Mr. Perez to purchase up to two whatever they're

25   talking about?

1    A.  Correct.

2    Q.  Correct?

3    A.  Yes.

4    Q.  So, once again, in this message -- well, strike that.

5         In line 7, Mr. Perez indicates "Okay, sir.  Then with

6    that, tomorrow when I'm in the meeting, if I need to ask you

7    anything, I will call you, sir."

8    A.  Correct.

9    Q.  So, once again, Mr. Perez is letting him know if he has

10   any questions, he'll be calling Chubas; correct?

11   A.  Correct.

12        MR. BALAREZO:  Government Exhibit No. 7, please.

13   BY MR. BALAREZO:

14   Q.  In line 3, where it says Cadete or Mr. Perez says, "Sir,

15   your guys already picked up 590, just so you're aware."  You

16   interpret that to mean that Mr. Perez is telling Chubas that

17   Chubas's guys already pick up the 590; correct?

18   A.  Correct.

19   Q.  He's informing him of what's going on?

20   A.  Yes.

21   Q.  On the second page of that, on Exhibit No. 7, line 9,

22   Chubas is asking Mr. Perez "What have the suppliers told you."

23   And in line 10, Mr. Perez replies "They're waiting for

24   something that will arrive tomorrow so we can start looking at

25   the numbers"; is that right?

1    A.  Yes.

2    Q.  Once again, Mr. Perez is informing Chubas of what's going

3    on.  And then in line 12, he says, "I will be reporting to

4    you, sir"; correct?

5    A.  Correct.

6    Q.  Once again, keeping him informed of what's going on?

7    A.  Yes.

8             MR. BALAREZO:  Government Exhibit 8, please.

9    BY MR. BALAREZO:

10   Q.  In this one you indicated that this was a message that was

11   written while Mr. Perez was meeting with Marllory Chacon, I

12   believe?

13   A.  Yes.

14   Q.  In fact, in line 3, he says, "Sir" -- and he's writing to

15   Chubas again -- "I'm here talking to the lady"?

16   A.  Correct.

17   Q.  And that would be fair to say that Mr. Perez is meeting

18   with Marllory Chacon and he's informing Mr. -- or Chubas that

19   he's, in fact, meeting with her; correct?

20   A.  Correct.

21   Q.  "And that she is going to be ready in about five days from

22   now.  She's also telling me that she is going to give us a

23   good price but that she'll tell me the exact number the day

24   the product arrives.  Only she's leading me to understand that

25   we would buy one from her and she'll give me another one cash

1    up front and the other a couple days later.  What do you

2    think?"  Right?

3    A.  Right.

4    Q.  And it's accurate to say that Mr. Perez in that message is

5    informing him -- informing Chubas of a proposal from Marllory

6    Chacon and he's asking -- Mr. Perez is asking Chubas what does

7    he think about that proposal; correct?

8    A.  Correct.

9    Q.  And in line 4, Chubas says, "That seems fine to me, buddy.

10   Go ahead"; right?

11   A.  Yes.

12   Q.  So, once again, that's interpreted by you as Mr. -- or

13   Chubas telling Mr. Perez that he has the authorization to go

14   ahead and do whatever it is that they were talking about?

15   A.  Correct.

16   Q.  Okay.  And in line 5 where Mr. Perez says, "Okay, sir.

17   That's just the preview of what we're talking about.  I will

18   let you know the play-by-play.  I'm gathering now from mine,

19   sir."  Now, you interpret that to mean that Mr. Perez, once

20   again, is letting Chubas know that he'll let him know what's

21   going on, let him know the play-by-play; correct?

22   A.  Correct.

23          MR. BALAREZO:  Government Exhibit 12, please.

24   BY MR. BALAREZO:

25   Q.  Once again, another BlackBerry message between Chubas and

DVORSKY - CROSS

1    Mr. Perez; right?

2    A.  Yes.

3    Q.  And Perez is informing Chubas, "Yes, sir.  I've almost

4    completed mine" in the first line; is that right?

5    A.  Yes.

6    Q.  And then in line 3, he says, "Look, in December I paid the

7    50 that were the man's from here, and I put up 114,750 for

8    that from you.  If you could put that together with the 41 at

9    17 for me, I would really appreciate it, sir.  What do you

10   think?"

11   A.  Yes.

12   Q.  And, once again, you interpret that to mean Mr. Perez is

13   informing Chubas of what's going on and he's asking him what

14   he thinks about that proposal; correct?

15   A.  Correct.

16   Q.  And then in line 4, Chubas is asking him what the amount

17   is, and then Mr. Perez in line 5 says, "Sending it to you

18   now"; right?

19   A.  Yes.

20   Q.  And you indicated that line 7 was the numbers or a

21   forwarded message, perhaps, of the information that Chubas was

22   requesting; is that right?

23   A.  Correct.  The numbers, yeah.

24   Q.  And then in line 8, Chubas says, okay, buddy.  That's

25   great -- or "Okay, my buddy.  That's great"?

```
 1    A.  Yes.
 2    Q.  And in line 10, Mr. Perez says, "Okay, sir.  Once we sit
 3    down, I'll tell you what everything is for so that everything
 4    is crystal clear"?
 5    A.  Yes.
 6    Q.  Once again, Mr. Perez is informing Chubas that he's going
 7    to tell him everything so that Chubas has it crystal clear;
 8    correct?
 9    A.  Correct.
10    Q.  So he understands what's going on?
11    A.  Yes.
12            MR. BALAREZO:  If we can have Exhibit 14, please,
13    Government Exhibit 14.
14    BY MR. BALAREZO:
15    Q.  In this one, it's another BlackBerry message between
16    Chubas and Mr. Perez; correct?
17    A.  Correct.
18    Q.  Line 3 where Mr. Perez says, "Yes, sir.  We are waiting
19    for these people.  They have not yet arrived here with the raw
20    material.  Yesterday they told me not to worry; that the first
21    thing to come in is for us"; right?
22    A.  Correct.
23    Q.  And I think you -- on direct examination, you interpreted
24    that to mean that Mr. Perez was informing Chubas that the --
25    some kind of narcotics were coming in; correct?
```

```
 1    A.  Correct.

 2              MR. BALAREZO:  Can I have Government Exhibit 15,

 3    please.

 4    BY MR. BALAREZO:

 5    Q.  No. 15, Government's 15, is another message from Chubas

 6    to -- between Chubas and Mr. Perez; correct?

 7    A.  Yes.

 8    Q.  And line number 2 where Mr. Perez says, "The remaining

 9    thing is ready.  It's all put away so you are aware."

10    A.  Correct.

11    Q.  Once again, it's Mr. Perez telling Chubas some information

12    so that Chubas is aware of what's going on; correct?

13    A.  Yes.

14    Q.  So Mr. Perez is reporting to Chubas?

15    A.  Correct.

16    Q.  And then in line 5, where -- where Mr. Perez says, "One

17    question, sir.  You know more than I do, and you have more

18    friendships.  Is there's nothing right now in Guate [sic],"

19    referring to Guatemala; correct?

20    A.  Correct.

21    Q.  Mr. Perez is telling Chubas you know more people and you

22    have more friendships, more relationships; correct?

23    A.  Correct.

24    Q.  Okay.

25              MR. BALAREZO:  Government Exhibit 16, please.
```

1    BY MR. BALAREZO:

2    Q.  Government Exhibit 16, another message, BlackBerry

3    message, between Chubas and Mr. Perez; correct?

4    A.  Yes.

5    Q.  And if I could point you to line number 9, which is the

6    second page, where Mr. Perez says, "Oh, okay.  Yes.  In the

7    afternoon I have the appointment like I told you, sir.  What

8    is it at to haggle over price"; right?

9    A.  Yes.

10    Q.  And that you interpreted -- or you interpret that to mean

11    that Mr. Perez is asking Chubas what the price is of whatever

12    it is they're talking about in order to haggle over the price;

13    right?

14    A.  Correct.

15    Q.  And Chubas responds what?

16    A.  "13, my buddy."

17    Q.  And what do you interpret that to mean?

18    A.  $13,000 per kilo.

19    Q.  Of cocaine; correct?

20    A.  Of cocaine, yes.

21    Q.  So Mr. Perez asks Chubas what the price that I should sell

22    this at and Chubas says -- or buy it at, and Chubas says,

23    "13,000 per kilo"; correct?

24    A.  Correct.

25    Q.  And then line 13 where Mr. Perez says, "Okay, sir.  I'll

1    call you in the afternoon to give you an answer"; do you see

2    that?

3    A.  Yes.

4    Q.  And do you interpret that to mean that Mr. Perez is

5    telling Chubas that once he haggles over the price, he'll call

6    back and report to Chubas; correct?

7    A.  Correct.

8              MR. BALAREZO:  If we can have Government Exhibit 17,

9    please.

10   BY MR. BALAREZO:

11   Q.  In this one, another BlackBerry message between Chubas and

12   Cadete; correct?

13   A.  Yes.

14   Q.  In line 2, Mr. Perez, Cadete, tells Chubas that he's at

15   the meeting; correct?

16   A.  Yes.

17   Q.  And then in line 3, Mr. Perez tells Chubas that they're

18   asking me if we can make payments once in a while here where I

19   am too; correct?

20   A.  Yes.

21   Q.  And I think on direct examination, you indicated that --

22   you testified that that meant that someone was asking

23   Mr. Perez whether payment could be made in Guatemala;

24   correct?

25   A.  Correct.

```
 1    Q.  And Mr. Perez is telling Chubas that to get authorization;
 2    correct?
 3    A.  Yes.
 4    Q.  And, in fact, in line 4, Chubas says, "Yes, sir, my buddy.
 5    We can send it to them over there"; correct?
 6    A.  Yes.
 7    Q.  And you interpreted that as Chubas giving Mr. Perez the
 8    authorization to make payments in Guatemala; correct?
 9    A.  Yes, that they have the ability to.
10    Q.  I'm sorry?
11    A.  Yes, that they have the ability to make them there.
12              MR. BALAREZO:  Government Exhibit 18, please.
13    BY MR. BALAREZO:
14    Q.  This is another message between Chubas and Cadete -- is
15    that correct? -- Mr. Perez?
16    A.  Yes.
17    Q.  And this one in line 3, Mr. Perez says, "Sir, I have
18    excellent news for you."
19    A.  Yes.
20    Q.  And in line 5 he says, "The price was set at 13.  Between
21    now and Monday they will take care of us at 1830."  Then in
22    line 6 he says, "1,000 paid and 830 on credit."
23              Now, you interpreted this to mean that they were
24    talking about a drug deal; correct?
25    A.  Correct.
```

1    Q.  And that he -- he, Mr. Perez, was indicating to Chubas

2    that they've agreed to pay for 1,000 kilos and get fronted

3    830 kilos on credit; correct?

4    A.  Correct.

5    Q.  And in line 7 he asks Mr. -- he asked Chubas -- Mr. Perez

6    asked Chubas, "What do you think"; right?

7    A.  Yes.

8    Q.  Trying to get his input and his authorization about the

9    deal; correct?

10   A.  Correct.

11   Q.  And, in fact, in line number 9, Chubas says, "Very good,

12   my buddy.  Go ahead"?

13   A.  Correct.

14   Q.  Once again, he gives Mr. Perez the authorization to go

15   ahead and do the deal as he's described; correct?

16   A.  Correct.

17   Q.  In line 10, Mr. Perez says, "Yes, sir.  I told the lady

18   here that as soon as they take care of me I will go to see you

19   so you are informed."  And a fair interpretation of that is

20   Chubas -- excuse me -- Mr. Perez telling Chubas that as soon

21   as the deal was done, he will meet with -- with Chubas to keep

22   him informed about what happened; right?

23   A.  Correct.

24           MR. BALAREZO:  Okay.  Could we have Government

25   Exhibit 19, please.

1   BY MR. BALAREZO:

2   Q.  Government Exhibit 19, another message between Chubas and

3   Mr. Perez; correct?

4   A.  Yes.  Yes.

5   Q.  Okay.  And in this one, in line 2, Mr. Perez tells Chubas,

6   "Sir, last night I spoke to the lady.  She told me that she

7   was ready.  I want to think it is going to be for tomorrow,

8   with God's help, sir"?  And Chubas responds, "That's great, my

9   buddy.  Any day is fine.  Don't worry."

10  A.  Yes.

11  Q.  And I think you interpreted that as saying Mr. Perez was a

12  little concerned about the deal maybe not happening soon

13  enough and Chubas telling him relax, it's going to happen;

14  correct?

15  A.  Yes.

16          MR. BALAREZO:  Could we have Government 20, please.

17  BY MR. BALAREZO:

18  Q.  And in this one, it's another message between Chubas and

19  Mr. Perez where you indicated that Mr. Perez had forwarded a

20  message to Chubas; correct?

21  A.  Yes.

22  Q.  Okay.  And in this one, in line 3, Mr. Perez says, "I'm

23  going to send you a conversation so that you can see that

24  everything is 100 percent, sir"; right?

25  A.  Correct.

 1    Q.  So what Mr. Perez is telling Chubas is that he's going to

 2    send him the actual conversation so Chubas can see what

 3    Mr. Perez is talking about; correct?

 4    A.  Correct.

 5    Q.  And Mr. Perez forwards that conversation between him and

 6    Antonieta or Marllory Chacon; correct?

 7    A.  Yes.

 8    Q.  Where they talk about what's going to happen?

 9    A.  Yes.

10    Q.  And then on line 5 Chubas says, "That's great, my buddy."

11    And in line 6 he says, "Go ahead"; right?

12    A.  Yes.

13    Q.  So, once again, Chubas is authorizing Mr. Perez to go

14    ahead with whatever it is that they were doing; correct?

15    A.  Yes.

16          MR. BALAREZO:  Could we have Exhibit 21, please.

17    BY MR. BALAREZO:

18    Q.  This is another message between Chubas and Mr. Perez;

19    correct?

20    A.  Yes.

21    Q.  And in this one, this is another one where I think you

22    interpreted it as being Mr. Perez was a little concerned about

23    whether or not the deal was going down; right?

24    A.  Yes.

25    Q.  And Chubas tells him in line 1, "Don't lose hope.  When

1    the lady arrives, you're going to be fine."  And Mr. Perez

2    says, "Yes, sir.  I actually am not losing hope.  We are with

3    the right person, but I like for you to be informed of

4    everything as it should be, sir"; correct?

5    A.  Correct.

6    Q.  And a fair interpretation of line 2, what Mr. Perez says

7    is that, once again, he's telling Chubas that he likes to keep

8    him informed of everything that's going on so Chubas knows;

9    correct?

10   A.  Correct.

11            THE COURT:  Let me ask a question.  These are taken

12   from the Title III of Chubas's phone; is that right?

13            THE WITNESS:  Yes.

14            THE COURT:  After Mr. Perez and the drugs were

15   picked up by the authorities, did Chubas have any reaction

16   with other people, communicate about his reaction to that

17   occurring?

18            THE WITNESS:  I don't know.  I didn't review any of

19   the Title IIIs after.

20            THE COURT:  Okay.

21   BY MR. BALAREZO:

22   Q.  And then in line 3 --

23            MR. BALAREZO:  If I may, Your Honor.

24   BY MR. BALAREZO:

25   Q.  -- Chubas tells him, "Yes, sir, my buddy.  As it should

1    be."  And Chubas says today -- in line 4 says, "Today we will

2    give you the equipment, plural equipment, my buddy, God

3    willing."  And Mr. Perez says, "Okay, sir.  Then I'll be ready

4    and waiting"; correct?

5    A.  Yes.

6    Q.  And then Chubas on line 6 says, "That's it, my buddy.

7    Likewise."  So, once again, it's Mr. Perez just informing

8    him of what's going on, getting authorization, et cetera;

9    correct?

10   A.  Yes.

11              MR. BALAREZO:  If I can have one moment, Your Honor.

12         If I can have Government Exhibit 22, please.

13   BY MR. BALAREZO:

14   Q.  This is another BlackBerry message between Chubas and

15   Mr. Perez; correct?

16   A.  Yes.

17   Q.  And this one on line 3 Chubas asks "What have they said

18   about when they will give you the material?"

19   A.  Yes.

20   Q.  And a fair interpretation of that is that he's asking

21   Mr. Perez when he's going to get the drugs from Chacon;

22   correct?

23   A.  Correct.

24   Q.  And Mr. Perez responds "Let me call the lady here.  What

25   do you think?  And I'll tell you why days ago she told me that

1    it was already on the way."

2    A.  Yes.

3    Q.  Fair interpretation of that, again, is that Mr. Perez is

4    asking if he can call the lady, what do you think; correct?

5    A.  Yes.

6    Q.  And let me just show you -- I don't know what government

7    exhibit it is.  But I'll show it to you as Defense Exhibit

8    No. 4.

9            MR. BALAREZO:  May I approach, Your Honor?

10   BY MR. BALAREZO:

11   Q.  Excuse me.  Defense Exhibit 17.  Take a brief look at

12   that.

13   A.  Okay.

14   Q.  Now, does that -- do you need to look at it or can I take

15   it?

16   A.  You can take it.

17   Q.  Thank you.

18           This is -- I believe you said that this -- Defense

19   Exhibit No. 17 is a message between Mr. Perez and Marllory

20   Chacon; right?

21   A.  A forwarded message, yes.

22   Q.  And that Marllory Chacon forwarded that to the DEA; is

23   that fair to say?

24   A.  That one was forwarded to Chubas from Cadete.

25   Q.  Forwarded to Chubas from Cadete.  Okay.  I misspoke.

```
 1              THE COURT:  And this is the same as Government
 2    Exhibit 23; is that right?
 3              MR. BALAREZO:  I believe it is, Your Honor.
 4         Okay.  So now Government Exhibit 24, please.
 5    BY MR. BALAREZO:
 6    Q.  Mr. -- this is a message subsequent to Government
 7    Exhibit 23; correct?
 8    A.  Yes.
 9    Q.  And in this one Mr. Perez is asking Chubas "What do you
10    think of the lady's answer"; correct?
11    A.  Yes.
12    Q.  In reference to the immediately prior exhibit that I
13    showed you; correct?
14    A.  Correct.
15    Q.  And Chubas says what?
16    A.  "Very good, my buddy.  Go ahead."
17    Q.  Once again, Mr. Perez is asking for permission, and Chubas
18    is telling him to go ahead, giving him authorization; correct?
19    A.  Yes.
20              MR. BALAREZO:  If I can Government Exhibit 25.
21    BY MR. BALAREZO:
22    Q.  And this is another message between Cadete and Chubas;
23    correct?
24    A.  Correct.
25    Q.  And in this one, Mr. Perez is telling Chubas, "Sir, the
```

1    lady is telling me she's going to need four here" when I am --

2    "where I am." Excuse me. "Can we start bringing them over?"

3    And then he says, "I have two in TJ where I'll give them to

4    you so as not to move what we have in the smoke or whatever

5    you say, sir"; correct?

6    A.  Correct.

7    Q.  So, once again, Mr. Perez is informing Chubas of what he's

8    up to and asking for authorization or whatever you say;

9    correct?

10   A.  Correct.

11   Q.  And then Chubas responds and tells him, "Yes, sir, my

12   buddy.  Give them to me in TJ"; correct?

13   A.  Yes.

14   Q.  So now, it's fair to say -- or it's accurate to say that

15   in all the messages that we have reviewed both on direct

16   examination and on cross now, that, first of all, Mr. Perez

17   always addresses Chubas with sir; correct?

18   A.  Yes.

19   Q.  And that is an honorific; correct?

20   A.  Correct.

21   Q.  And in all those messages -- or most of the messages that

22   we just reviewed on cross-examination here, Mr. Perez is

23   either informing Chubas of various information or asking for

24   authorization to do something; correct?

25   A.  Correct.

```
 1              MR. BALAREZO:  If I can have one moment, Your Honor.

 2   BY MR. BALAREZO:

 3   Q.  Let me show --

 4              MR. BALAREZO:  May I approach?

 5              THE COURT:  You may.

 6   BY MR. BALAREZO:

 7   Q.  I'm going to show you what's in evidence already as

 8   Defense Exhibit No. 20.  If I could point your attention to

 9   the highlighted portion.  Have you had a chance to review it?

10   A.  Yes.

11   Q.  And what is this document?

12   A.  It's an email.

13   Q.  Okay.  And I'm referring just to the bottom portion.  And

14   it's an email from whom?

15   A.  Doug Meisel.

16   Q.  And it's directed to whom?

17   A.  Justine Milley.

18   Q.  Justin Miller, I believe?

19   A.  Oh, okay.

20   Q.  And are you on this email?

21   A.  Yes.

22   Q.  Okay.  And under the brief background where it says,

23   "Brief Background" --

24   A.  Uh-huh.

25   Q.  -- can you read what the email says.
```

 1    A.  The highlighted portion or all of it?

 2    Q.  The highlighted portion.

 3    A.  "Defendant was a Mexican broker who was shopping for

 4    Guatemalan sources of supply for distribution into

 5    Southern California via Mexico."

 6    Q.  And that's in reference to Mr. Perez; correct?

 7    A.  Correct.

 8    Q.  Okay.  And so that was an email -- if I can have that

 9    back -- an email from Mr. Meisel to Justin Miller copying you

10    indicating that Mr. Perez was a Mexican broker; correct?

11    A.  Yes.

12    Q.  And he was shopping for Guatemalan sources of supply;

13    correct?

14    A.  Correct.

15    Q.  For distribution into California via Mexico?

16    A.  Correct.

17    Q.  Okay.  Let me show you what I've marked as Defense

18    Exhibit 21.

19          MR. BALAREZO:  Your Honor, if I can just have one

20    second.

21          THE COURT:  Of course.

22    BY MR. BALAREZO:

23    Q.  This is also in evidence, 21.  If you can look at it, and

24    I'll point your -- or direct your attention to the highlighted

25    portions, paragraph 7 and paragraph 8.

1    A.  Okay.

2    Q.  Let me know when you've had a chance to review that.

3              THE COURT:  So, Mr. Balarezo, my version is not

4    highlighted.  So what --

5              MR. BALAREZO:  It's paragraph 7 and 8, Your Honor.

6              THE COURT:  Okay.  The entire paragraphs?

7              MR. BALAREZO:  Portions of that, but --

8              THE COURT:  Portions.

9              THE WITNESS:  Do you also want paragraph 12?  It was

10   highlighted on this one.

11   BY MR. BALAREZO:

12   Q.  I'm sorry?

13   A.  Paragraph 12 was also highlighted.  I don't know.

14   Q.  No, you can read that too.

15        Have you had an opportunity to review it?

16   A.  Yes.

17   Q.  Now, this is an affidavit in support of a request for

18   extradition; is that correct?

19   A.  Yes.

20   Q.  And you know that Mr. Perez was extradited from Mexico to

21   the United States to face charges; correct?

22   A.  Yes.

23   Q.  And in order to do that, the United States government has

24   to present certain evidence to the Mexican government in order

25   to try to convince them to extradite Mr. Perez or anyone else

1    to the United States; correct?

2    A.  Correct.

3    Q.  Okay.  And are you familiar with Eric McGuire?

4    A.  Yes.

5    Q.  And who is Eric McGuire?

6    A.  He is a supervisory special agent for the FBI.

7    Q.  And is he the person who executed this affidavit?

8    A.  He is.

9    Q.  And if you look at -- at the last page, page 6, it appears

10   that Agent McGuire signed it, and it was sworn and subscribed

11   to May 31st, 2016, before The Honorable Edwin G. Torres,

12   United States Magistrate Judge, Southern District of Florida;

13   is that correct?

14   A.  Yes.

15   Q.  Okay.  Now, drawing your attention to paragraph No. 7

16   that's highlighted, about the middle of the paragraph where it

17   begins, "This investigation identified Perez Cazares as an

18   affiliate of the Sinaloa Cartel in Mexico.  Perez Cazares

19   established independent connections with drug trafficking

20   organizations in Colombia and Guatemala to procure

21   multi-hundred kilogram quantities of cocaine to transport to

22   Mexico.  The cocaine procured by Perez Cazares was ultimately

23   distributed in the United States."  Do you see that?

24   A.  Yes.

25   Q.  Now, Eric McGuire, do you know what his role was in this

1    investigation or in Mr. Perez's extradition?

2    A.  He was the lead agent on the FBI side at the time out of

3    Miami.

4    Q.  So he would be fairly familiar with the investigation;

5    correct?

6    A.  Yes.

7    Q.  Okay.  And then on the next page, paragraph 8, where it

8    begins -- in the middle of it, it begins, "During this

9    investigation, Rossell had direct and firsthand dealings with

10   Perez Cazares and had knowledge of Perez Cazares's agreements

11   to broker cocaine trafficking deals with co-conspirators in

12   Colombia, Guatemala, Mexico, and the United States."  Do you

13   see that?

14   A.  Yes.

15   Q.  Now, Rossell refers to Marllory Chacon; is that correct?

16   A.  That's correct.

17   Q.  That's her second last name?

18   A.  Yes.

19   Q.  And in here, in this document, Agent McGuire is indicating

20   that Mr. Perez -- or that Ms. Chacon had knowledge of

21   Mr. Perez's agreements to broker cocaine; correct?

22   A.  Correct.

23   Q.  Now, let's put that aside for a second, but hold on to it.

24        Let's move on to the seizures that occurred in

25   California.  You testified that there was a seizure of

1    approximately 74 kilos of cocaine and $1.4 million in cash

2    that were seized; correct?

3    A.  Yes.

4    Q.  Okay.  And you also testified that there were several

5    telephones that were seized, I think, from a guy by the name

6    of Gallardo; is that correct?

7    A.  Yes.

8    Q.  Now, in your experience, in nine years at the FBI, you're

9    aware that telephones can provide a great deal of evidence in

10   a case; correct?

11   A.  Correct.

12   Q.  They could provide contacts; right?

13   A.  Yes.

14   Q.  They could provide messages between individuals?

15   A.  Yes.

16   Q.  They could provide pictures, things of that nature?

17   A.  Correct.

18   Q.  And they can provide just about contacts with anyone else;

19   correct?

20   A.  Correct.

21   Q.  Now, do you know if the telephones that were seized in

22   California, if they were searched?

23   A.  I do not know.

24   Q.  You don't know?

25   A.  No.

1    Q.  So you don't also know, then, whether or not there were

2    any communications between those phones and Mr. Perez; is that

3    correct?

4    A.  I do not know.

5    Q.  Or a phone associated with Mr. Perez, I would say?

6    A.  I do not know.

7    Q.  During the San Bernardino seizures or investigations, are

8    you aware of any evidence that was found linking those -- that

9    seizure of the money and the cocaine to Mr. Perez?

10   A.  No.

11   Q.  Now, you testified that the cocaine that was seized had

12   some marks on it?

13   A.  Correct.

14   Q.  I think you said there was a Rolex.  There was an RR?

15   A.  Uh-huh.

16   Q.  There was an H?

17   A.  The H was not -- that was the Guatemalan seizure.

18   Q.  That was the Guatemalan seizure.

19        Are you aware whether or not there were any marks of

20   1023?

21   A.  No.

22   Q.  Were there any marks of FEF?

23   A.  No.

24   Q.  Or FFE?

25   A.  No.

1    Q.  Now, you indicated that with respect to the Guatemala

2    seizure, you said that the authorities were informed of the

3    truck carrying the cocaine through an anonymous tip; is that

4    right?

5    A.  Yes.

6    Q.  Is that all you know about how they found the truck?

7    A.  That's what -- I was -- their investigation was that they

8    had an anonymous tip.

9    Q.  Now, if you go back to -- to Defense Exhibit No. 21,

10   paragraph 12 -- yeah, the one in front of you, paragraph 12 --

11   where it indicates that Rossell, or Marllory Chacon, told law

12   enforcement authorities about Perez Cazares's plans to

13   received 500 kilograms of cocaine from his source of supply in

14   Colombia and to transport it through Guatemala into the hands

15   of another co-conspirator.  Is that accurate what Agent

16   McGuire says?

17   A.  Yes.

18   Q.  Another co-conspirator who would take the cocaine to

19   Mexico.  The cocaine would then be delivered to a Mexican

20   trafficking organization and imported into the United States

21   for further distribution and sale.  Rossell, or Marllory

22   Chacon, provided law enforcement authorities with the

23   approximate date and location where Perez Cazares was going to

24   drive the cocaine load through Guatemala.  Was she the

25   anonymous source?

```
1    A.  Was she what?

2    Q.  The anonymous source.

3    A.  I don't know who made the tip.

4    Q.  Well, she -- at the time that she was negotiating

5    with Mr. Perez, she was already a government witness;

6    correct?

7    A.  Correct.

8    Q.  Already working as an informant for the DEA?

9    A.  Yes.

10   Q.  And she had a handler.  I believe you said it was Paul

11   Cohen?

12   A.  Yes.

13   Q.  So the deal in Guatemala was that Mr. Perez was going to

14   purchase 500 kilos of cocaine from her; correct?

15   A.  Yes.

16   Q.  And in exchange, Mr. Perez was going to provide her with

17   some funds, some money?

18   A.  Yes.

19           THE COURT:  Let me ask you a very basic question.

20   In your knowledge in these types of investigations, does a

21   high-level person within a drug organization typically drive

22   their own drugs?

23           THE WITNESS:  No.

24           THE COURT:  Okay.

25           MR. BALAREZO:  You took my next question.
```

1    BY MR. BALAREZO:

2    Q.  So Marllory Chacon arranged for the cocaine to be

3    delivered to Mr. Perez; correct?

4    A.  Yes.

5    Q.  And I believe she also furnished the truck in which that

6    cocaine was going to be taken; correct?

7    A.  I believe so, yes.

8    Q.  So Marllory Chacon could not act without telling -- could

9    not act in a way that was engaged in any illegal conduct

10   without telling her handler; correct?

11   A.  Correct.

12   Q.  So are you aware of whether or not she told her handler of

13   this negotiation if she was dealing with Mr. Perez?

14   A.  She did.

15   Q.  She did.  So her handler, Cohen, would have known when the

16   deal was going down; correct?

17   A.  Correct.

18   Q.  And because Marllory was the one that was providing the

19   cocaine in the truck, Cohen would also have known when that

20   truck took off, how much cocaine was in it; correct?

21   A.  Yes.

22   Q.  Do you know -- well, strike that.

23        She did get paid for the cocaine; right?

24   A.  I don't know.  I -- the deal was that it would come up,

25   but I don't -- I've never actually --

```
 1    Q.  Well, the deal was that they were going to pay for a
 2    thousand?
 3    A.  Right.
 4    Q.  And then the remainder, or another 830, would have
 5    fronted; correct?
 6    A.  Right.
 7    Q.  And given that this was the first -- well, strike that.
 8         This was the first deal between her and Mr. Perez;
 9    correct?
10    A.  Yes.
11    Q.  In your experience in the drug trafficking world, no one
12    is going to front someone else a large amount of cocaine the
13    first time around; correct?
14    A.  Not typically, no.
15    Q.  Not what?
16    A.  Not typically, no.
17    Q.  So it stands to reason Mr. Perez provided funds to
18    Marllory Chacon for that cocaine; correct?
19    A.  Correct.
20    Q.  Do you know what she did with that money?
21    A.  I'm assuming she turned it over to the DEA.
22    Q.  But you don't know?
23    A.  No.
24    Q.  Okay.
25              MR. BALAREZO:  Your Honor, I believe that's all I
```

```
 1   have for Agent Dvorsky.

 2              THE COURT:  All right.  Thank you.

 3                     REDIRECT EXAMINATION

 4   BY MR. MEISEL:

 5   Q.  Okay.  Couple follow-up questions.

 6         Now, the -- let's start with, the Court asked you a

 7   question with respect to whether you were aware of Chubas's

 8   reaction to the seizures in the Southern District of

 9   California; correct?

10   A.  Correct.

11   Q.  But you didn't have any insight about that?

12   A.  Correct.

13   Q.  Was there any evidence gathered during the investigation

14   that gave us insight as to Mr. Perez Cazares's reaction to the

15   seizures in Los Angeles?

16   A.  Yes.

17              MR. BALAREZO:  I didn't hear the full question.

18   BY MR. MEISEL:

19   Q.  Was there any evidence gathered during the investigation

20   that offered insight into Mr. Perez Cazares's reaction or

21   response to the seizures in Los Angeles on February 17th?

22              THE COURT:  I'll make a clarification.  My question

23   was about the seizures in Guatemala.

24              MR. MEISEL:  Oh, okay.  Very well.  I will -- I will

25   pose a different question then.  Well, I'll pose the same
```

```
 1    question, but in a different context.
 2    BY MR. MEISEL:
 3    Q.  Was there evidence obtained during the investigation that
 4    gives insight as to Mr. Perez Cazares's reaction to the
 5    seizure on February 17th in L.A.?
 6    A.  Yes.
 7    Q.  And what was that?
 8    A.  He changed the PIN -- the BlackBerry message PIN he was
 9    using.
10    Q.  And -- and was -- what occurred on February 18th, 2014,
11    immediately following the seizure?
12    A.  His meeting with Marllory Chacon.
13    Q.  Okay.  And was there any discussion with respect to
14    corresponding events that had occurred in Los Angeles?
15    A.  Yes, I believe there are in the video.
16    Q.  Okay.  Now, Mr. Balarezo asked a lot of questions about
17    interpreting the dynamic between Chubas and Cadete in the
18    T III intercepts.
19    A.  Yes.
20    Q.  I'm going to pull up -- let's pull up Government Exhibit 2
21    briefly.  I'm going to try and -- I don't want to spend too
22    much time on these, but I think you acknowledge that in the
23    majority of these conversations, Cadete is referring to Chubas
24    as sir?
25    A.  Yes.
```

1    Q.  And how is Chubas referring to Cadete typically?

2    A.  Mi compa, which they're interpreting as my buddy.

3    Q.  Okay.  My buddy.  And sometimes let's -- and sometimes sir

4    as well?

5    A.  Yes.

6    Q.  And let's just focus on Government Exhibit 2 for now.

7    Okay?  What -- what is happening here?  What is your

8    understanding of what -- what is occurring in relation to this

9    conversation?

10    A.  Chubas is asking for a phone number from Cadete so that

11    he, Cadete, can be given his portion of whatever they received

12    in the previous messages.

13    Q.  Okay.  So Chubas can deliver something to Cadete; correct?

14    A.  Yes.

15    Q.  Okay.  Let's move on to Government Exhibit 4, line 4.

16         Okay.  How did Chubas refer to Cadete here?

17    A.  Yes, sir, my buddy.

18    Q.  Okay.  Government Exhibit 5, line 3.  Now, is -- you know,

19    is -- is Chubas -- or is Cadete being deferential to Chubas,

20    or is Chubas deferring to Cadete?

21    A.  In line 3?

22    Q.  In line 3.

23    A.  Chubas is saying, "Whatever you say, my buddy."

24    Q.  Government Exhibit 6, line 4.

25         What is Chubas saying to Cadete here?

1    A.  That I'll leave it up to Cadete to arrange a relationship.

2    Q.  Okay.  So is it -- is Cadete being deferential to Chubas

3    with respect to developing a relationship with Chacon or

4    vice versa?

5    A.  Vice versa.

6    Q.  Okay.  Government Exhibit 8, line 2.

7         What does Chubas say to Cadete here?

8    A.  "Good evening, my buddy.  At your service."

9    Q.  How do you interpret "at your service"?

10   A.  He's there for whatever Cadete needs.

11   Q.  Government Exhibit 9, line 5.

12        How do you interpret that?

13   A.  That Cadete and Chubas are splitting 166 units equally.

14        MR. MEISEL:  Government Exhibit 12, line 4, please.

15   BY MR. MEISEL:

16   Q.  Okay.  And in this case, is -- in that particular line, is

17   it -- Cadete being deferential to Chubas or vice versa?

18   A.  Vice versa.

19   Q.  Chubas says, "Tell me what the amount is, my buddy."  He's

20   asking -- correct me if I'm wrong, he's asking Cadete how

21   much -- how much money you need?

22   A.  Yes.

23   Q.  And you talked about Cadete is frequently reporting and

24   updating to Chubas.  Let's go to Government Exhibit 16.  Okay.

25   Line 2.

```
 1          What does it appear is happening there?
 2   A.  That Chubas forgot to call Cadete the night before to let
 3   him know something.
 4   Q.  And let's go to Government Exhibit 18.
 5          Now, when Cadete -- in line 1 when Cadete sends the
 6   number and says, "With Ramon from Julio, please, sir," what --
 7   what is the context behind that communication?
 8   A.  He's providing Chubas a phone number and the names to use
 9   when making the contact.
10   Q.  Okay.  And what is -- what do we assume is occurring?
11   A.  Either receipt of drugs or money.
12   Q.  Okay.  Chubas is making a delivery to Cadete?
13   A.  On behalf of Cadete.
14   Q.  Or his people in Los Angeles?
15   A.  Or his people, yeah.
16          MR. BALAREZO:  Objection to leading.
17          THE COURT:  Overruled.
18          MR. MEISEL:  Government Exhibit 21, line 4, please.
19   BY MR. MEISEL:
20   Q.  Okay.  Now, what does Chubas say here?
21   A.  "Today we will give you the equipment plural, my buddy,
22   God willing."
23   Q.  Okay.  Does that sound like Cadete is providing support to
24   Chubas or vice versa?
25   A.  Vice versa.
```

```
1    Q.  Okay.  All right.  Defendant's Exhibit 20 -- do you still

2    have those exhibits in front of you?

3    A.  No.

4    Q.  Okay.  Defendant's Exhibit 20 --

5            MR. MEISEL:  May I approach, Your Honor?

6            THE COURT:  You may.

7            MR. MEISEL:  Thank you.

8    BY MR. MEISEL:

9    Q.  Okay.  So Defendant's Exhibit 20 was -- was part of your

10   3500 material.  That was an email communication that I sent

11   and you were copied; correct?

12   A.  Yes.

13   Q.  Okay.  And this specifically referenced -- or describes

14   Cadete as a broker; correct?

15   A.  Yes.

16   Q.  Okay.  Can we go to the -- could you read --

17           MR. MEISEL:  May I approach again, Your Honor?

18           THE COURT:  You may, of course.

19   BY MR. MEISEL:

20   Q.  Could you read the first line of the second page of that

21   email.

22   A.  "We have several pertinent T III BBM intercepts from SDCA

23   where he is communicating with his principal co-conspirator

24   between mid-Jan and mid-Feb 2014."

25           THE COURT:  So in your, again, work and expertise in
```

1    these types of cases, is there a difference between someone

2    that's brokering a deal and someone that's part of an

3    organization?

4              THE WITNESS:  The person brokering the deal is

5    usually still part of the organization in some form or

6    fashion.  Sometimes they're independent, and they may be using

7    them for their connections, or they can be part of the same

8    organization.

9    BY MR. MEISEL:

10   Q.  Okay.  So can someone be a broker for an organization also

11   have some sort of leadership role?

12             MR. BALAREZO:  Objection.

13   BY MR. MEISEL:

14   Q.  If you know.

15             THE COURT:  You can answer.

16   A.  Yes.

17             THE COURT:  Why?

18             THE WITNESS:  Because they have people that they

19   would be -- contacts that they would be -- that would work

20   with them and for them to procure whatever it is that they're

21   brokering.

22             THE COURT:  Would a broker also be able to sell to a

23   competing drug trafficking organization?

24             THE WITNESS:  They could, if they were working

25   independently, in that nature.

1          THE COURT:  Okay.  So in this -- and in this

2     declaration where it says that he established independent

3     connections with drug trafficking organizations in Colombia

4     and Guatemala, what does that signify to you as to whether he

5     was part of a particular organization?

6          THE WITNESS:  That suggests to me that he had

7     contacts -- he had numerous contacts that he could use in

8     different -- of the cartels based in Colombia and Guatemala to

9     procure cocaine.

10         THE COURT:  Okay.

11    BY MR. MEISEL:

12    Q.  All right.  And then the last group of questions.

13         You were asked some questions about whether or not

14    there was any physical evidence recovered by San Bernardino

15    County Sheriff's Department directly linking Mr. Perez Cazares

16    to the L.A. distribution network; correct?

17    A.  Yes.

18    Q.  Okay.  Now, was -- I mean, was there evidence linking

19    Mr. Perez Cazares to that network?

20    A.  There was to the phone number that he kept -- he

21    continually provided to Chubas which belonged to Gallardo

22    Sanchez, who was involved in those arrests and seizures that

23    day.

24    Q.  And so our understanding of that phone number is that --

25         MR. BALAREZO:  Objection.

```
 1                    MR. MEISEL:  Withdrawn.
 2      BY MR. MEISEL:
 3      Q.  So that phone number was -- what was the significance of
 4      that phone number?
 5      A.  That phone number was the number that Cadete would give
 6      Chubas for when he needed a contact in L.A. for distribution.
 7      Q.  Okay.  And what, if any, investigative steps were taken
 8      with respect to that particular phone number?
 9      A.  There was a GPS ping put on and surveillance -- electronic
10      and physical surveillance were conducted on the individual
11      until they identified him during the traffic stop on the 17th
12      of February.
13      Q.  And that was Jesus Gallardo Sanchez?
14      A.  Yes.
15      Q.  And what did we directly or indirectly recover from
16      Mr. Gallardo Sanchez?  What evidence was recovered, either
17      from Mr. Gallardo Sanchez's person or his residence?
18      A.  $1.4 million and 74 kilograms of cocaine.
19                    MR. MEISEL:  Thank you.  That's all I have.
20                    THE COURT:  Thank you, Special Agent.
21                    MR. BALAREZO:  Your Honor, can I have --
22                    THE COURT:  Sure.
23                             RECROSS-EXAMINATION
24      BY MR. BALAREZO:
25      Q.  With respect to the phone number 310-867-4459, that's
```

1    Gallardo's phone; correct?

2    A.  Yes.

3    Q.  And there was some BlackBerry messages where Mr. Perez

4    provided that number to Chubas; is that right?

5    A.  Yes.

6    Q.  Okay.  That's all -- that's all the connection, though,

7    between those two; right?  There's no communications between

8    Mr. Perez and that phone number; correct?

9    A.  Not that I'm aware of.

10   Q.  You're not aware of any other evidence indicating that

11   Mr. Perez had any connection to that California group, let's

12   say, absent his providing the number to Chubas; right?

13   A.  Correct.

14            MR. BALAREZO:  All right.  That's all I have,

15   Your Honor.  Thank you.

16            THE COURT:  Thank you.

17        Thank you, Special Agent.

18            THE WITNESS:  Thank you.

19            (Witness excused.)

20            MR. MEISEL:  The government would call Marllory

21   Chacon, Your Honor.

22            THE COURTROOM DEPUTY:  Good afternoon.

23            THE WITNESS:  Good afternoon.

24            THE COURTROOM DEPUTY:  Will you please raise your

25   right hand.

```
 1                    (Oath administered.)

 2               THE WITNESS:  I swear.

 3               MR. MEISEL:  Be seated, please.

 4          May I inquire?

 5               THE COURT:  You may.

 6                         DIRECT EXAMINATION

 7     BY MR. MEISEL:

 8     Q.  Ms. Chacon, in a loud clear voice, please state your name

 9     and spell it for the record.

10     A.  Marllory Diana Chacon Rossell.

11     Q.  Where were you born, ma'am?

12     A.  In Guatemala City.

13     Q.  In which country do you reside now?

14     A.  In Florida, in Miami, in the United States.

15     Q.  Have you pleaded guilty to a crime here in the

16     United States?

17     A.  That's right.

18     Q.  Were you arrested and extradited to the United States, or

19     did you self-surrender?

20     A.  I self-surrendered.

21     Q.  And prior to your self-surrender, were you cooperating for

22     the United States government?

23     A.  That's right.

24     Q.  How long were you working with the U.S. government before

25     you self-surrendered?
```

1    A.  For approximately a year.

2    Q.  When did you surrender?

3    A.  In August of 2014.

4    Q.  Your case, is it complete?

5    A.  That's right.

6    Q.  What crime did you plead guilty to?

7    A.  Drug trafficking.

8    Q.  Approximately when did you plead guilty?

9    A.  December 12th, 2014.

10   Q.  Have you been sentenced?

11   A.  That's right.

12   Q.  When were you sentenced?

13   A.  May 5th, 2015.

14   Q.  And what was the sentence imposed?

15   A.  Twelve years.

16   Q.  How much time did you serve before being released?

17   A.  Approximately five years.

18   Q.  Why was your sentence reduced?

19   A.  Because of our Rule 35 and because of my cooperation.

20   Q.  And as part of your guilty plea, did you agree to continue

21   to cooperate with the United States government?

22   A.  That's right.

23   Q.  And does your cooperation include meeting with agents and

24   prosecutors?

25   A.  That's right.

1    Q.  Does it include testifying in proceedings, such as the one

2    today?

3    A.  That's right.

4    Q.  Are you -- so you've -- you've already received benefits

5    with respect to your sentencing.  Are there additional

6    benefits that you're hoping to receive from the United States

7    government?

8    A.  That's right.

9    Q.  And what is that?

10   A.  I am awaiting a visa.

11   Q.  And which agency is sponsoring you for a visa?

12   A.  The FBI.

13   Q.  Have you been promised anything else in exchange for your

14   testimony today other than immigration support?

15   A.  No.

16   Q.  Okay.  Could you briefly explain how you first came to be

17   involved in narcotics trafficking.

18   A.  Well, through my ex-husband.  I met him in approximately

19   1998, and then in time I became involved in narco trafficking.

20   Q.  Okay.  And was your ex-husband involved in narco

21   trafficking?

22   A.  That's right.

23   Q.  And how is it that you came to get involved?

24   A.  Well, at one point my husband was arrested, and all the

25   organizations with whom he worked sought me out to see if I

1    could help with the logistics of all the jobs that he did.

2    Q.  Before he was arrested, were you involved in supporting

3    his operations?

4    A.  That's right.

5    Q.  Okay.  And what role did you have in helping your

6    husband's operations?

7    A.  At the beginning I was helping with the transport of and

8    the money, the cash, and then later with the logistics, the

9    drugs, the cocaine.

10   Q.  Okay.  And if you could, explain to us how you were

11   involved in moving cash.

12   A.  In the logistics of transporting in containers and planes

13   and commercial flights.

14   Q.  And the cash that you were moving, did you know the source

15   of those funds?

16   A.  Yes.  They were dollars from the United States, and it was

17   from drug trafficking.

18   Q.  And where were you -- where were you transporting money

19   from and to?

20   A.  From Guatemala to Panama and Colombia.

21   Q.  And at some point did your role change?

22   A.  That's right.

23   Q.  And at what point did that occur?

24   A.  We became involved because the leaders of the cartels that

25   were working with me began to trust me with all of their money

```
 1    because they were receiving it in a timely manner.  So with
 2    that trust, they decided to send me their drugs, and they're
 3    my responsibilities, and that's how we began.  And then it
 4    grew and grew, and I worked with the leaders of the cartels.
 5    Q.  So was it after your husband's arrest that you
 6    transitioned from a money laundering role to moving shipments
 7    of drugs?
 8    A.  That's right.
 9    Q.  And how many different drug trafficking organizations were
10    you working with?
11    A.  Over 20.
12    Q.  These organizations, where were they principally based?
13    A.  All of South America.
14    Q.  And what particular drugs were they moving?
15    A.  Only cocaine.
16    Q.  And --
17              THE COURT:  Where was she based?
18              THE WITNESS:  In Guatemala.
19    BY MR. MEISEL:
20    Q.  Okay.  And based on your knowledge of drug trafficking,
21    why is Guatemala significant in -- in the trafficking of
22    cocaine?
23    A.  Because it is one of the biggest channels for our
24    transport of the cocaine into Mexico and then on to its final
25    destination, the United States.
```

1    Q.  And what various means were you using to transport

2    cocaine?

3    A.  Over land and sea and air.

4    Q.  And from where were you receiving shipments primarily?

5    A.  From Colombia.

6    Q.  And if you were transporting the cocaine, where were you

7    transporting the cocaine to?

8    A.  The cocaine was transported to Guatemala, and then from

9    Guatemala it was transported to the Mexican cartels.

10   Q.  Before you began your cooperation with the United States

11   government, approximately how long were you involved in

12   narcotic trafficking?

13   A.  Approximately ten years.

14   Q.  And during that time frame, approximately how many

15   shipments were you handling on a yearly basis?

16   A.  When we began, it was approximately six per year, but then

17   we kept growing and there were many.

18   Q.  And what was the average size of the shipments that you

19   were -- that you were moving from Colombia through Guatemala

20   toward Mexico?

21   A.  Approximately each shipment was between 2,000 to 5,000

22   kilos.

23   Q.  What were the various means that you were using to

24   transport these shipments?

25   A.  It was via land, sea, and air.

1    Q.  Let's talk about your -- your cooperation with the

2    United States.  At some point prior to your self-surrender,

3    you -- did there come a time that you were contacted by the

4    United States government?

5    A.  That's right.

6    Q.  When was that, approximately?

7    A.  It was the end of 2012.

8    Q.  And what were the circumstances?

9    A.  Well, the government, once I hired all the attorneys, told

10   me that I had to tell the whole truth and to cooperate.

11   Q.  Okay.  Where were you at the time that you began -- or

12   that you had your first contact with agents of the U.S.

13   government?

14   A.  In Panama City.

15   Q.  Why were you in Panama?

16   A.  Because I was about to retire from the narco trafficking

17   business.

18   Q.  And who was it from the United States that you first came

19   into contact with, other than your attorneys?

20   A.  That time with Agent Paul Cohen.  And my prosecutor at

21   that time.

22   Q.  Okay.  And this was a prosecutor with the Southern

23   District of Florida?

24   A.  That's right.

25   Q.  And Paul Cohen was a special agent with the Drug

1    Enforcement Administration?

2    A.   That's right.

3    Q.   Did you agree to work with the U.S. government?

4    A.   That's right.

5    Q.   And after entering into that agreement, what did you do?

6    A.   I returned to Guatemala with the conditions to cooperate

7    with the government and to prepare for my surrender.

8    Q.   Okay.  And what was the purpose of going back to

9    Guatemala?

10   A.   The purpose was to turn over all my lines of work and to

11   cooperate with the government.  That was it.

12   Q.   Okay.  Would it be fair to say that you effectively picked

13   up your business as a trafficker in Guatemala?

14   A.   That's right.

15   Q.   And after you returned to Guatemala, if you know, were --

16   were there cameras that were installed in your residence?

17   A.   That's right.  My house always had cameras for security.

18   Q.   Where in the home were cameras installed?

19   A.   Throughout the common areas.

20   Q.   And after you returned to Guatemala, did you continue to

21   meet with members of U.S. law enforcement?

22   A.   That's right.

23   Q.   Okay.  And how frequently did you -- were you meeting with

24   members of U.S. law enforcement?

25   A.   Approximately each month.

1    Q.  Okay.  And were you communicating with members of law

2    enforcement by any other means other than in-person meetings?

3    A.  Yes.

4    Q.  When you met with law enforcement for the purpose of

5    debriefings, what, if anything, were you giving them?

6    A.  Could you repeat that, please.

7    Q.  Sure.  During your in-person debriefs, were you providing

8    members of law enforcement with any types of evidence?

9    A.  That's right.

10   Q.  And what was that?

11   A.  We had phones, BlackBerrys, communication.

12   Q.  Okay.  And so were you giving them communications from

13   your phone?

14   A.  That's right.

15   Q.  What about recordings of meetings that occurred at your

16   residence?

17   A.  That's right.

18   Q.  What kind of device were you using to communicate with

19   your contacts at the time that you resumed your drug

20   trafficking activities in Guatemala?

21   A.  BlackBerry.

22   Q.  And other than -- other than providing information to them

23   in in-person debriefs, were you communicating with agents by

24   other means?

25   A.  Just over BlackBerry and in person.

CHACON ROSSELL - DIRECT

1    Q.  Okay.  And as you began your cooperation with the

2    U.S. government, what types of information were you providing

3    to Agent Cohen during your debriefs?

4    A.  Well, when we made a deal, it was to turn over my lines of

5    work and evidence:  the BlackBerrys, the recordings, all

6    communication, all information regarding the shipments of

7    cocaine and all my -- all my line of work.

8    Q.  I'm going to direct your attention now to October of 2013.

9    Around that time did you come into contact with a new

10   potential customer?

11   A.  That's right.

12   Q.  And who was that potential customer?

13   A.  Cadete.

14   Q.  Do you now know that person's legal name to be Jorge

15   Humberto Perez Cazares?

16   A.  That's right.

17   Q.  Do you see that person here in the courtroom today?

18   A.  That's right.

19   Q.  Could you please point to him and describe an article of

20   clothing that he's wearing.

21   A.  An orange overall.

22           MR. MEISEL:  Indicating the defendant.

23   BY MR. MEISEL:

24   Q.  Ms. Chacon, could you briefly describe the circumstances

25   where you first came to meet Mr. Perez Cazares.

1    A.  Well, my assistant informed me that there was a person who

2    wanted to work with me, with cocaine, and this was through the

3    Esquivel brothers.  I never met him.  They introduced him to

4    me.  And, unfortunately, this was in my house where there were

5    recordings.  I was cooperating already, you know, with others,

6    and so they introduced this new person to me who was

7    Mr. Jorge, alias Cadete.

8    Q.  So let's clarify who some of the key individuals that were

9    involved were.  What was the name of your assistant?

10   A.  Marta Marchena.

11   Q.  And what was her connection or relationship to the

12   Esquivel brothers?

13   A.  They had a working relationship of drugs.

14   Q.  Okay.  The Esquivel brothers, what are their names?

15   A.  Fernando Esquivel and Noe Esquivel.

16   Q.  What type of business were they involved in?

17   A.  Sell cocaine.

18   Q.  And are these Guatemalan nationals or nationals of another

19   country?

20   A.  They are from Guatemala City.

21   Q.  The Esquivel brothers, were they aware of your cooperation

22   with the U.S. government?

23   A.  No.

24          THE COURT:  Okay.  So could you have her repeat

25   that.  Fernando.  And what was the other brother?

CHACON ROSSELL - DIRECT

1          THE WITNESS:  Noe Esquivel.

2          MR. MEISEL:  N-o-e.

3          THE COURT:  N-o-e.

4     BY MR. MEISEL:

5     Q.  And so just to clarify, it was -- it was the brothers --

6     the Esquivel brothers who requested this meeting via

7     Marta Marchena?

8     A.  That's right.

9     Q.  Was a meeting arranged?

10    A.  That's right.

11    Q.  Do you recall the date of the first meeting?

12    A.  No.  But it might have been in October, October 2013.

13    Q.  Okay.  And what was the purpose of the meeting?

14    A.  The purpose of the meeting was to set up a cocaine deal.

15    I was meeting a new person from Mexico who was trafficking

16    drugs.

17    Q.  Okay.  And this was a prospective customer, a buyer?

18    A.  That's right.

19    Q.  Okay.  There were -- was that the only meeting, or were

20    there subsequent meetings?

21    A.  There were later meetings.

22    Q.  And all these meetings occurred where?

23    A.  My house in Guatemala City.

24    Q.  And if you know, were all these meetings recorded?

25    A.  That's right.

1    Q.  And if you know -- withdrawn.

2          Have you had a chance to review these recordings?

3    A.  That's right.

4    Q.  All these recordings, did they appear to fairly and

5    accurately depict the people present and the topics that were

6    discussed?

7    A.  That's right.

8    Q.  Let's go back to the first meeting in October of 2013 --

9    and we'll go over the videos in a minute -- but, generally,

10   what was discussed at that meeting?

11   A.  We discussed brands of cocaine, prices, possible cocaine

12   sale, the office that had the cocaine distribution.  At that

13   time I didn't know Cadete.  You know, he was being introduced

14   by the Esquivels and Marta.

15   Q.  So you were -- fair to say you were getting to know each

16   other and figuring out if you wanted to do business together?

17   A.  That's right.

18   Q.  In that initial meeting, did you get a sense of what types

19   of quantities he was interested in purchasing?

20   A.  That's right.

21   Q.  And what types of quantities were we talking about,

22   generally?

23   A.  We were talking about over a ton and going forward even

24   more.

25   Q.  All right.  Let's go to -- I'm going to pull up a couple

1    of photographs and videos for you.  Let's start with 100-1A.

2         Do you recognize the location depicted?

3    A.  That's right.

4    Q.  Where is this?

5    A.  This is the living room of my house in Guatemala City.

6    Q.  And the -- there's a date and time stamp at the top of the

7    photograph.  Does that appear to be accurate?

8    A.  That's right.

9    Q.  And does this appear to be the first meeting with Cadete

10   or one of the other meetings?

11   A.  It was the first.

12   Q.  Okay.  Could you go around the room and tell us who we're

13   looking at.

14   A.  Mr. Fernando Esquivel is the gentleman in the white shirt.

15   We have Jorge, alias Cadete.

16   Q.  Can you touch the screen as you -- as you're talking about

17   them.

18   A.  Jorge, alias Cadete.  Noe Esquivel.  Marta Marchena.

19   Johana Jordan.  And that's me, Marllory Chacon.

20   Q.  And which one is Fernando?

21   A.  Fernando Esquivel.

22   Q.  Okay.  Let's go through --

23        MR. MEISEL:  Let's go to 1B, please.

24   BY MR. MEISEL:

25   Q.  Who's that?

CHACON ROSSELL - DIRECT

```
1    A.  Jorge, alias Cadete.

2    Q.  Let's go to 100-C.

3              THE COURT:  Mr. Meisel, I think you can probably

4    clear the screen from your --

5              MR. MEISEL:  Oh.  I can?  I'm sorry.

6    BY MR. MEISEL:

7    Q.  1C is who?

8    A.  Johana Jordan.

9    Q.  And what's her relationship to you?

10   A.  A friend and a distant cousin.

11             MR. MEISEL:  Let's go to 100-1D, please.

12   BY MR. MEISEL:

13   Q.  Who is this?

14   A.  Marllory Chacon.

15             MR. MEISEL:  100-1E, please.

16   BY MR. MEISEL:

17   Q.  Who is this?

18   A.  Marta Marchena.

19   Q.  100-1F.  Who is this?

20   A.  Noe Esquivel.

21             MR. MEISEL:  100-1G, please.

22   BY MR. MEISEL:

23   Q.  And who is this?

24   A.  Fernando Esquivel.

25   Q.  Okay.  Let's go to 100-1.
```

```
 1              Ms. Chacon, you've had a chance to review the
 2       recordings of these meetings; correct?
 3       A.   That's right.
 4              MR. MEISEL:  Okay.  Let's -- let's start at -- let's
 5       start at 1 minute on the player time.
 6              (An audio-visual recording was played.)
 7              MR. MEISEL:  Let's pause it there, please.
 8       BY MR. MEISEL:
 9       Q.   All right.  Is this -- and, generally, what's happening at
10       this stage of this video?  Can you hear it okay?
11       A.   That's right.
12       Q.   And what was happening at this stage?
13       A.   We were talking about a story, about a wallet.
14       Q.   Okay.
15              MR. MEISEL:  Let's jump ahead to 32:15.
16              (An audio-visual recording was played.)
17              MR. MEISEL:  We can pause right there.
18       BY MR. MEISEL:
19       Q.   All right.
20              MR. BALAREZO:  Your Honor, I let this go on, but I'm
21       going object to the use of these tapes in this fashion.
22       They're only in Spanish, which is very difficult to understand
23       from the recording itself.  The only ones who understand it in
24       here are probably the interpreters and perhaps you and I.  It
25       just --
```

CHACON ROSSELL - DIRECT

```
 1                THE COURT:  I actually can't understand what they're

 2      saying because of the quality.

 3                MR. BALAREZO:  It doesn't add anything to the

 4      proceedings.  It's just going to prolong it further.  If the

 5      witness needs to have her memory or recollection refreshed, I

 6      can understand playing the video, but just playing it

 7      wholesome is just, frankly, a waste of time.

 8                THE COURT:  I'm looking at the screen, and it

 9      says the video is an hour and 59 minutes.  What is your

10      intent?

11                MR. MEISEL:  My intention is just to -- I know that

12      was a long clip.  There are two additional, much shorter

13      clips.  And to ask the witness a few questions about these

14      specific portions of the conversation.

15                THE COURT:  All right.  Is there a transcript that

16      you're going to introduce as well?

17                MR. MEISEL:  There's a transcript associated with

18      the last two meetings, but the first two meetings were not

19      transcribed.  So my -- my intention was to ask the witness

20      about very specific narrow portions of these conversations.

21                THE COURT:  Okay.  Get to your questions sooner

22      rather than later.

23                MR. MEISEL:  Thank you.

24                MR. BALAREZO:  That's what I'm saying.  Just ask the

25      witness rather than --
```

```
 1                    THE COURT:  Yeah.

 2                    MR. BALAREZO:  -- playing the clips.

 3    BY MR. MEISEL:

 4    Q.  Ms. Chacon, during the portion of the conversation,

 5    generally what was the topic that was being discussed?

 6    A.  He was talking about how the drug cartels in Mexico work,

 7    the security that he uses to secure his drugs; that he has

 8    people that are armed and decided to defend, that type of

 9    thing.

10    Q.  So he was talking about his security operations?

11    A.  That's right.

12    Q.  Did he provide any numbers with respect to vehicles or

13    personnel or costs associated with -- with his security

14    details?

15    A.  Could you repeat it.

16    Q.  Right.  Did he provide any sort of additional, like,

17    numbers in terms of, you know, vehicles that he uses for

18    transporting shipments or the number of workers that he has

19    dedicated for security details?

20    A.  I don't remember.

21    Q.  Okay.  I'm not going to replay it.

22            Did he discuss -- if you recall, was he discussing

23    the -- the -- you know, how much he pays --

24                    MR. BALAREZO:  Objection.

25                    THE COURT:  You can ask the question.
```

```
1    BY MR. MEISEL:

2    Q.  If you recall, was there any discussion about the costs

3    associated with his security details?

4    A.  Yes.  He's speaking about the fact that he pays $300,000

5    for the security of his shipments.

6    Q.  And the -- is it your understanding that he's referring to

7    U.S. dollars?

8    A.  That's right.

9              MR. MEISEL:  Okay.  I'm going to jump ahead to --

10   we're going to go to 41 minutes and 22 seconds.  And this is

11   just going to be a 1-minute clip.

12             (An audio-visual recording was played.)

13             MR. MEISEL:  Pause it there.

14   BY MR. MEISEL:

15   Q.  What was he saying in that clip?

16   A.  Well, he was talking about setting a precedent that if

17   they steal the shipment, that they could kill the family so

18   they don't do it again.

19             MR. MEISEL:  Moving to 41 minutes on the player to

20   42 minutes and 47 seconds.  Yeah, 41 flat.

21             (An audio-visual recording was played.)

22             MR. MEISEL:  Okay.  Let's stop there.

23   BY MR. MEISEL:

24   Q.  Generally, what was he discussing in that segment?

25   A.  In that minute, they are talking about prices and
```

CHACON ROSSELL - DIRECT

1    today there's a lot of cocaine and that Mr. Fernando and --

2    that there was a lot of merchandise and some of it wasn't

3    good.

4    Q.  Okay.  All right.  Let's move on to the next video.

5             THE COURT:  Mr. Meisel, is this a good time for a

6    break?

7             MR. MEISEL:  Yes, Your Honor.

8             THE COURT:  All right.  We're going to take a

9    ten-minute break.

10            (Recess taken.)

11            THE COURT:  All right.  Go ahead.

12            MR. MEISEL:  Thank you, Judge.

13        All right.  I'm going to have my assistant pull up

14   101-1A, please.

15   BY MR. MEISEL:

16   Q.  Directing your attention to the date and time stamp

17   October 30th, 2013, does that appear to be accurate?

18   A.  That's right.

19   Q.  So fair to say this is the second meeting?

20   A.  That's right.

21   Q.  Can you go around the room and tell us who we're looking

22   at.

23   A.  Jorge, alias Cadete; me, Marllory Chacon; Fernando

24   Esquivel; Jose Manuel, alias El Che; Noe Esquivel.

25   Q.  And the person sitting at the top?

```
1    A.  Marta Marchena.

2    Q.  Okay.  So, now, this is the first time we're seeing

3    Jose Manuel, alias Che.  What can you tell us about him?

4    A.  Jose Manuel was a former drug trafficker who had working

5    office -- who had offices and that had worked in drug

6    trafficking with me, and he then done previous deals with

7    Jorge, alias El Cadete.

8    Q.  Okay.  And was -- was Che, was he aware of your

9    arrangement with the U.S. government?

10   A.  No.

11   Q.  Let's go to 101-1B.

12        Who's this?

13   A.  Jorge, alias El Cadete.

14   Q.  101-1C.

15   A.  Jose Manuel Lopez, alias El Che.

16   Q.  101-1D, please.

17   A.  Me, Marllory Chacon.

18   Q.  And who is depicted in 101-1D -- I'm sorry, 1E.

19   A.  Marta Marchena.

20        MR. MEISEL:  101-1F, please.

21   BY MR. MEISEL:

22   Q.  Who is this?

23   A.  Noe Esquivel.

24   Q.  And 101-1G?

25   A.  Fernando Esquivel.
```

```
 1                    MR. MEISEL:  Let's pull up 101-1A.
 2      BY MR. MEISEL:
 3      Q.  And I'm going to show you some portions of video.
 4                    MR. MEISEL:  Let's start with 4 minutes and
 5      10 seconds.
 6                    (An audio-visual recording was played.)
 7                    MR. MEISEL:  Let's stop there.
 8      BY MR. MEISEL:
 9      Q.  What are you discussing at this point?
10      A.  They are talking about brands of cocaine, prior
11      negotiations, and amounts.
12      Q.  And what -- roughly, what quantities are we discussing?
13      A.  They're talking about 440-something kilos of cocaine in
14      that negotiation.
15      Q.  Okay.  And this is a prior transaction?
16      A.  That's right.
17      Q.  And that prior transaction was between which individuals?
18      A.  It's between Jorge, alias El Cadete; and Jose Manuel,
19      alias El Che.
20      Q.  So Cadete had previously purchased from Che?
21      A.  That's right.
22      Q.  And what were some of the brands that were being
23      discussed?
24      A.  Rolex, Gold, and the other ones I'm not clear on.
25                    MR. MEISEL:  Let's go to 18 minutes and 10 seconds.
```

CHACON ROSSELL - DIRECT

```
 1                    (An audio-visual recording was played.)
 2              MR. MEISEL:  Let's stop there.
 3    BY MR. MEISEL:
 4    Q.  What were some of the topics being discussed in this
 5    portion?
 6    A.  I'm sorry?  Could you repeat that.
 7    Q.  What were you discussing in that last clip?
 8    A.  They're still talking about another shipment of cocaine
 9    that's over 600 kilos, another brand, FF, and arguing about
10    merchandise.
11    Q.  Okay.  And was there any discussion -- and what -- when
12    was that transaction occurring?
13    A.  That was a prior transaction prior to having met Cadete.
14    Q.  Okay.  Between Cadete and Che?
15    A.  That's right.  The brokers were the Esquivel brothers.
16    Q.  Got it.
17              THE COURT:  Let me ask this question:  Was Cadete
18    trying to convince you to sell to him, or were you trying to
19    convince him to buy from you?
20              THE WITNESS:  No.  He came to me through the
21    Esquivel brothers through my assistant, Marta Marchena, so he
22    could buy from me.  He wanted to buy from me shipments of
23    cocaine.
24    BY MR. MEISEL:
25    Q.  And if you know, why did he want to buy from you?
```

```
 1    A.  He wanted to buy directly from me because I was the owner

 2    of the shipments and buying from me he could get better

 3    prices.

 4    Q.  And was it just better prices or also larger quantities?

 5    A.  Both things.

 6    Q.  Okay.

 7              MR. MEISEL:  Let's go to 28:15, please.

 8              (An audio-visual recording was played.)

 9              MR. MEISEL:  Let's pause it there.

10    BY MR. MEISEL:

11    Q.  What was he saying in that portion of the conversation?

12    A.  He's explaining the methods of payment for the amount of

13    cocaine and he needs to be in direct communication with the

14    owner of the cocaine or their representative; that there

15    shouldn't an intermediary because that increases the risks and

16    there could be delays in the cash payments in Mexico for the

17    cocaine.

18              MR. MEISEL:  Moving on to 32:38.

19              (An audio-visual recording was played.)

20              MR. MEISEL:  Let's stop there at 33:44.

21    BY MR. MEISEL:

22    Q.  What was he talking about just then?

23    A.  He's talking about how the cartels support each other when

24    it comes to the security of the drugs.  And he says that if

25    they steal from them, that they will defend their cocaine
```

1    using firepower.

2    Q.  Okay.

3              THE COURT:  Let me ask a couple questions.  Before

4    this meeting, how long had your relationship been with

5    Fernando?

6              THE WITNESS:  So with -- very few times.  With Marta

7    Marchena and the brother Noe Esquivel, was about three years.

8    But with Fernando, it's a very short time.  Maybe

9    four meetings prior to this one.

10             THE COURT:  And how long had -- before this meeting

11   was your relationship with Che?

12             THE WITNESS:  Approximately ten years.

13             THE COURT:  So if Cadete was exaggerating the deals

14   he had with Che, would Che have told you?

15             THE WITNESS:  Not exactly.

16             MR. MEISEL:  Thank you.

17   BY MR. MEISEL:

18   Q.  Now, let's follow up with a few questions on that.  The

19   Esquivel brothers, what was their role in terms of, you know,

20   this -- this deal that was being brokered between you and

21   Cadete?

22   A.  They were brokers between Marta and Cadete.  And they'd

23   been brokers in prior negotiations between Cadete and Che.

24   And they were going to receive a commission on the drug deals

25   going forward from that date.

CHACON ROSSELL - DIRECT

1    Q.  Okay.  So were they providing any -- any quantity of

2    cocaine or money in relation to the transaction that you were

3    coordinating with Cadete?

4    A.  Could you repeat that.

5    Q.  Were -- what were they hoping to get out of the deal?

6    A.  To earn a commission on the cocaine.

7    Q.  So they weren't providing any cocaine?

8    A.  I'm sorry?

9    Q.  The -- there was no cocaine that they were bringing to the

10   table for this transaction?

11            MR. BALAREZO:  Objection to the form.

12            THE COURT:  You can answer.

13   A.  No.

14            THE COURT:  The commission was for the introduction?

15            THE WITNESS:  That's right.  And for all the

16   negotiation -- all the negotiations and cocaine deals going

17   forward.

18   BY MR. MEISEL:

19   Q.  And who was supposed to pay their commission?

20   A.  Cadete.

21            MR. MEISEL:  All right.  Let's go to 51 minutes

22   flat.

23            (An audio-visual recording was played.)

24            MR. MEISEL:  Let's stop there.  We're stopping at

25   51:48.

```
1    BY MR. MEISEL:

2    Q.  What are they discussing in this portion of the meeting?

3    A.  He was explaining to Che the brand of cocaine and the

4    shipment that he had just purchased from Jose Manuel, El Che.

5    Q.  Okay.  So what was he listing for Che?

6    A.  He was listing the quantities and brands he had received

7    from the shipment he'd purchased from Che.

8              MR. MEISEL:  Let's go to an hour 20 and 17 seconds.

9              (An audio-visual recording was played.)

10             MR. MEISEL:  Let's stop there.

11   BY MR. MEISEL:

12   Q.  What was discussed during that last segment?

13   A.  Cadete is explaining to Jose Manuel, El Che, that if he

14   takes delivery of 600-kilo shipment and it's in good

15   condition --

16             MR. BALAREZO:  Objection to the interpretation.

17   That's not exactly what she said.

18             THE COURT:  I'm not in a position to judge that.  Go

19   ahead.  Finish.

20   A.  And it's in good condition, then -- and he has X amount of

21   cocaine --

22             THE INTERPRETER:  Interpreter clarification.

23   A.  If he has X amount and the percentage of cocaine is not up

24   to par, that he can take -- take it to Mexico.  He can

25   cooperate, but the sale would be slower.  And he can help him
```

1    by taking the cocaine even if the percentage is not high.

2            THE INTERPRETER:  Your Honor, the interpreter stands

3    with my rendition.  May I confer with my colleague?

4            THE COURT:  Of course.

5            (REPORTER'S NOTE:  A sotto voce conference was held

6    between Ms. McFadden and Ms. Crisp.)

7            THE INTERPRETER:  The interpreter stands by her

8    rendition.

9            THE COURT:  Say that again.

10           THE INTERPRETER:  The interpreter stands by her

11   rendition.

12           THE COURT:  Okay.

13   BY MR. MEISEL.

14   Q.  Can you clarify what he was saying with respect to quality

15   cocaine?

16   A.  What little I've learned regarding cocaine, as I

17   understand it, that it comes from Colombia, the percentage of

18   98 to 100 percent, but sometimes it arrives from Colombia in

19   poor conditions.  It might be wet, beaten.  The condition's

20   not as good.  And so sells are harder to make or they're

21   slower.  And he's offering, for example, that if 600 are in

22   good condition, that he can take 100 in poor condition and

23   take it to Mexico and help that way.

24   Q.  So just to clarify, he can still sell poor-quality

25   cocaine; it just might take him longer?

1    A.  That's right.

2              MR. MEISEL:  Let's go to 1:28:19.  And this will be

3    the last clip for this video.

4              (An audio-visual recording was played.)

5              MR. MEISEL:  We can stop there.

6    BY MR. MEISEL:

7    Q.  What was he saying in that clip?

8    A.  He is explaining about the delivery of the dollars; that

9    you give a document with a signature as proof that it has been

10   paid, proof to the other cartel.  It is also saying he's

11   prepared to buy 500 kilograms of cocaine.

12             MR. MEISEL:  All right.  Let's close out

13   October 30th, 2014.

14        We're going to transition to Government Exhibit 102-1A.

15   And, Your Honor, these videos have certified translations.

16   They're in evidence -- or the transcripts are in evidence as

17   102-1T.  And the videos are subtitled, just so the Court is

18   aware.

19        We'll start with 00:36.

20             (An audio-visual recording was played.)

21             MR. MEISEL:  Let's pause it there.

22   BY MR. MEISEL:

23   Q.  In that last segment, what were you discussing?

24   A.  We were talking about how to transport some drug of a deal

25   that we were crossing.  So we were talking about the truck, if

1    he had the truck or if it needed to be provided.

2    Q.  Okay.  And what was -- what were the conditions that he

3    might need to have a truck provided to him?

4    A.  Could you repeat it.

5    Q.  Sure.  I'll rephrase.

6            MR. BALAREZO:  Your Honor, objection.

7            MR. MEISEL:  I'll rephrase.

8    BY MR. MEISEL:

9    Q.  Did he have his own truck?

10   A.  Well, he said he had a small truck, and the one he used

11   was to transport bigger quantities.  And according to what he

12   said, he would use that small little truck to -- to transport

13   it in local place in Guatemala.

14           MR. MEISEL:  Okay.  Let's go to 3 minutes and

15   25 seconds.

16           (An audio-visual recording was played.)

17           MR. MEISEL:  Let's stop there.

18   BY MR. MEISEL:

19   Q.  What occurred during that portion of the conversation?

20   A.  He is telling me that he had to go to Mexico because I did

21   not confirm with him that the drug was ready and that he is

22   communicated -- or confirmed with the other people that he

23   works with that it was Mayo.

24   Q.  And when he references Mayo, who do you understand that to

25   be?

1    A.  Mayo Zambada.  He's one of the partners with Joaquin

2    Guzman.  And Mayo Zambada is one of the biggest and most

3    dangerous drug dealers of Mexico.

4                MR. MEISEL:  Let's go to 5 minutes and 34 seconds.

5                (An audio-visual recording was played.)

6                MR. MEISEL:  Let's stop there.

7    BY MR. MEISEL:

8    Q.  What was he saying in that portion?

9    A.  He is talking there -- he's talking to me there, like

10   asking me if we would do the loop of coming or -- that

11   investing together and coming from Colombia and delivering the

12   entire shipment to Mexico to bring it to the U.S.

13               THE COURT:  So, Mr. Meisel, I was trying to follow

14   along with the transcript, and I couldn't find the reference

15   to Mayo in the transcript.  Can you point me out to where that

16   is.

17               MR. MEISEL:  Your Honor, I believe it registered as

18   unintelligible by the translator.  It was between lines 104

19   and 126 in the transcript.

20               THE COURT:  I assume Flaco is someone different?

21               MR. MEISEL:  Correct, Your Honor.  So if you'll see,

22   there's -- I'm not exactly sure which line it is in the

23   transcript.  It might be around 112, but it makes -- there are

24   a few, sort of, portions of the video where he clearly lowers

25   his volume, and I think it registers as an unintelligible.

```
 1              THE COURT:  Okay.
 2    BY MR. MEISEL:
 3    Q.  Okay.  So let's -- so that last portion, he was -- he was
 4    talking about completing the loop from Colombia to the
 5    United States?
 6    A.  Okay.  He's asking me if he -- if they can invest with the
 7    shipment from Colombia, bring it to Guatemala.  And from
 8    Guatemala, they would take it to Mexico and from Mexico to the
 9    final destination, the United States.
10    Q.  So he's suggesting a partnership beyond just purchasing
11    cocaine from you?
12    A.  That's right.
13              MR. MEISEL:  Let's go to 8 minutes and 10 seconds,
14    please.
15              (An audio-visual recording was played.)
16              MR. MEISEL:  Stop it there at 10:45.
17    BY MR. MEISEL:
18    Q.  What's he talking about there?
19    A.  They are talking about Don Fernando.  That all the -- the
20    negotiations with Arturo, that he would give him $200 per kilo
21    and that he didn't -- that he wanted to deal with him
22    directly, not through brokers, and that he would always get
23    the earning of 200 per kilo.
24              THE INTERPRETER:  And I -- the interpreter needs to
25    correct herself.  Negotiations in the future, instead of
```

CHACON ROSSELL - DIRECT

1    Arturo.  Thank you.

2    BY MR. MEISEL:

3    Q.  So what exactly is his position with respect to the

4    commission to Don Fernando?

5    A.  Repeat it, please.

6    Q.  Does he have any concerns about the commission that

7    Don Fernando would be entitled to?

8    A.  Perhaps.

9    Q.  Okay.  Is he complaining about anything?

10   A.  No, just that he didn't want to have Don Fernando in the

11   middle as a broker.  Yes, that he didn't want to have somebody

12   in the middle that -- meaning if they were common to me, that

13   they were big shipments and that he wanted to go directly and

14   always respecting the commission to Fernando Esquivel.

15           MR. MEISEL:  Okay.  Let's go to 11:39.  This

16   probably starts at transcript 331 -- line 331.

17           (An audio-visual recording was played.)

18           MR. MEISEL:  Let's stop there.

19   BY MR. MEISEL:

20   Q.  All right.  What was being discussed in this segment?

21   A.  Cadete is saying that Mr. Fernando had told him that he

22   had to do things like he was saying.  I guess he looked at him

23   very young, and he referred to him as mocoso, like a nickname.

24   And Cadete told him not to be mistaken; things will be done

25   the way I say it.

```
 1                 MR. MEISEL:  Okay.  Let's go to 14:52.

 2                 (An audio-visual recording was played.)

 3                 MR. MEISEL:  Let's stop there.

 4      BY MR. MEISEL:

 5      Q.  In that last portion, what were you discussing?

 6      A.  He's talking about the negotiation of a shipment and a

 7      payment for a ton of -- which would be equivalent to a

 8      thousand kilos of cocaine.  And he's offering, for example,

 9      that if he were to purchase 3,000 kilos of cocaine, then he

10      would, you know, pay for a thousand and then start making

11      payments from the date of the departure and then take the rest

12      on credit, but getting a better price for that.

13                 THE COURT:  Let me ask a question.  Did you agree

14      with Don Fernando's assessment that Cadete was young and

15      inexperienced?

16                 THE WITNESS:  Not at all.

17      BY MR. MEISEL:

18      Q.  Why not?

19      A.  Because he'd had prior deals with the office where I also

20      shipped cocaine, and he confirmed that he had over six years

21      of experience in drug trafficking and, obviously, with large

22      quantities of cocaine shipments.

23      Q.  Okay.  And at some point in that last segment, did you

24      suggest a quantity of cocaine that you might have coming

25      available to him?
```

CHACON ROSSELL - DIRECT

 1    A.  That's right.

 2    Q.  And how much did you tell him that you might have

 3    available?

 4    A.  At that time I told him that there was an incoming

 5    shipment of 1,830.

 6    Q.  What was his proposal with respect to that incoming

 7    shipment?  How much was he proposing to pay you?

 8    A.  For 1 ton, which is the equivalent to a thousand

 9    kilograms.

10    Q.  And was he -- and what was -- what was his proposal with

11    respect to the remaining 830?

12    A.  He proposes like in the prior conversation, to take the

13    whole amount, make payment on a thousand kilos, and then when

14    it departs, to start making payment on the remainder in cash

15    and with transfers in Mexico in U.S. dollars.

16            MR. MEISEL:  I'm going to move ahead to 18 minutes

17    and 6 seconds.  This should correspond to roughly line 478 in

18    the transcript.

19            (An audio-visual recording was played.)

20            MR. MEISEL:  Please pause.

21    BY MR. MEISEL:

22    Q.  I know that that was a little bit longer.  But in that

23    last segment, what was discussed?

24    A.  He's talking and giving an example of the incoming -- as

25    an example, the incoming shipment of 1,830 kilos, saying that

 1    he would take 1,300 to Culiacán and take the bit over 500 to

 2    L.A.  He talks about -- and the sales and the office that he

 3    has in L.A.  He talks about distribution and prices.  Talking

 4    about making -- about making the payments of 22,000 if it's

 5    cash, and he's mentioning the price of 23,000 on credit.

 6    Q.  And as he was discussing this, did you have any

 7    understanding of how his prices were being set, in terms of

 8    where -- when he was selling in the United States?

 9    A.  Yes.  The person he's mentioning is 22,000 for payments in

10    cash -- that's 22,000 per kilo -- and 23,000 on credit.

11          MR. MEISEL:  Okay.  Let's -- let's go to 22:24,

12    please.  This should correspond to roughly 561 in the

13    transcript.

14          (An audio recording was played.)

15          MR. MEISEL:  Let's stop there.  Stopping at 25:04,

16    line 614 in the transcript.

17    BY MR. MEISEL:

18    Q.  Can you describe that part of the conversation that we

19    just saw.

20    A.  Yes.  He's saying that he has enough money to cover 5 to

21    6 tons of cocaine.  He's saying he has X amount in Culiacán.

22    And in L.A. he's talking about the different places where he

23    has the money for those 5 to 6 tons of cocaine.

24    Q.  Okay.  And back in 2014, how much money are we talking

25    about when he says he has enough capital for 5 to 6 tons?

CHACON ROSSELL - DIRECT

1    A.  So back then in 2013, the kilo was about 13,000.  And if

2    you multiply that by the 5 to 6 tons, he's talking about,

3    we're talking about more than $75 million.

4              MR. MEISEL:  Let's go to 26:48, please.  This

5    corresponds to roughly 656 in the transcript?

6              (An audio-visual recording was played.)

7              MR. MEISEL:  Let's pause there for a second.  Okay.

8    We're stopping at 30 minutes and 15 seconds into the video.

9    That was --

10             THE INTERPRETER:  The interpreter's microphone does

11   not have battery.

12             MR. MEISEL:  Okay.  Technical difficulties.

13             THE INTERPRETER:  The interpreter is ready.

14             MR. MEISEL:  Thank you.

15       So we stopped at 30 minutes and 50 seconds, roughly

16   line 731 in the transcript.

17   BY MR. MEISEL:

18   Q.  Could you tell us what was discussed in that -- that

19   portion of the video.

20   A.  He is talking about the fact that he's purchased the plane

21   to travel to Guatemala.  We're talking about clandestine

22   landing strips and about flights without a flight plan to

23   Mexico.  He shares that everything that is sent to Culiacán is

24   100 percent secured.  And, you know, he talks about the kilos

25   of cocaine.  And I ask him if he would provide the pilots.  He

CHACON ROSSELL - DIRECT

1    says that one pilot would be theirs.  Another one would be

2    ours.  And, let's see, what else?  What else?  That's all I

3    remember.

4    Q.  Now --

5    A.  May I?  And he talks about a plane that came 200, as an

6    example.  And he talks about quantities and amounts that will

7    be paid, and he talks about black flights.  Those would be the

8    flights without a registered flight plan and registered

9    flights.

10   Q.  Okay.  And in the ten years that you had been working in

11   narcotics trafficking, you had used private aircraft to

12   transport shipments of cocaine; correct?

13   A.  That's right.

14   Q.  Okay.  And so when he's talking about things like black

15   flights and clandestine airstrips, does it sound like he knows

16   what he's talking about?

17   A.  That's right.

18          THE COURT:  Let me ask you a question.  Have you

19   ever seen Cadete with a firearm?

20          THE WITNESS:  No.

21          MR. MEISEL:  Let's go to 37:08.  It should be

22   roughly line 874 in the transcript.

23          THE INTERPRETER:  The interpreter did not hear the

24   line number.

25          MR. MEISEL:  874.

```
 1            (An audio-visual recording was played.)

 2            MR. MEISEL:  Let's stop there for a second.

 3   BY MR. MEISEL:

 4   Q.  What were you discussing in that segment?

 5   A.  He's -- well, we're discussing payment for an upcoming

 6   shipment that we'll be negotiating, and he's asking how much

 7   can he deposit in Mexico and how much can he deposit in

 8   Guatemala in U.S. dollars.

 9            THE COURT:  Mr. Meisel, is this a natural point to

10   break?

11            MR. MEISEL:  This would be great, Your Honor.

12            THE COURT:  All right.  Thank you.  We're done for

13   the evening.  We'll resume tomorrow at 10:00.

14        Mr. Meisel, how much do you estimate you have left on

15   your direct of this witness?

16            MR. MEISEL:  I'm winding down, Your Honor, but I

17   think there's still another video.  So we're winding down on

18   February 5th.  We have the final video.  I think that will go

19   a little bit faster than this one.  And then we have the third

20   and final witness, who I believe will be very brief.

21            THE COURT:  With the third witness?

22            MR. MEISEL:  Yes, Your Honor.

23            THE COURT:  Okay.  So the estimate for this direct

24   on this witness is what?

25            MR. MEISEL:  I think the estimate on this direct,
```

1    probably about an hour, hour and a half.

2              THE COURT:  Okay.  And by brief is roughly what?

3              MR. MEISEL:  I would estimate no more than

4    30 minutes.

5              THE COURT:  Okay.  All right.  Anything else I need

6    to deal with tonight?

7              MR. MEISEL:  Nothing from the government,

8    Your Honor.

9              MR. BALAREZO:  No, Your Honor.

10             THE COURT:  All right.  Thank you.  You're excused.

11             (Proceedings were concluded at 5:29 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3          I, Nancy J. Meyer, Registered Diplomate Reporter,

4    Certified Realtime Reporter, do hereby certify that the above

5    and foregoing constitutes a true and accurate transcript of my

6    stenograph notes and is a full, true, and complete transcript

7    of the proceedings to the best of my ability.

8

9                    Dated this 11th day of July, 2024.

10

11                    /s/ Nancy J. Meyer
                      Nancy J. Meyer
12                    Official Court Reporter
                      Registered Diplomate Reporter
13                    Certified Realtime Reporter

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$13,000** [2] - 41:21, 104:18
**$17,000** [1] - 37:20
**$200** [1] - 167:20
**$300,000** [1] - 154:4
**$364,730** [1] - 62:17
**$500,000** [1] - 60:17
**$556,800** [1] - 60:18
**$75** [1] - 172:3

## '

**'14** [1] - 92:1
**'84** [3] - 91:25, 92:1

## /

**/s** [1] - 176:11

## 0

**00:36** [1] - 164:19

## 1

**1** [24] - 2:10, 2:11, 17:9, 17:22, 17:25, 19:10, 26:15, 27:6, 27:7, 27:10, 31:7, 39:9, 43:18, 47:11, 49:20, 92:10, 92:12, 92:19, 92:21, 109:25, 130:5, 151:5, 170:8
**1,000** [3] - 42:23, 106:22, 107:2
**1,300** [1] - 171:1
**1,830** [3] - 44:6, 170:5, 170:25
**1,950** [1] - 50:24
**1-minute** [1] - 154:11
**1.4** [3] - 63:2, 120:1, 134:18
**1.95** [1] - 51:4
**10** [8] - 33:13, 41:15, 98:23, 102:2, 107:17, 157:5, 157:25, 167:13
**100** [6] - 23:1, 45:11, 108:24, 163:18, 163:22, 172:24
**100-1** [1] - 82:16, 150:25
**100-1A** [1] - 149:1
**100-1D** [1] - 150:11
**100-1E** [1] - 150:15
**100-1F** [1] - 150:19
**100-1G** [1] - 150:21
**100-C** [1] - 150:2

**101-1** [1] - 82:16
**101-1A** [2] - 155:14, 157:1
**101-1B** [1] - 156:11
**101-1C** [1] - 156:14
**101-1D** [2] - 156:16, 156:18
**101-1F** [1] - 156:20
**101-1G** [1] - 156:24
**101-1T** [1] - 86:9
**102-1** [1] - 82:16
**102-1A** [2] - 82:17, 164:14
**102-1T** [2] - 86:9, 164:17
**1023** [1] - 121:20
**103-1** [1] - 82:17
**103-1A** [1] - 82:17
**103-2** [1] - 82:17
**103-2A** [1] - 82:17
**103-3T** [1] - 86:18
**104** [1] - 166:18
**106** [4] - 22:6, 23:17, 37:4, 94:15
**10:00** [2] - 1:7, 174:13
**10:45** [1] - 167:16
**10th** [1] - 44:10
**11** [1] - 34:19
**110** [1] - 32:23
**110-2013** [1] - 31:17
**112** [1] - 166:23
**114,750** [3] - 35:18, 35:24, 101:7
**11:00** [2] - 54:6, 54:7
**11:30** [1] - 53:17
**11:39** [1] - 168:15
**11th** [3] - 45:6, 46:23, 176:9
**12** [8] - 35:10, 99:3, 100:23, 117:9, 117:13, 122:10, 129:14
**125** [2] - 31:21, 32:2
**126** [2] - 2:5, 166:19
**12:20** [1] - 57:24
**12th** [1] - 137:9
**13** [9] - 1:6, 36:21, 41:1, 41:16, 42:22, 64:12, 104:16, 104:25, 106:20
**13,000** [4] - 41:19, 44:5, 104:23, 172:1
**134** [1] - 2:6
**136** [1] - 2:7
**14** [4] - 37:3, 38:13, 102:12, 102:13
**14-50** [1] - 3:6
**14380** [1] - 62:11
**145** [1] - 1:14

**14:52** [1] - 169:1
**15** [5] - 39:20, 103:2, 103:5, 172:8
**150** [1] - 76:7
**15th** [6] - 47:18, 48:6, 48:25, 49:9, 50:3, 50:18
**16** [4] - 40:12, 103:25, 104:2, 129:24
**16,500** [3] - 24:6, 24:20, 96:7
**16.22** [1] - 80:9
**166** [5] - 31:17, 32:15, 32:16, 33:10, 129:13
**16th** [1] - 51:9
**17** [15] - 2:10, 35:19, 37:3, 37:17, 41:24, 42:10, 42:14, 42:16, 43:7, 63:11, 101:9, 105:8, 112:11, 112:19, 162:8
**17,000** [1] - 35:24
**17th** [10] - 51:23, 58:8, 58:12, 59:5, 62:21, 62:25, 68:18, 126:21, 127:5, 134:11
**18** [8] - 18:12, 42:10, 43:17, 63:14, 106:12, 130:4, 157:25, 170:16
**1830** [2] - 42:23, 106:21
**18655** [1] - 62:11
**18th** [7] - 16:9, 18:20, 51:14, 82:12, 86:20, 127:10
**19** [3] - 44:8, 107:25, 108:2
**1950** [1] - 51:11
**1998** [1] - 138:19
**19th** [1] - 20:21
**1:14-cr-00050-RC** [1] - 1:3
**1:28:19** [1] - 164:2
**1:40** [2] - 87:18, 88:5
**1A** [1] - 17:15
**1B** [1] - 149:23
**1C** [1] - 150:7
**1E** [1] - 156:18

## 2

**2** [23] - 18:4, 18:5, 18:6, 23:15, 32:13, 35:5, 36:13, 41:8, 43:8, 44:25, 45:1, 47:11, 49:20, 49:24, 94:12, 103:8, 105:14, 108:5,

110:6, 127:20, 128:6, 129:6, 129:25
**2,000** [2] - 27:12, 141:21
**20** [10] - 45:4, 46:20, 91:22, 108:16, 115:8, 131:1, 131:4, 131:9, 140:11, 162:8
**200** [8] - 22:7, 22:9, 23:1, 23:21, 94:16, 94:24, 167:23, 173:5
**200-10** [1] - 64:25
**200-11** [1] - 65:3
**200-12** [1] - 65:5
**200-13** [1] - 65:8
**200-17** [2] - 63:10, 63:11
**200-18** [1] - 63:14
**200-19** [1] - 63:18
**200-2** [1] - 66:13
**200-20** [1] - 63:20
**200-21** [1] - 63:23
**200-22** [1] - 63:25
**200-23** [1] - 64:2
**200-24** [1] - 64:5
**200-25** [1] - 64:8
**200-26** [1] - 67:13
**200-27** [1] - 67:19
**200-28** [1] - 67:20
**200-29** [3] - 68:2, 78:14, 78:18
**200-3** [1] - 66:22
**200-30** [1] - 68:7
**200-31** [1] - 68:12
**200-32** [2] - 68:22, 69:5
**200-4** [1] - 67:1
**200-5** [1] - 65:21
**200-6** [1] - 66:10
**200-7** [2] - 64:11, 64:12
**200-8** [1] - 64:18
**200-9** [1] - 64:22
**20001** [1] - 1:23
**20004** [1] - 1:17
**2001** [1] - 63:1
**201-1** [1] - 74:2
**201-10** [1] - 75:3
**201-11** [1] - 75:11
**201-12** [1] - 75:17
**201-15** [1] - 75:22
**201-16** [1] - 76:3
**201-17** [1] - 76:9
**201-18** [1] - 76:12
**201-19** [1] - 76:16
**201-2** [1] - 74:6
**201-20** [1] - 76:18
**201-21** [1] - 76:21
**201-22** [1] - 76:25

**201-23** [1] - 77:4
**201-24** [1] - 77:9
**201-26** [1] - 77:14
**201-27** [1] - 77:19
**201-29** [3] - 77:24, 78:19, 79:1
**201-3** [1] - 74:13
**201-30** [2] - 17:22, 17:25
**201-30............** [1] - 2:10
**201-4** [1] - 74:17
**201-5** [1] - 74:22
**2012** [1] - 142:7
**2013** [9] - 32:23, 33:4, 33:6, 82:11, 145:8, 147:12, 148:8, 155:17, 172:1
**2014** [54] - 13:10, 14:5, 16:9, 18:12, 18:20, 20:21, 22:2, 24:2, 26:1, 27:16, 28:23, 31:14, 33:16, 34:21, 35:12, 36:23, 38:17, 39:22, 40:14, 42:1, 42:12, 43:12, 44:10, 45:6, 46:23, 47:18, 48:6, 48:25, 49:9, 50:3, 50:18, 51:9, 51:14, 51:23, 58:8, 58:12, 62:21, 68:18, 69:21, 70:12, 70:24, 71:4, 82:11, 82:12, 86:16, 86:20, 91:23, 127:10, 131:24, 137:3, 137:9, 164:13, 171:24
**2015** [2] - 15:20, 137:13
**2016** [1] - 118:11
**202** [1] - 76:11
**202-354-3118** [1] - 1:24
**2021** [1] - 12:3
**2023** [1] - 10:10
**2024** [2] - 1:6, 176:9
**20530** [1] - 1:15
**20th** [3] - 22:2, 24:2, 26:1
**21** [7] - 46:21, 46:22, 109:16, 116:18, 116:23, 122:9, 130:18
**22** [6] - 47:16, 92:12, 92:19, 92:21, 111:12, 154:10
**22,000** [3] - 171:4, 171:9, 171:10
**22..................** [1] - 2:11
**22:24** [1] - 171:11

**22nd** [5] - 27:16, 69:21, 70:12, 70:24, 71:3
**23** [4] - 48:4, 49:2, 113:2, 113:7
**23,000** [2] - 171:5, 171:10
**23rd** [1] - 28:23
**24** [2] - 48:23, 113:4
**25** [4] - 49:7, 63:10, 113:20, 165:15
**25:04** [1] - 171:15
**25th** [1] - 31:14
**26** [1] - 50:1
**26:48** [1] - 172:4
**27** [1] - 50:16
**27th** [2] - 33:16, 34:21
**28** [4] - 17:16, 51:7, 77:25
**28:15** [1] - 159:7
**29** [1] - 51:12
**29th** [3] - 35:12, 36:23, 82:11
**2B66E26B** [3] - 29:21, 56:25, 57:17
**2nd** [1] - 38:17

### 3

**3** [26] - 20:4, 20:17, 26:17, 28:7, 30:11, 30:12, 32:20, 37:14, 39:12, 43:14, 92:9, 92:24, 97:5, 98:14, 99:14, 101:6, 102:18, 105:17, 106:17, 108:22, 110:22, 111:17, 128:18, 128:21, 128:22, 165:14
**3,000** [1] - 169:9
**30** [6] - 52:11, 91:24, 92:2, 172:8, 172:15, 175:4
**30th** [3] - 82:11, 155:17, 164:13
**31** [2] - 52:17, 52:18
**310** [1] - 20:5
**310-867-4459** [4] - 19:2, 42:18, 61:10, 134:25
**31st** [1] - 118:11
**32** [1] - 53:3
**32:15** [1] - 151:15
**32:38** [1] - 159:18
**33** [2] - 53:20, 56:18
**331** [2] - 168:16
**333** [1] - 1:23
**33:44** [1] - 159:20
**34** [2] - 54:11, 166:4

**35** [3] - 56:6, 56:14, 137:19
**3500** [1] - 131:10
**36** [1] - 56:18
**37:08** [1] - 173:21
**38** [4] - 16:7, 16:11, 17:16, 79:3
**3:00** [2] - 26:4, 54:9
**3B1.1** [1] - 3:21
**3rd** [1] - 39:22

### 4

**4** [23] - 21:25, 28:15, 32:20, 33:25, 36:18, 45:12, 45:18, 49:23, 51:6, 94:6, 95:6, 96:11, 100:9, 101:16, 106:4, 111:1, 112:8, 128:15, 128:24, 129:14, 130:18, 157:4
**400** [4] - 1:17, 22:7, 23:21, 25:3
**400,000** [1] - 25:4
**41** [8] - 35:19, 35:24, 37:16, 37:19, 101:8, 154:10, 154:19, 154:20
**42** [1] - 154:20
**440-something** [1] - 157:13
**4495** [1] - 58:24
**47** [1] - 154:20
**478** [1] - 170:17
**48** [1] - 61:20
**484** [1] - 80:2
**498** [1] - 73:1
**4:00** [2] - 55:17, 55:21
**4C1.1** [1] - 3:20

### 5

**5** [21] - 23:24, 27:2, 33:9, 40:8, 44:2, 93:19, 95:13, 95:18, 97:15, 100:16, 101:17, 103:16, 106:20, 109:10, 128:18, 129:11, 166:4, 171:20, 171:23, 171:25, 172:2
**5,000** [1] - 141:21
**50** [5] - 35:17, 50:24, 51:5, 101:7, 172:15
**500** [11] - 13:4, 16:22, 37:8, 37:24, 69:25, 81:16, 122:13, 123:14, 164:11,

171:1
**500-kilo** [1] - 4:15
**509** [1] - 27:20
**51** [1] - 161:21
**513,185** [1] - 62:5
**51:48** [1] - 161:25
**556,800** [2] - 61:5, 64:7
**56** [1] - 32:23
**56-FEF** [1] - 31:17
**561** [1] - 171:12
**59** [1] - 152:9
**590** [3] - 28:12, 98:15, 98:17
**5:29** [1] - 175:11
**5C1.2** [1] - 3:20
**5th** [8] - 40:14, 42:1, 42:12, 43:12, 82:11, 86:16, 137:13, 174:18

### 6

**6** [16] - 2:4, 25:23, 27:2, 44:2, 96:19, 97:1, 106:22, 109:11, 111:6, 118:9, 128:24, 170:17, 171:21, 171:25, 172:2
**600** [3] - 22:8, 158:9, 163:21
**600-kilo** [1] - 162:14
**614** [1] - 171:16
**65** [3] - 15:12, 15:15, 15:16
**656** [1] - 172:5
**664360** [1] - 50:5
**667-326-4670** [1] - 31:16
**697,000** [1] - 35:24
**6:00** [4] - 21:7, 21:19, 93:20, 93:22

### 7

**7** [11] - 27:14, 37:22, 57:13, 98:5, 98:12, 98:21, 101:20, 107:5, 116:25, 117:5, 118:15
**731** [1] - 172:16
**74** [4] - 62:5, 63:4, 120:1, 134:18
**75.10** [1] - 69:14

### 8

**8** [9] - 28:21, 34:14, 99:8, 101:24,

116:25, 117:5, 119:7, 129:6, 167:13
**811,750** [1] - 35:24
**83** [5] - 31:17, 31:18, 31:22, 33:11
**830** [7] - 42:23, 43:1, 44:7, 106:22, 107:3, 125:4, 170:11
**8338** [1] - 61:20, 62:6, 64:15
**874** [2] - 173:22, 173:25
**88** [1] - 2:5

### 9

**9** [6] - 31:12, 41:12, 98:21, 104:5, 107:11, 129:11
**92** [1] - 2:11
**9766** [1] - 50:5
**98** [1] - 163:18

### A

**a.m** [3] - 1:7, 21:7, 21:19
**ability** [3] - 106:9, 106:11, 176:7
**able** [9] - 23:1, 26:6, 46:8, 53:16, 59:7, 71:20, 79:13, 97:11, 132:22
**absent** [1] - 135:12
**access** [1] - 11:9
**accident** [2] - 72:2, 73:6
**according** [2] - 76:8, 165:11
**accounts** [1] - 31:23
**accurate** [8] - 35:8, 94:24, 100:4, 114:14, 122:15, 149:7, 155:17, 176:5
**accurately** [2] - 82:2, 148:5
**acknowledge** [1] - 127:22
**act** [2] - 124:8, 124:9
**Action** [2] - 1:3, 3:6
**activities** [3] - 7:24, 13:11, 144:20
**activity** [5] - 11:7, 58:8, 62:20, 69:23, 70:23
**actual** [1] - 109:2
**Adam** [1] - 14:5
**add** [2] - 51:18, 152:3
**additional** [8] - 4:21, 46:19, 61:12, 62:7,

62:19, 138:5, 152:12, 153:16
**address** [6] - 5:20, 59:6, 62:16, 62:22, 66:9, 66:11
**addressed** [1] - 5:17
**addresses** [1] - 114:17
**administered** [4] - 3:3, 6:7, 88:8, 136:1
**Administration** [2] - 12:9, 80:21, 143:1
**admit** [2] - 17:20, 92:16
**Admitted** [1] - 2:9
**admitted** [5] - 17:23, 17:25, 92:12, 92:18, 92:19
**ADX** [1] - 9:18
**affidavit** [2] - 117:17, 118:7
**affiliate** [1] - 118:18
**aftermarket** [3] - 60:5, 63:16, 72:19
**afternoon** [16] - 36:7, 40:24, 41:6, 41:14, 42:3, 46:3, 47:21, 48:10, 53:22, 53:23, 55:9, 87:23, 104:7, 105:1, 135:22, 135:23
**age** [1] - 92:7
**agencies** [4] - 12:5, 12:7, 12:8, 12:11
**agency** [3] - 14:23, 80:20, 138:11
**Agent** [18] - 6:1, 6:21, 13:23, 14:5, 18:3, 58:6, 81:5, 81:12, 88:12, 88:25, 118:10, 119:19, 122:15, 126:1, 134:20, 135:17, 142:20, 145:3
**agent** [8] - 7:9, 7:14, 13:23, 52:8, 89:1, 118:6, 119:2, 142:25
**agents** [5] - 89:8, 91:7, 137:23, 142:12, 144:23
**ago** [5] - 22:13, 31:21, 47:25, 95:14, 111:25
**agree** [4] - 97:18, 137:20, 143:3, 169:13
**agreed** [4] - 49:22, 61:16, 91:18, 107:2
**agreeing** [1] - 17:19
**agreement** [2] - 17:4, 143:5

**agreements** [2] - 119:10, 119:21

**ahead** [31] - 5:15, 6:18, 22:11, 24:9, 29:9, 31:19, 39:5, 42:25, 46:17, 49:6, 49:17, 67:13, 75:2, 95:7, 95:10, 96:16, 96:19, 96:23, 100:10, 100:14, 107:12, 107:15, 109:11, 109:14, 113:16, 113:18, 151:15, 154:9, 155:11, 162:19, 170:16

**air** [2] - 141:3, 141:25

**aircraft** [2] - 4:4, 173:11

**airplanes** [3] - 4:22, 4:23, 8:21

**airstrips** [1] - 173:15

**alert** [1] - 72:8

**alerted** [1] - 72:6

**alerting** [1] - 74:5

**Alfonso** [3] - 15:17, 89:25, 91:13

**Alfredo** [1] - 10:8

**alias** [14] - 15:17, 35:6, 146:7, 149:15, 149:18, 150:1, 155:23, 155:24, 156:3, 156:7, 156:13, 156:15, 157:18, 157:19

**almost** [3] - 35:14, 48:16, 101:3

**Altima** [1] - 63:24

**America** [2] - 1:3, 140:13

**amount** [22] - 23:17, 23:20, 23:22, 25:5, 25:6, 35:21, 36:19, 49:22, 60:13, 67:17, 69:17, 87:1, 87:9, 101:16, 125:12, 129:19, 159:12, 162:20, 162:23, 170:13, 171:21

**amounts** [3] - 90:9, 157:11, 173:6

**Ana** [5] - 56:13, 56:19, 57:1, 57:4, 57:8

**analysis** [6] - 14:20, 19:5, 19:7, 21:12, 68:16, 68:20

**analyst** [1] - 14:3

**Ancalle** [1] - 3:12

**Angela** [2] - 3:12, 57:12

**Angeles** [7] - 13:1, 20:8, 51:24, 126:15, 126:21, 127:14, 130:14

**anonymous** [6] - 71:8, 71:17, 122:3, 122:8, 122:25, 123:2

**answer** [18] - 16:20, 19:14, 19:22, 21:16, 22:21, 23:10, 23:19, 24:16, 25:19, 26:20, 27:9, 28:10, 30:5, 41:7, 105:1, 113:10, 132:15, 161:12

**answers** [1] - 49:5

**Antonieta** [13] - 45:21, 45:23, 46:2, 48:8, 48:9, 52:23, 52:24, 53:1, 53:4, 53:14, 53:20, 54:12, 109:6

**AOR** [1] - 13:1

**Apartment** [1] - 61:20

**apartment** [4] - 59:4, 61:16, 61:19, 61:22

**apiece** [1] - 37:20

**appear** [16] - 34:22, 42:13, 48:7, 49:1, 50:19, 51:15, 57:4, 78:22, 82:2, 86:14, 86:19, 130:1, 148:4, 149:7, 149:9, 155:17

**appearances** [1] - 3:9

**appeared** [3] - 71:16, 72:17, 72:18

**applicability** [1] - 3:18

**application** [1] - 14:24

**appointment** [3] - 40:24, 41:14, 104:7

**appreciate** [2] - 35:20, 101:9

**approach** [4] - 112:9, 115:4, 131:5, 131:17

**approached** [1] - 81:4

**approximate** [2] - 24:20, 122:23

**area** [8] - 10:22, 14:2, 20:5, 20:7, 20:8, 59:9, 71:14

**areas** [1] - 143:19

**arguing** [1] - 158:9

**armed** [1] - 153:8

**arrange** [4] - 26:6, 97:11, 97:12, 129:1

**arranged** [2] - 124:2, 147:9

**arrangement** [1] - 156:9

**arrest** [7] - 13:3, 14:19, 51:23, 58:18, 58:20, 69:24, 140:5

**arrested** [5] - 15:20, 58:16, 136:18, 138:24, 139:2

**arrests** [1] - 133:22

**arrival** [1] - 47:14

**arrive** [2] - 28:2, 98:24

**arrived** [5] - 22:12, 38:22, 39:14, 95:14, 102:19

**arrives** [7] - 29:5, 39:1, 40:7, 46:25, 99:24, 110:1, 163:18

**arriving** [3] - 37:5, 55:13, 55:15

**article** [2] - 11:19, 145:19

**Arturo** [2] - 167:20, 168:1

**aside** [2] - 87:25, 119:23

**aspects** [1] - 12:12

**assessment** [1] - 169:14

**assigned** [6] - 7:3, 7:5, 7:14, 7:15, 11:13, 12:2

**assist** [1] - 91:18

**assistance** [2] - 70:6, 78:6

**assistant** [5] - 78:25, 146:1, 146:9, 155:13, 158:21

**assisting** [2] - 12:6, 12:7

**associate** [1] - 90:3

**associated** [4] - 121:5, 152:17, 153:13, 154:3

**assume** [2] - 130:10, 166:20

**assuming** [1] - 125:21

**attention** [13] - 11:12, 13:7, 13:9, 23:14, 26:17, 58:6, 69:21, 71:3, 115:8, 116:24, 118:15, 145:8, 155:16

**attorneys** [2] - 142:9, 142:19

**audio** [23] - 81:22, 81:25, 151:6, 151:16, 154:12, 154:21, 158:1, 159:8, 159:19, 161:23, 162:9, 164:4, 164:20, 165:16, 166:5, 167:17, 168:17, 169:2, 170:19, 171:14,

172:6, 174:1

**audio-visual** [20] - 151:6, 151:16, 154:12, 154:21, 157:6, 158:1, 159:8, 159:19, 161:23, 162:9, 164:4, 164:20, 165:16, 166:5, 167:15, 168:17, 169:2, 170:19, 172:6, 174:1

**August** [1] - 137:3

**authorities** [6] - 78:11, 78:23, 110:15, 122:2, 122:12, 122:22

**authorization** [12] - 72:13, 95:10, 97:19, 100:13, 106:1, 106:8, 107:8, 107:14, 111:8, 113:18, 114:8, 114:24

**authorized** [3] - 15:3, 15:5, 97:24

**authorizing** [2] - 97:11, 109:13

**available** [10] - 14:15, 23:20, 23:21, 37:15, 38:6, 40:9, 70:22, 87:23, 169:25, 170:3

**Avenue** [1] - 1:23

**average** [1] - 141:18

**awaiting** [1] - 138:10

**aware** [28] - 4:24, 21:3, 21:6, 27:21, 39:25, 54:1, 88:25, 89:10, 90:3, 90:6, 90:20, 90:22, 92:5, 93:8, 93:20, 98:15, 103:9, 103:12, 120:9, 121:8, 121:19, 124:12, 126:7, 135:9, 135:10, 146:21, 156:8, 164:18

**B**

**background** [1] - 115:22

**Background** [1] - 115:23

**backseat** [2] - 60:6, 60:11

**bag** [2] - 65:4, 65:6

**bags** [5] - 59:14, 60:6, 63:12, 65:1, 65:9

**Balarezo** [5] - 1:16, 3:15, 4:5, 117:3,

127:16

**BALAREZO** [100] - 1:16, 3:14, 4:6, 5:4, 5:8, 5:15, 5:19, 8:5, 11:20, 16:19, 17:24, 19:11, 19:20, 21:15, 22:20, 23:9, 23:18, 24:15, 25:16, 26:19, 27:8, 28:9, 30:3, 30:14, 30:19, 30:22, 45:15, 57:5, 60:20, 65:14, 88:4, 88:16, 91:17, 92:4, 92:11, 92:21, 92:23, 95:17, 95:19, 98:12, 98:13, 99:8, 99:9, 100:23, 100:24, 102:12, 102:14, 103:2, 103:4, 103:25, 104:1, 105:8, 105:10, 106:12, 106:13, 107:24, 108:1, 108:16, 108:17, 109:16, 109:17, 110:21, 110:23, 110:24, 111:11, 111:13, 112:9, 112:10, 113:3, 113:5, 113:20, 113:21, 115:1, 115:2, 115:4, 115:6, 116:19, 116:22, 117:5, 117:7, 117:11, 123:25, 124:1, 125:25, 126:17, 130:16, 132:12, 133:25, 134:21, 134:24, 135:14, 151:20, 152:3, 152:24, 153:2, 153:24, 161:11, 162:16, 165:6, 175:9

**Balarezo..............** [1] - 2:6

**Balarezo................** [1] - 2:5

**bars** [1] - 69:10

**base** [1] - 26:22

**based** [21] - 3:25, 4:9, 9:9, 19:4, 19:7, 21:11, 21:21, 25:8, 26:16, 32:14, 34:6, 38:3, 49:22, 50:8, 72:8, 91:14, 133:8, 140:12, 140:17, 140:20

**basic** [1] - 123:19

**basis** [1] - 141:15

**battery** [1] - 172:11

**BBM** [2] - 45:20, 131:22
**beaten** [1] - 163:19
**became** [3] - 12:18, 138:19, 139:24
**become** [3] - 8:12, 9:2, 12:14
**began** [9] - 58:24, 72:22, 73:10, 139:25, 140:3, 141:10, 141:16, 142:11, 145:1
**beginning** [1] - 139:7
**begins** [3] - 118:17, 119:8
**behalf** [3] - 3:15, 56:1, 130:13
**behind** [5] - 60:5, 60:10, 72:23, 75:8, 130:7
**belong** [1] - 33:3
**belonged** [2] - 66:21, 133:21
**below** [2] - 91:1, 91:13
**benefits** [2] - 138:4, 138:6
**Bernardino** [17] - 12:9, 13:1, 13:15, 13:24, 14:18, 14:21, 20:13, 58:13, 58:22, 60:12, 61:13, 62:8, 62:20, 62:25, 67:18, 121:7, 133:14
**best** [2] - 22:15, 176:7
**better** [5] - 24:9, 39:3, 159:2, 159:4, 169:12
**between** [55] - 13:5, 13:9, 16:4, 17:16, 20:24, 42:22, 43:13, 45:13, 45:14, 45:20, 48:8, 50:6, 52:9, 52:10, 52:14, 53:8, 55:2, 56:9, 56:11, 56:18, 82:3, 89:15, 94:9, 97:2, 100:25, 102:15, 103:6, 104:3, 105:11, 106:14, 106:20, 108:2, 108:18, 109:5, 109:18, 111:14, 112:19, 113:22, 120:14, 121:2, 125:8, 127:17, 131:24, 132:1, 135:7, 141:21, 157:17, 157:18, 158:14, 160:20, 160:22, 160:23, 163:6, 166:18

**beyond** [1] - 167:10
**big** [2] - 40:21, 168:13
**bigger** [1] - 165:11
**biggest** [2] - 140:23, 166:2
**bit** [6] - 48:2, 58:19, 79:4, 170:22, 171:1, 174:19
**black** [3] - 59:8, 173:7, 173:14
**BlackBerry** [18] - 12:25, 13:13, 15:8, 17:12, 51:18, 56:20, 89:4, 91:16, 94:9, 100:25, 102:15, 104:2, 105:11, 111:14, 127:8, 135:3, 144:21, 144:25
**BlackBerrys** [2] - 144:11, 145:5
**bless** [1] - 29:16
**Bocho** [1] - 31:16
**border** [4] - 25:14, 28:18, 28:19, 94:15
**born** [2] - 91:25, 136:11
**boss** [6] - 10:18, 10:24, 86:23, 87:1, 87:4
**bosses** [1] - 11:9
**bottom** [1] - 115:13
**Boulevard** [4] - 59:7, 59:9, 62:11, 62:14
**box** [6] - 6:5, 71:8, 71:16, 71:19, 74:20, 76:20
**brake** [1] - 59:16
**brand** [4] - 32:24, 33:4, 158:9, 162:3
**branded** [1] - 32:23
**branding** [1] - 32:25
**brands** [4] - 148:11, 157:10, 157:22, 162:6
**break** [8] - 57:22, 57:24, 58:1, 58:3, 88:2, 155:6, 155:9, 174:10
**breakdown** [1] - 32:22
**brick** [10] - 33:5, 66:16, 66:18, 66:19, 66:23, 67:4, 68:5, 68:10, 68:13, 75:24
**bricks** [13] - 32:22, 33:3, 64:14, 65:19, 67:23, 73:1, 73:4, 73:8, 73:10, 75:10, 75:23, 76:11, 77:13
**Brief** [1] - 115:23

**brief** [8] - 5:13, 5:20, 12:22, 86:5, 112:11, 115:22, 174:20, 175:2
**briefly** [10] - 25:11, 32:25, 43:7, 58:11, 81:1, 86:11, 86:22, 127:21, 138:16, 145:24
**bring** [2] - 166:12, 167:7
**bringing** [3] - 49:12, 114:2, 161:9
**broad** [1] - 12:22
**broader** [1] - 41:21
**broken** [1] - 59:16
**broker** [8] - 116:3, 116:10, 119:11, 119:21, 131:14, 132:10, 132:22, 168:11
**brokered** [1] - 160:20
**brokering** [3] - 132:2, 132:4, 132:21
**brokers** [5] - 9:3, 158:15, 160:22, 160:23, 167:22
**brother** [2] - 146:25, 160:7
**brothers** [9] - 146:3, 146:12, 146:14, 146:21, 147:5, 147:6, 158:15, 158:21, 160:19
**Brousseau** [1] - 14:3
**Bryant** [6] - 59:12, 62:11, 62:16, 62:22, 66:9, 66:11
**buddy** [94] - 18:25, 21:5, 21:8, 22:5, 22:11, 22:14, 22:16, 23:2, 23:6, 24:6, 24:9, 26:13, 27:19, 27:22, 29:1, 29:9, 29:13, 29:16, 31:16, 31:19, 31:24, 32:8, 32:9, 32:10, 32:11, 33:18, 34:25, 35:3, 35:15, 35:21, 35:23, 35:25, 36:4, 36:10, 37:1, 37:5, 38:19, 38:20, 38:25, 39:5, 39:7, 40:1, 40:2, 40:16, 40:21, 40:23, 41:1, 41:5, 42:6, 42:7, 42:19, 42:21, 42:25, 43:4, 43:6, 44:12, 44:16, 44:22, 45:9, 46:17, 47:5, 47:6, 47:8, 47:10,

47:20, 48:2, 49:6, 49:15, 50:23, 95:7, 96:8, 96:19, 100:9, 101:24, 101:25, 104:16, 106:4, 107:12, 108:9, 109:10, 110:25, 111:2, 111:6, 113:16, 114:12, 128:2, 128:3, 128:17, 128:23, 129:8, 129:19, 130:21
**built** [2] - 60:10, 90:12
**Bureau** [2] - 6:25, 81:17
**business** [5] - 46:9, 142:17, 143:13, 146:16, 148:16
**buy** [11] - 29:6, 31:4, 31:6, 99:25, 104:22, 158:19, 158:22, 158:25, 159:1, 164:11
**buyer** [1] - 147:17
**buying** [2] - 37:24, 159:2

**C**

**Cadete** [149] - 17:16, 18:22, 18:24, 19:15, 20:3, 20:4, 20:10, 20:24, 21:1, 21:13, 22:4, 23:25, 24:17, 26:2, 27:17, 28:11, 28:24, 29:20, 30:13, 30:23, 31:15, 33:10, 33:17, 34:24, 35:13, 36:15, 36:16, 36:19, 36:24, 37:15, 37:19, 37:23, 38:6, 38:18, 39:10, 39:11, 39:13, 39:23, 40:9, 40:15, 41:10, 41:13, 41:22, 42:2, 42:17, 43:9, 43:13, 43:15, 43:22, 44:4, 44:11, 45:2, 45:7, 45:13, 45:20, 46:2, 46:24, 47:19, 48:8, 48:9, 48:21, 49:4, 49:10, 49:21, 50:7, 50:11, 50:22, 51:4, 51:10, 51:25, 52:21, 53:2, 53:4, 53:8, 53:21, 54:12, 56:19, 57:10, 57:16, 58:21, 92:25, 94:10, 94:14, 95:24, 96:2, 96:7, 96:8, 96:11, 96:15, 97:2, 98:14,

105:12, 105:14, 106:14, 112:24, 112:25, 113:22, 127:17, 127:23, 128:1, 128:10, 128:11, 128:13, 128:16, 128:19, 128:20, 128:25, 129:1, 129:2, 129:7, 129:10, 129:13, 129:17, 129:20, 129:23, 130:2, 130:5, 130:12, 130:13, 130:23, 131:14, 134:5, 145:13, 146:7, 148:13, 149:9, 149:15, 149:18, 150:1, 155:23, 156:7, 156:13, 157:18, 157:20, 158:13, 158:14, 158:17, 160:13, 160:21, 160:22, 160:23, 161:3, 161:20, 162:13, 168:21, 168:24, 169:14, 173:19
**Cadete's** [1] - 51:18
**calculation** [1] - 49:22
**California** [15] - 10:17, 13:8, 13:12, 14:16, 15:2, 15:20, 18:8, 58:7, 88:18, 116:5, 116:15, 119:25, 120:22, 126:9, 135:11
**caller** [2] - 71:10, 71:25
**cameras** [3] - 143:16, 143:17, 143:18
**capacity** [1] - 90:22
**capital** [1] - 171:25
**captain** [1] - 56:2
**captured** [1] - 15:9
**car** [1] - 59:13
**care** [7] - 37:9, 38:2, 42:23, 43:3, 44:21, 106:21, 107:18
**career** [1] - 7:20
**cargo** [1] - 72:16
**carrying** [1] - 122:3
**Cartel** [6] - 9:14, 9:15, 9:22, 10:6, 90:4, 118:18
**cartel** [2] - 10:21, 164:10
**cartels** [7] - 8:13, 133:8, 139:24, 140:4, 141:9, 153:6,

159:23
**case** [3] - 120:10, 129:16, 137:4
**cases** [2] - 19:8, 132:1
**cash** [27] - 29:7, 31:10, 54:19, 54:21, 60:6, 60:8, 60:13, 60:16, 61:1, 62:5, 62:24, 63:12, 64:3, 64:9, 64:21, 66:6, 66:11, 78:4, 99:25, 120:1, 139:8, 139:11, 139:14, 159:16, 170:14, 171:5, 171:10
**Cazares** [21] - 1:6, 3:7, 11:14, 12:15, 12:23, 15:14, 15:25, 16:4, 52:15, 56:9, 74:10, 74:16, 118:17, 118:18, 118:22, 119:10, 122:23, 133:15, 133:19, 145:15, 145:25
**Cazares's** [5] - 119:10, 122:12, 126:14, 126:20, 127:4
**cell** [7] - 60:4, 61:4, 61:6, 61:7, 61:8, 64:4, 78:4
**certain** [1] - 117:24
**CERTIFICATE** [1] - 176:1
**Certified** [3] - 1:22, 176:4, 176:13
**certified** [4] - 1:25, 79:2, 86:19, 164:15
**certify** [1] - 176:4
**cetera** [1] - 111:8
**Chacon** [56] - 2:6, 4:16, 16:21, 26:21, 30:23, 33:24, 34:9, 34:15, 35:6, 35:8, 37:24, 43:10, 43:13, 46:1, 48:21, 52:7, 52:15, 52:19, 52:22, 53:9, 56:9, 56:13, 57:2, 80:15, 81:18, 81:21, 82:3, 97:3, 97:8, 99:11, 99:18, 100:6, 109:6, 111:21, 112:20, 112:22, 119:15, 119:20, 122:11, 122:22, 124:2, 124:8, 125:18, 127:12, 129:3, 135:21, 136:8, 136:10, 145:24,

149:19, 150:14, 151:1, 153:4, 155:23, 156:17
**Chacon's** [2] - 81:11, 81:14
**chance** [7] - 52:11, 81:24, 82:13, 115:9, 117:2, 148:2, 151:1
**change** [3] - 30:4, 30:7, 139:21
**changed** [1] - 127:8
**channels** [1] - 140:23
**Chapitos** [3] - 10:4, 89:12, 89:23
**Chapo** [5] - 9:11, 9:17, 9:22, 89:11, 89:16
**Chapo's** [1] - 10:5
**characterization** [1] - 90:15
**charge** [4] - 10:5, 10:21, 70:16, 81:10
**charged** [3] - 34:11, 34:17, 41:22
**charges** [1] - 117:21
**Che** [16] - 155:24, 156:3, 156:8, 156:15, 157:19, 157:20, 158:14, 160:11, 160:14, 160:23, 162:3, 162:4, 162:5, 162:7, 162:13
**cheaper** [1] - 25:12
**check** [2] - 32:2, 96:15
**chomping** [1] - 48:2
**Chubas** [202] - 15:17, 15:24, 16:4, 16:12, 17:16, 18:22, 18:24, 19:15, 20:5, 20:10, 20:24, 21:2, 21:13, 22:4, 23:25, 24:17, 26:2, 27:17, 28:11, 28:24, 30:23, 31:15, 33:10, 33:17, 34:24, 35:13, 36:14, 36:16, 36:19, 36:24, 37:15, 37:25, 38:8, 38:18, 39:10, 39:23, 40:9, 40:15, 41:10, 41:13, 42:2, 42:17, 43:9, 43:23, 44:4, 44:11, 45:2, 45:7, 46:16, 46:24, 47:14, 47:19, 49:4, 49:10, 50:7, 50:11, 50:22, 51:4, 51:18, 51:25, 58:22, 90:1, 90:3, 90:7, 90:16, 90:21, 90:23, 91:13, 92:2, 92:5, 92:25, 93:12, 93:14,

93:21, 93:24, 94:2, 94:9, 94:14, 94:19, 94:25, 95:6, 95:9, 95:15, 95:24, 96:2, 96:8, 96:19, 96:23, 97:2, 97:5, 97:10, 97:19, 97:22, 97:23, 98:10, 98:16, 98:22, 99:2, 99:15, 99:18, 100:5, 100:6, 100:9, 100:13, 100:20, 100:25, 101:3, 101:13, 101:16, 101:21, 101:24, 102:6, 102:7, 102:16, 102:24, 103:5, 103:6, 103:11, 103:12, 103:14, 103:21, 104:3, 104:11, 104:15, 104:21, 104:22, 105:5, 105:6, 105:11, 105:14, 105:17, 106:1, 106:4, 106:7, 106:14, 107:1, 107:5, 107:6, 107:11, 107:20, 107:21, 108:2, 108:5, 108:8, 108:13, 108:18, 108:20, 109:1, 109:2, 109:10, 109:13, 109:18, 109:25, 110:7, 110:8, 110:15, 110:25, 111:1, 111:6, 111:14, 111:17, 112:24, 112:25, 113:9, 113:15, 113:17, 113:22, 113:25, 114:7, 114:11, 114:17, 114:23, 127:17, 127:23, 128:1, 128:10, 128:13, 128:16, 128:19, 128:20, 128:23, 128:25, 129:2, 129:7, 129:13, 129:17, 129:19, 129:24, 130:2, 130:8, 130:12, 130:20, 130:24, 133:21, 134:6, 135:4, 135:12
**Chubas's** [6] - 19:9, 28:11, 41:15, 98:17, 110:12, 126:7
**circle** [1] - 79:19
**circumstances** [3] -

81:2, 142:8, 145:24
**cities** [1] - 25:21
**City** [11] - 38:11, 69:22, 69:24, 70:10, 70:24, 71:10, 136:12, 142:14, 146:20, 147:23, 149:5
**city** [1] - 87:2
**clandestine** [2] - 172:21, 173:15
**clarification** [2] - 126:22, 162:22
**clarify** [4] - 146:8, 147:5, 163:14, 163:24
**Claus** [1] - 13:25
**clear** [9] - 6:21, 18:13, 36:3, 82:22, 102:4, 102:7, 136:8, 150:4, 157:24
**clearly** [1] - 166:24
**client** [1] - 5:6
**clip** [6] - 152:12, 154:11, 154:15, 158:7, 164:3, 164:7
**clips** [2] - 152:13, 153:2
**close** [2] - 90:3, 164:12
**closely** [1] - 90:7
**closer** [2] - 25:14, 91:24
**clothing** [2] - 11:19, 145:20
**co** [5] - 86:6, 119:11, 122:15, 122:18, 131:23
**co-conspirator** [3] - 122:15, 122:18, 131:23
**co-conspirators** [1] - 119:11
**co-counsel** [1] - 86:6
**cocaine** [134] - 8:11, 13:4, 16:22, 24:18, 24:21, 25:9, 27:5, 32:23, 33:1, 33:5, 38:6, 39:13, 39:19, 41:23, 47:14, 48:22, 62:5, 63:3, 63:6, 63:7, 64:14, 64:23, 65:1, 65:2, 65:4, 65:6, 65:9, 65:10, 65:19, 66:16, 66:18, 66:19, 66:21, 66:23, 67:4, 67:7, 67:9, 67:23, 68:5, 68:10, 68:13, 68:21, 69:15, 69:25, 70:20, 73:1,

73:11, 73:15, 75:10, 75:18, 75:23, 75:24, 76:2, 76:6, 76:10, 77:7, 77:12, 77:22, 80:1, 80:6, 81:16, 104:19, 104:20, 118:21, 118:22, 119:11, 119:21, 120:1, 121:9, 121:11, 122:3, 122:13, 122:18, 122:19, 122:24, 123:14, 124:2, 124:6, 124:19, 124:20, 124:23, 125:12, 125:18, 133:9, 134:18, 139:9, 140:15, 140:22, 140:24, 141:2, 141:6, 141:7, 141:8, 145:7, 146:2, 146:17, 147:14, 148:11, 148:12, 155:1, 157:10, 157:13, 158:8, 158:23, 159:13, 159:14, 159:17, 159:25, 161:2, 161:6, 161:7, 161:9, 161:16, 162:3, 162:21, 162:23, 163:1, 163:15, 163:16, 163:25, 164:11, 167:11, 169:8, 169:9, 169:20, 169:22, 169:24, 171:21, 171:23, 172:25, 173:12
**code** [3] - 20:5, 20:7
**Cohen** [8] - 81:5, 81:12, 123:11, 124:15, 124:19, 142:20, 142:25, 145:3
**coleader** [1] - 9:22
**colleague** [2] - 3:11, 163:3
**collected** [1] - 52:6
**collecting** [1] - 48:15
**Colombia** [16] - 7:18, 8:8, 25:13, 118:20, 119:12, 122:14, 133:3, 133:8, 139:20, 141:5, 141:19, 163:17, 163:18, 166:11, 167:4, 167:7
**Colorado** [1] - 9:19
**COLUMBIA** [1] - 1:1

column [4] - 18:15, 18:16, 18:17
coming [6] - 54:1, 87:22, 102:25, 166:10, 166:11, 169:24
commander [1] - 70:15
commercial [1] - 139:13
commission [7] - 160:24, 161:6, 161:14, 161:19, 168:4, 168:6, 168:14
commit [1] - 54:23
common [3] - 8:17, 143:19, 168:12
communicate [2] - 8:24, 110:16, 144:18
communicated [2] - 80:3, 165:22
communicating [3] - 131:23, 144:1, 144:23
communication [39] - 18:11, 20:20, 25:1, 28:22, 31:13, 33:15, 34:20, 35:11, 36:22, 38:16, 39:21, 40:13, 41:25, 42:11, 44:9, 45:5, 46:22, 47:17, 48:5, 48:7, 48:24, 49:8, 50:2, 50:10, 50:11, 51:8, 51:13, 51:17, 53:8, 56:11, 57:1, 57:8, 57:16, 130:7, 131:10, 144:11, 145:6, 159:13
communications [15] - 15:9, 16:3, 16:11, 16:13, 22:1, 22:18, 23:8, 24:1, 25:25, 27:15, 51:16, 56:22, 121:2, 135:7, 144:12
compa [1] - 128:2
compact [1] - 17:14
compadres [1] - 91:2
compartment [8] - 60:5, 60:9, 60:10, 63:13, 63:16, 63:19, 63:21, 72:16
compartments [4] - 72:23, 72:25, 75:1, 75:16
competing [1] - 132:23
complaining [1] - 168:9
complete [3] - 62:4,

137:4, 176:6
completed [4] - 35:14, 79:8, 87:23, 101:4
completely [2] - 72:18, 75:14
completing [1] - 167:4
complex [2] - 59:4, 59:5
complying [4] - 79:21, 79:24, 80:4, 80:11
compromised [1] - 30:8
computer [1] - 1:25
concerned [2] - 108:12, 109:22
concerning [1] - 4:22
concerns [1] - 168:6
concluded [1] - 175:11
condition [4] - 162:15, 162:20, 163:22
condition's [1] - 163:19
conditions [3] - 143:6, 163:19, 165:2
conduct [1] - 124:9
conducted [9] - 8:1, 19:5, 58:15, 58:17, 59:15, 61:20, 68:16, 70:9, 134:10
conducting [3] - 58:14, 70:15, 77:17
confer [1] - 163:3
conference [1] - 163:5
confirm [2] - 54:25, 165:21
confirmed [2] - 165:22, 169:20
connection [4] - 89:15, 135:6, 135:11, 146:11
connections [3] - 118:19, 132:7, 133:3
consensual [1] - 13:5
consent [1] - 60:3
conspiracy [1] - 4:14
conspirator [3] - 122:15, 122:18, 131:23
conspirators [1] - 119:11
constitutes [1] - 176:5
Constitution [1] - 1:23
consult [1] - 86:6
contact [7] - 15:24, 41:10, 130:9, 134:6, 142:12, 142:19, 145:9
contacted [2] - 72:10, 142:3

contacts [6] - 120:12, 120:18, 132:19, 133:7, 144:19
contain [3] - 52:14, 80:1, 80:6
contained [4] - 17:11, 17:15, 65:13, 82:20
containers [2] - 8:21, 139:12
contents [2] - 64:3, 78:3
context [2] - 127:1, 130:7
continually [1] - 133:21
continuation [4] - 34:22, 42:13, 49:1, 50:19
continue [8] - 22:24, 42:16, 54:16, 57:21, 60:1, 87:23, 137:20, 143:20
continued [2] - 59:15, 71:24
continuing [1] - 75:15
contraband [2] - 61:17, 61:23
Contreras [1] - 1:9
control [4] - 10:22, 11:4, 86:25, 87:4
controlled [1] - 63:5
conversation [17] - 18:21, 24:14, 32:14, 37:18, 45:10, 48:20, 93:13, 108:23, 109:2, 109:5, 128:9, 152:14, 153:4, 159:11, 165:19, 170:12, 171:18
conversations [3] - 18:16, 127:23, 152:20
converted [1] - 86:12
convicted [1] - 80:16
convince [3] - 117:25, 158:18, 158:19
cooperate [5] - 137:21, 142:10, 143:6, 143:11, 162:25
cooperating [2] - 136:21, 146:5
cooperation [6] - 137:19, 137:23, 141:10, 142:1, 145:1, 146:21
coordinate [1] - 8:24
coordinating [1] - 161:3
copied [1] - 131:11

copying [1] - 116:9
correct [213] - 3:24, 4:6, 5:4, 18:18, 18:19, 27:13, 60:25, 82:14, 82:24, 82:25, 88:18, 88:23, 89:1, 89:9, 89:12, 89:16, 89:17, 89:21, 89:22, 89:24, 90:4, 90:5, 90:10, 90:11, 90:17, 90:18, 90:21, 90:24, 92:6, 92:22, 92:25, 93:6, 93:7, 93:9, 93:15, 93:22, 93:23, 93:25, 94:3, 94:7, 94:8, 94:21, 95:2, 95:7, 95:11, 95:12, 95:15, 95:16, 95:25, 96:2, 96:3, 96:5, 96:6, 96:9, 96:10, 96:14, 96:20, 96:21, 97:8, 97:9, 97:17, 98:1, 98:2, 98:8, 98:10, 98:11, 98:17, 98:18, 99:4, 99:5, 99:16, 99:19, 99:20, 100:7, 100:8, 100:15, 100:21, 100:22, 101:14, 101:15, 101:23, 102:8, 102:9, 102:16, 102:17, 102:22, 102:25, 103:1, 103:6, 103:10, 103:12, 103:15, 103:19, 103:20, 103:22, 103:23, 104:3, 104:14, 104:19, 104:23, 104:24, 105:6, 105:7, 105:12, 105:15, 105:19, 105:24, 105:25, 106:2, 106:5, 106:8, 106:15, 106:24, 106:25, 107:3, 107:4, 107:9, 107:10, 107:13, 107:15, 107:16, 107:23, 108:3, 108:14, 108:20, 108:25, 109:3, 109:4, 109:6, 109:14, 109:19, 110:4, 110:5, 110:9, 110:10, 111:4, 111:9, 111:15, 111:22, 111:23, 112:4, 113:7, 113:10, 113:13,

113:14, 113:18, 113:23, 113:24, 114:5, 114:6, 114:9, 114:10, 114:12, 114:17, 114:19, 114:20, 114:24, 114:25, 116:6, 116:7, 116:10, 116:13, 116:14, 116:16, 117:18, 117:21, 118:1, 118:2, 118:13, 119:5, 119:15, 119:16, 119:21, 119:22, 120:2, 120:6, 120:10, 120:11, 120:17, 120:19, 120:20, 121:3, 121:13, 123:6, 123:7, 123:14, 124:3, 124:6, 124:10, 124:11, 124:16, 124:17, 124:20, 124:5, 125:9, 125:13, 125:18, 125:19, 126:9, 126:10, 126:12, 128:13, 129:20, 131:11, 131:14, 133:16, 135:1, 135:8, 135:13, 151:2, 166:21, 167:25, 173:12
correspond [2] - 170:17, 171:12
corresponding [1] - 127:14
corresponds [2] - 92:10, 172:5
costs [2] - 153:13, 154:2
counsel [4] - 3:8, 11:22, 17:4, 86:6
counted [1] - 77:23
country [3] - 28:19, 136:13, 146:19
County [15] - 12:10, 13:2, 13:15, 13:24, 14:18, 14:21, 20:13, 58:13, 58:22, 60:12, 61:13, 62:8, 62:20, 62:25, 133:15
couple [9] - 29:8, 31:21, 54:22, 54:25, 74:1, 100:1, 126:5, 148:25, 160:3
course [11] - 6:15, 7:20, 34:2, 51:20, 53:18, 55:21, 58:2,

86:7, 116:21,
131:18, 163:4
**court** [2] - 61:25, 86:3
**Court** [8] - 1:21, 4:6,
14:8, 17:21, 57:22,
126:6, 164:17,
176:12
**COURT** [124] - 1:1,
3:13, 3:16, 4:5, 5:1,
5:5, 5:11, 5:21, 5:25,
6:10, 6:13, 6:15,
6:17, 10:23, 10:25,
11:23, 14:10, 14:11,
16:20, 17:6, 17:23,
19:14, 19:22, 21:16,
22:21, 23:10, 23:19,
24:16, 24:19, 25:1,
25:19, 26:20, 26:22,
27:9, 28:10, 30:5,
30:16, 30:20, 45:16,
57:23, 58:1, 58:2,
60:21, 65:15, 65:17,
65:22, 65:25, 66:2,
68:23, 78:18, 86:7,
87:15, 87:24, 88:2,
88:5, 88:11, 91:20,
92:1, 92:13, 92:15,
92:18, 92:22,
110:11, 110:14,
110:20, 113:1,
115:5, 116:21,
117:3, 117:6, 117:8,
123:19, 123:24,
126:2, 126:22,
130:17, 131:6,
131:18, 131:25,
132:15, 132:17,
132:22, 133:1,
133:10, 134:20,
134:22, 135:16,
136:5, 140:17,
146:24, 147:3,
150:3, 152:1, 152:8,
152:15, 152:21,
153:1, 153:25,
155:5, 155:8,
155:11, 158:17,
160:3, 160:10,
160:13, 161:12,
161:14, 162:18,
163:4, 163:9,
163:12, 166:13,
166:20, 167:1,
169:13, 173:18,
174:9, 174:12,
174:21, 174:23,
175:2, 175:5,
175:10, 176:1
**Court's** [1] - 86:5
**courtroom** [2] - 11:16,

145:17
**COURTROOM** [10] -
3:2, 3:5, 6:3, 6:5,
6:9, 79:15, 88:7,
88:10, 135:22,
135:24
**cousin** [1] - 150:10
**cover** [2] - 78:16,
171:20
**covering** [1] - 87:10
**credit** [8] - 5:3, 42:23,
44:7, 106:22, 107:3,
169:12, 171:5,
171:10
**crime** [3] - 7:15,
136:15, 137:6
**Criminal** [2] - 1:3, 3:6
**criminal** [2] - 8:13, 9:8
**crisp** [1] - 163:6
**Crisp** [2] - 1:18, 3:3
**Cross** [1] - 2:5
**cross** [4] - 87:14,
87:23, 114:16,
114:22
**CROSS** [1] - 88:15
**cross-examination** [1]
- 114:22
**CROSS-
EXAMINATION** [1] -
88:15
**Cross-Examination**
[1] - 2:5
**crossing** [1] - 164:25
**crystal** [3] - 36:3,
102:4, 102:7
**Culiacán** [4] - 90:10,
171:1, 171:21,
172:23
**currency** [1] - 65:7
**current** [4] - 7:8, 7:13,
14:6, 80:16
**customer** [3] - 145:10,
145:12, 147:17
**Cypert** [2] - 13:23,
88:25

# D

**D-v-o-r-s-k-y** [1] - 6:23
**D.C** [5] - 1:6, 1:15,
1:17, 1:23, 10:16
**Daisy** [1] - 62:23
**Dangerous** [1] - 1:14
**dangerous** [1] - 166:3
**dark** [3] - 57:19,
69:19, 80:13
**date** [38] - 18:11,
20:20, 21:25, 24:1,
25:25, 27:15, 28:22,
31:13, 31:22, 33:15,

34:20, 35:11, 36:22,
38:16, 39:21, 40:13,
41:25, 42:11, 44:9,
45:5, 46:22, 47:17,
48:5, 48:24, 49:8,
50:2, 50:17, 51:8,
51:13, 53:5, 58:9,
69:23, 122:23,
147:11, 149:6,
155:16, 160:25,
169:11
**Dated** [1] - 176:9
**dates** [4] - 53:7, 53:8,
53:12, 82:10
**days** [20] - 4:9, 5:11,
29:3, 29:8, 30:25,
31:11, 31:21, 37:10,
38:2, 38:4, 38:5,
38:7, 47:25, 54:17,
54:22, 54:25, 87:25,
99:21, 100:1, 111:25
**DEA** [30] - 12:16,
12:17, 13:23, 14:1,
14:3, 14:5, 14:18,
14:20, 14:25, 15:11,
19:5, 52:19, 53:12,
56:13, 58:21, 68:1,
68:5, 68:11, 68:14,
68:16, 69:8, 70:6,
81:4, 81:12, 81:17,
88:19, 88:20,
112:22, 123:8,
125:21
**deal** [23] - 26:24,
81:15, 106:24,
107:9, 107:15,
107:21, 108:12,
109:23, 120:9,
123:13, 124:16,
124:24, 125:1,
125:8, 132:2, 132:4,
145:4, 147:14,
160:20, 161:5,
164:24, 167:21,
175:6
**dealers** [1] - 166:3
**dealing** [1] - 124:13
**dealings** [1] - 119:9
**deals** [6] - 119:11,
156:6, 160:13,
160:24, 161:16,
169:19
**debriefed** [2] - 7:23,
8:4
**debriefings** [2] - 8:2,
144:5
**debriefs** [3] - 144:7,
144:23, 145:3
**December** [3] - 35:17,
101:6, 137:9

**decided** [2] - 140:2,
153:8
**declaration** [1] - 133:2
**dedicated** [2] - 11:6,
153:19
**deemed** [2] - 15:23,
16:13
**defend** [2] - 153:8,
159:25
**defendant** [5] - 11:14,
12:19, 12:21, 82:5,
145:22
**Defendant** [5] - 1:7,
1:16, 2:11, 92:19,
116:3
**defendant's** [1] -
91:21
**Defendant's** [4] -
92:10, 131:1, 131:4,
131:9
**defense** [1] - 11:22
**Defense** [6] - 112:7,
112:11, 112:18,
115:8, 116:17, 122:9
**deferential** [3] -
128:19, 129:2,
129:17
**deferring** [1] - 128:20
**del** [3] - 35:1, 35:6,
35:7
**delays** [1] - 159:16
**deliver** [3] - 36:6,
36:7, 128:13
**delivered** [3] - 20:1,
122:19, 124:3
**delivering** [1] - 166:11
**delivery** [3] - 130:12,
162:14, 164:8
**DEPARTMENT** [1] -
1:13
**Department** [13] -
12:10, 13:2, 13:15,
13:25, 14:21, 58:13,
58:23, 60:13, 61:14,
62:8, 62:21, 62:25,
133:15
**departs** [1] - 170:14
**departure** [1] - 169:11
**depict** [2] - 82:2,
148:5
**depicted** [37] - 53:7,
63:11, 63:15, 63:23,
63:25, 64:2, 64:5,
64:8, 64:12, 64:20,
64:22, 64:25, 65:3,
65:5, 65:8, 66:5,
66:10, 66:15, 66:18,
67:3, 67:16, 67:22,
68:4, 68:9, 74:2,
74:8, 74:15, 74:19,

75:5, 75:13, 75:20,
75:22, 76:5, 77:16,
77:21, 149:2, 156:18
**deposit** [2] - 174:7
**DEPUTY** [10] - 3:2,
3:5, 6:3, 6:5, 6:9,
79:15, 88:7, 88:10,
135:22, 135:24
**Deputy** [1] - 13:25
**describe** [5] - 38:11,
72:16, 145:19,
145:24, 171:18
**described** [2] - 71:17,
107:15
**describes** [1] - 131:13
**description** [1] - 4:7
**deserves** [1] - 19:23
**destination** [2] -
140:25, 167:9
**details** [3] - 153:14,
153:19, 154:3
**detained** [1] - 58:16
**detergent** [1] - 67:10
**determine** [5] - 3:18,
33:1, 57:10, 58:25,
60:13
**determined** [3] -
79:22, 80:1, 80:5
**developing** [1] - 129:3
**Device** [2] - 15:15,
15:16
**device** [2] - 15:23,
144:18
**devices** [2] - 15:13,
16:10
**Diana** [1] - 136:10
**Diego** [7] - 12:16,
12:17, 12:24, 13:13,
17:13, 19:5, 52:2
**difference** [1] - 132:1
**different** [15] - 3:19,
5:12, 8:12, 30:8,
33:2, 66:8, 66:23,
87:1, 126:25, 127:1,
133:8, 140:9,
166:20, 171:22
**difficult** [1] - 151:22
**difficulties** [1] -
172:12
**Diplomate** [3] - 1:22,
176:3, 176:12
**DIRECT** [2] - 6:19,
136:6
**Direct** [2] - 2:4, 2:7
**direct** [15] - 11:12,
13:7, 43:16, 58:6,
94:7, 102:23,
105:21, 114:15,
116:24, 119:9,
145:8, 159:13,

174:15, 174:23, 174:25
**directed** [1] - 115:16
**directing** [5] - 13:9, 23:14, 26:17, 69:21, 155:16
**direction** [1] - 71:25
**directly** [6] - 90:9, 133:15, 134:15, 159:1, 167:22, 168:13
**disc** [3] - 17:14, 17:15, 52:14
**discarded** [1] - 66:2
**discovery** [1] - 4:24
**discs** [2] - 82:13, 82:20
**discuss** [3] - 9:5, 14:23, 153:22
**discussed** [15] - 16:17, 16:21, 21:17, 46:14, 94:7, 148:6, 148:10, 148:11, 153:5, 157:23, 158:4, 162:12, 168:20, 170:23, 172:18
**discussing** [20] - 16:15, 23:11, 23:16, 23:22, 27:3, 30:13, 37:19, 47:13, 97:3, 153:22, 154:24, 157:9, 157:12, 158:7, 162:2, 164:23, 169:5, 171:6, 174:4, 174:5
**discussion** [4] - 86:22, 127:13, 154:2, 158:11
**dispatch** [1] - 46:6
**disposal** [2] - 53:18, 54:2
**distant** [1] - 150:10
**distributed** [1] - 118:23
**distribution** [7] - 116:4, 116:15, 122:21, 133:16, 134:6, 148:12, 171:3
**district** [1] - 80:24
**DISTRICT** [2] - 1:1, 1:1
**District** [17] - 1:10, 10:15, 10:16, 10:17, 13:8, 14:16, 15:2, 15:19, 18:7, 34:11, 34:17, 58:7, 80:25, 88:18, 118:12, 126:8, 142:23
**document** [6] - 78:17, 79:2, 79:19, 115:11,

119:19, 164:9
**dollars** [12] - 24:24, 24:25, 25:6, 41:19, 60:7, 60:24, 62:5, 139:16, 154:7, 164:8, 170:15, 174:8
**Don** [9] - 33:21, 34:1, 54:7, 167:19, 168:4, 168:7, 168:10, 169:14
**done** [10] - 17:12, 58:21, 61:18, 72:12, 72:20, 73:8, 107:21, 156:6, 168:24, 174:12
**dot** [1] - 55:21
**Doug** [1] - 115:15
**Douglas** [2] - 1:12, 3:10
**down** [9] - 36:2, 56:14, 86:4, 93:19, 102:3, 109:23, 124:16, 174:16, 174:17
**dozen** [1] - 8:3
**dozens** [1] - 87:10
**drawing** [1] - 118:15
**drive** [5] - 17:8, 17:9, 17:11, 122:24, 123:21
**driver** [1] - 73:24
**driver's** [1] - 76:24
**driving** [2] - 63:24, 74:20
**drug** [36] - 4:20, 7:18, 7:21, 7:23, 8:14, 8:17, 8:23, 9:2, 12:20, 16:15, 34:16, 62:15, 77:17, 80:16, 81:5, 90:9, 90:16, 106:24, 118:19, 123:21, 125:11, 132:23, 133:3, 137:7, 139:17, 140:9, 140:20, 144:19, 153:6, 156:4, 156:5, 160:24, 164:24, 165:21, 166:3, 169:21
**Drug** [4] - 1:14, 12:9, 80:21, 142:25
**drugs** [20] - 8:10, 8:24, 14:4, 19:19, 20:2, 36:16, 40:11, 61:23, 110:14, 111:21, 123:22, 130:11, 139:9, 140:2, 140:7, 140:14, 146:13, 147:16, 153:7, 159:24

**duffle** [3] - 65:1, 65:4, 65:6
**during** [29] - 13:12, 13:16, 34:2, 51:20, 60:1, 61:2, 61:22, 62:19, 67:17, 67:18, 70:1, 71:21, 72:1, 72:4, 74:10, 81:5, 81:18, 121:7, 126:13, 126:19, 127:3, 134:11, 141:14, 144:7, 145:3, 153:4, 162:12, 165:19
**During** [1] - 119:8
**dust** [1] - 48:15
**duties** [1] - 7:13
**Dvorsky** [8] - 2:4, 6:2, 6:21, 6:23, 18:3, 58:6, 88:12, 126:1
**dynamic** [1] - 127:17

# E

**early** [1] - 37:5
**earn** [1] - 161:6
**earning** [1] - 167:23
**edge** [2] - 22:7, 32:5
**Eduardo** [2] - 1:16, 3:14
**Edwin** [1] - 118:11
**effectively** [1] - 143:12
**effort** [2] - 21:9, 22:15
**either** [7] - 19:18, 20:2, 95:3, 95:5, 114:23, 130:11, 134:16
**El** [10] - 71:9, 71:15, 155:24, 156:7, 156:13, 156:15, 157:18, 157:19, 162:4, 162:13
**el** [1] - 38:11
**electronic** [2] - 58:25, 134:9
**email** [8] - 115:12, 115:14, 115:20, 115:25, 116:8, 116:9, 131:10, 131:21
**employed** [2] - 6:24, 7:1
**empty** [1] - 72:18
**en** [3] - 17:23, 92:12, 92:16
**end** [1] - 142:7
**ending** [1] - 58:24
**enforcement** [13] - 12:5, 12:11, 62:20, 69:1, 69:2, 76:8,

122:12, 122:22, 143:21, 143:24, 144:2, 144:4, 144:8
**Enforcement** [3] - 12:9, 80:21, 143:1
**engaged** [1] - 124:9
**English** [1] - 86:15
**enhancement** [3] - 3:21, 4:1, 4:10
**entail** [1] - 87:8
**enter** [2] - 59:13, 61:22
**entered** [1] - 70:19
**entering** [2] - 61:21, 143:5
**entire** [4] - 17:12, 21:21, 117:6, 166:12
**entirely** [1] - 53:18
**entitled** [1] - 168:7
**equal** [1] - 91:1
**equally** [2] - 51:6, 129:13
**equipment** [5] - 44:18, 47:6, 111:2, 130:21
**equivalent** [2] - 169:7, 170:8
**Eric** [3] - 118:3, 118:5, 118:25
**escaped** [1] - 15:21
**Esquivel** [26] - 34:5, 34:6, 34:8, 34:10, 146:3, 146:12, 146:14, 146:15, 146:21, 147:1, 147:6, 149:14, 149:18, 149:21, 150:20, 150:24, 155:24, 156:23, 156:25, 158:15, 158:21, 160:7, 160:19, 168:14
**Esquivels** [1] - 148:14
**establish** [1] - 5:5
**established** [3] - 71:14, 118:19, 133:2
**estimate** [4] - 174:14, 174:23, 174:25, 175:3
**et** [1] - 111:8
**evening** [16] - 21:3, 27:18, 27:19, 28:25, 29:1, 36:25, 37:1, 39:24, 51:11, 53:14, 53:15, 93:2, 93:4, 93:5, 129:8, 174:13
**evenly** [1] - 33:10
**events** [4] - 14:16, 58:20, 91:22, 127:14
**eventually** [2] - 58:15, 59:15

**evidence** [27] - 3:25, 4:2, 4:3, 17:19, 18:1, 52:12, 81:18, 82:14, 86:8, 92:12, 92:20, 115:7, 116:23, 117:24, 120:9, 121:8, 126:13, 126:19, 127:3, 133:14, 133:18, 134:16, 135:10, 144:8, 145:5, 164:16
**evidentiary** [1] - 61:2
**Evidentiary** [2] - 1:4, 1:8
**ex** [2] - 138:18, 138:20
**ex-husband** [2] - 138:18, 138:20
**exact** [2] - 29:5, 31:1, 99:23
**exactly** [4] - 160:15, 162:17, 166:22, 168:3
**exaggerating** [1] - 160:13
**examination** [5] - 94:7, 102:23, 105:21, 114:16, 114:22
**EXAMINATION** [5] - 6:19, 88:15, 126:3, 134:23, 136:6
**Examination** [5] - 2:4, 2:5, 2:5, 2:6, 2:7
**examined** [2] - 79:11, 79:20
**example** [5] - 163:21, 169:8, 170:24, 170:25, 173:6
**excellent** [3] - 39:6, 42:20, 106:18
**except** [1] - 72:18
**exchange** [2] - 123:16, 138:13
**exclusively** [1] - 12:4
**excuse** [4] - 95:4, 107:20, 112:11, 114:2
**excused** [2] - 135:19, 175:10
**executed** [1] - 118:7
**exhibit** [9] - 17:20, 18:24, 41:24, 50:16, 53:7, 74:3, 91:19, 112:7, 113:12
**Exhibit** [100] - 17:9, 17:15, 18:4, 18:5, 18:6, 20:17, 21:25, 23:24, 25:23, 27:14, 28:21, 31:12, 33:13, 34:19, 35:10, 36:21,

38:13, 39:20, 40:12,
41:24, 42:10, 42:14,
44:8, 45:4, 46:22,
47:16, 48:4, 48:23,
49:2, 51:7, 52:11,
52:17, 52:18, 53:3,
56:6, 57:13, 63:10,
63:18, 63:20, 63:23,
63:25, 64:2, 64:5,
64:8, 64:11, 64:18,
64:22, 64:25, 65:3,
65:5, 65:8, 66:13,
78:14, 92:9, 92:10,
92:24, 94:6, 95:17,
97:1, 98:12, 98:21,
99:8, 100:23,
102:12, 102:13,
103:2, 103:25,
104:2, 105:8,
106:12, 107:25,
108:2, 109:16,
111:12, 112:7,
112:11, 112:19,
113:2, 113:4, 113:7,
113:20, 115:8,
116:18, 122:9,
127:20, 128:6,
128:15, 128:18,
128:24, 129:6,
129:11, 129:14,
129:24, 130:4,
130:18, 131:1,
131:4, 131:9, 164:14
**Exhibits** [9] - 2:9,
2:10, 2:11, 17:22,
17:25, 82:16, 92:12,
92:19, 92:21
**exhibits** [5] - 17:3,
17:5, 17:20, 91:15,
131:2
**exit** [1] - 59:12
**expect** [1] - 33:5
**expensive** [3] - 25:13,
25:14, 25:20
**experience** [8] - 9:5,
19:8, 21:11, 25:8,
50:8, 120:8, 125:11,
169:21
**expert** [2] - 25:17,
25:18
**expertise** [1] - 131:25
**explain** [20] - 7:16,
10:20, 19:9, 25:2,
25:11, 32:25, 35:5,
40:8, 43:8, 44:3,
49:19, 51:17, 56:17,
66:17, 69:12, 75:19,
76:5, 81:1, 138:16,
139:10
**explaining** [5] - 49:21,

159:12, 162:3,
162:13, 164:8
**expose** [1] - 75:15
**exposed** [1] - 75:18
**extradite** [1] - 117:25
**extradited** [3] - 10:9,
117:20, 136:18
**extradition** [2] -
117:18, 119:1
**Ezequiel** [1] - 62:23

### F

**face** [1] - 117:21
**fact** [12] - 4:19, 4:20,
97:5, 99:14, 99:19,
106:4, 107:11,
154:4, 172:20
**factors** [1] - 5:9
**fair** [12] - 90:15, 95:9,
99:17, 107:19,
110:6, 111:20,
112:3, 112:23,
114:14, 143:12,
148:15, 155:19
**fairly** [3] - 82:2, 119:4,
148:4
**familiar** [10] - 8:13,
9:2, 9:7, 9:11, 45:22,
88:17, 89:6, 89:25,
118:3, 119:4
**familiarity** [1] - 90:19
**family** [1] - 154:17
**fashion** [2] - 132:6,
151:21
**faster** [2] - 87:19,
174:19
**favor** [1] - 42:9
**FBI** [12] - 7:1, 7:8,
7:11, 12:4, 12:14,
12:18, 12:20, 52:3,
118:6, 119:2, 120:8,
138:12
**feature** [1] - 79:17
**Feb** [1] - 131:24
**February** [41] - 13:10,
14:5, 16:9, 38:17,
39:22, 40:14, 42:1,
42:12, 43:12, 44:10,
45:6, 46:23, 47:18,
48:6, 48:25, 49:9,
50:3, 50:18, 51:9,
51:14, 51:23, 58:8,
58:12, 62:21, 62:25,
68:18, 69:21, 70:12,
70:24, 71:3, 82:11,
82:12, 83:2, 86:12,
86:16, 86:20,
126:21, 127:5,
127:10, 134:12,

174:18
**Federal** [2] - 6:25,
81:17
**FEF** [2] - 32:24,
121:22
**fentanyl** [1] - 8:11
**Fercho** [1] - 33:21
**Fernando** [22] - 33:21,
34:1, 34:5, 34:6,
54:7, 146:15,
146:25, 149:14,
149:20, 149:21,
150:24, 155:1,
155:23, 156:25,
160:5, 160:8,
167:19, 168:4,
168:7, 168:10,
168:14, 168:21
**Fernando's** [1] -
169:14
**few** [5] - 31:11,
152:13, 160:6,
160:18, 166:24
**FF** [1] - 158:9
**FFE** [1] - 121:24
**field** [4] - 37:2, 70:19,
73:10, 73:12
**Field** [3] - 7:4, 7:5,
7:14
**figuring** [1] - 148:16
**final** [6] - 69:8, 69:17,
140:24, 167:9,
174:18, 174:24
**fine** [14] - 5:19, 5:21,
21:8, 29:9, 44:16,
46:5, 46:10, 47:1,
47:21, 48:13, 48:14,
100:9, 108:9, 110:1
**finish** [3] - 19:25,
87:24, 162:19
**firearm** [1] - 173:19
**firepower** [1] - 160:1
**first** [32] - 5:23, 23:13,
24:8, 24:12, 38:24,
39:14, 39:16, 39:18,
43:22, 55:2, 70:14,
70:18, 95:20, 96:13,
96:16, 101:4,
102:20, 114:16,
125:7, 125:8,
125:13, 131:20,
138:16, 142:12,
142:18, 145:25,
147:11, 148:8,
149:9, 149:11,
152:18, 156:2
**firsthand** [1] - 119:9
**five** [10] - 7:7, 29:3,
30:25, 55:25, 56:4,
60:6, 60:17, 87:17,

99:21, 137:17
**fixed** [1] - 25:9
**Flaco** [1] - 166:20
**flat** [2] - 154:20,
161:22
**flight** [3] - 55:12,
172:22, 173:8
**flights** [6] - 139:13,
172:22, 173:7,
173:8, 173:9, 173:15
**flip** [1] - 57:13
**Florence** [1] - 9:18
**Florida** [6] - 34:12,
34:17, 80:25,
118:12, 136:14,
142:23
**focus** [1] - 128:6
**focused** [2] - 7:17,
8:15
**follow** [5] - 59:15,
71:24, 126:5,
160:18, 166:13
**follow-up** [1] - 126:5
**followed** [5] - 20:14,
58:14, 59:2, 59:6,
59:11
**following** [5] - 48:21,
59:10, 61:12, 94:18,
127:11
**Foothill** [1] - 59:6,
59:9, 62:11, 62:13
**FOR** [1] - 1:1
**foregoing** [1] - 176:5
**foreign** [1] - 12:11
**forensic** [1] - 14:3
**forgive** [1] - 53:16
**forgot** [3] - 40:17,
41:10, 130:2
**form** [2] - 132:5,
161:11
**format** [1] - 51:15
**former** [1] - 156:4
**forward** [6] - 3:8, 23:5,
32:5, 148:23,
160:25, 161:17
**forwarded** [6] -
101:21, 108:19,
112:21, 112:22,
112:24, 112:25
**forwarding** [2] -
45:20, 48:8
**forwards** [1] - 109:5
**foundation** [2] -
16:19, 30:21
**four** [11] - 10:5, 37:10,
38:2, 38:4, 38:5,
38:7, 49:12, 49:22,
82:9, 114:1, 160:9
**frame** [1] - 141:14
**frankly** [1] - 152:7

**frequently** [2] -
129:23, 143:23
**friend** [3] - 33:19,
46:5, 150:10
**friendships** [3] - 40:5,
103:18, 103:22
**front** [17] - 11:21,
22:9, 26:8, 26:9,
29:7, 31:10, 41:3,
44:6, 54:19, 54:21,
94:24, 97:16, 97:22,
100:1, 122:10,
125:12, 131:2
**fronted** [1] - 107:2,
125:5
**froze** [1] - 61:24
**fugitive** [1] - 9:24,
15:21
**fugitives** [2] - 10:9,
10:11
**full** [4] - 55:7, 75:6,
126:17, 176:6
**funds** [3] - 123:17,
125:17, 139:15
**furnished** [1] - 124:5
**future** [3] - 65:23,
97:3, 167:25

### G

**Gallardo** [14] - 59:25,
60:4, 61:3, 61:15,
61:19, 62:18, 63:24,
64:1, 64:6, 120:6,
133:21, 134:13,
134:16, 134:17
**Gallardo's** [1] - 135:1
**Garcia** [3] - 9:21,
62:23
**gathered** [2] - 126:13,
126:19
**gathering** [5] - 29:11,
37:7, 37:8, 46:15,
100:18
**Gaute** [1] - 48:17
**general** [1] - 24:13
**generally** [6] - 79:6,
148:9, 148:22,
151:9, 153:5, 154:24
**gentleman** [1] -
149:14
**given** [7] - 4:23, 5:11,
30:25, 31:1, 74:21,
125:7, 128:11
**glad** [1] - 54:1
**go-ahead** [1] - 95:10
**God** [15] - 21:5, 23:2,
29:16, 32:2, 37:10,
38:2, 41:2, 42:7,
46:5, 47:6, 48:13,

53:25, 111:2, 130:22
**God's** [3] - 44:15,
91:9, 108:8
**Gold** [1] - 157:24
**government** [35] - 4:8,
4:12, 5:22, 6:1, 13:5,
17:20, 34:18, 78:9,
80:17, 80:18, 81:3,
81:9, 81:10, 91:18,
97:1, 112:6, 117:23,
117:24, 123:5,
135:20, 136:22,
136:24, 137:21,
138:7, 141:11,
142:4, 142:9,
142:13, 143:3,
143:7, 143:11,
145:2, 146:22,
156:9, 175:7
**Government** [91] -
1:12, 2:10, 17:8,
17:15, 17:25, 18:4,
18:5, 18:6, 20:17,
21:25, 23:24, 25:22,
27:14, 28:21, 31:12,
33:12, 34:19, 35:10,
36:21, 38:13, 39:20,
40:12, 41:24, 42:10,
42:13, 44:8, 45:4,
46:21, 47:16, 48:4,
48:23, 49:2, 51:7,
52:11, 52:17, 52:18,
53:3, 56:6, 57:13,
63:10, 63:18, 63:20,
62:23, 63:25, 64:2,
64:5, 64:8, 64:11,
64:17, 64:22, 64:25,
65:3, 65:5, 65:8,
66:12, 78:13, 82:16,
92:9, 92:24, 94:6,
95:17, 98:12, 99:8,
100:23, 102:13,
103:2, 103:25,
104:2, 105:8,
106:12, 107:24,
108:2, 108:16,
111:12, 113:1,
113:4, 113:6,
113:20, 127:20,
128:6, 128:15,
128:18, 128:24,
129:6, 129:11,
129:14, 129:24,
130:4, 130:18,
164:14
**Government's** [1] -
103:5
**government's** [2] -
3:20, 4:1
**GPS** [4] - 20:13,

58:23, 61:9, 134:9
**grab** [7] - 26:8, 26:9,
41:2, 46:13, 46:14,
97:16, 97:22
**grease** [1] - 67:11
**great** [27] - 22:14,
23:6, 26:3, 26:13,
27:22, 29:13, 31:19,
32:8, 35:25, 36:4,
36:10, 37:7, 38:19,
39:5, 40:1, 41:5,
42:19, 43:4, 44:16,
46:17, 55:1, 101:25,
108:8, 109:10,
120:9, 174:11
**greeting** [1] - 93:5
**grew** [2] - 140:4
**grocery** [1] - 59:14
**gross** [1] - 79:22
**group** [2] - 133:12,
135:11
**growing** [1] - 141:17
**guard** [1] - 56:1
**Guate** [2] - 40:5,
103:18
**Guatemala** [58] - 4:14,
7:19, 8:8, 12:13,
16:22, 21:24, 25:13,
26:24, 30:24, 39:14,
40:10, 43:16, 49:24,
69:22, 69:24, 69:25,
70:5, 70:6, 70:10,
70:24, 71:10, 78:7,
91:9, 103:19,
105:23, 106:8,
118:20, 119:12,
122:1, 122:14,
122:24, 123:13,
126:23, 133:4,
133:8, 136:12,
139:20, 140:18,
140:21, 141:8,
141:9, 141:19,
143:6, 143:9,
143:13, 143:15,
143:20, 144:20,
146:20, 147:23,
149:5, 165:13,
167:7, 167:8,
172:21, 174:8
**Guatemalan** [15] -
12:13, 13:3, 34:16,
70:13, 70:25, 71:5,
78:10, 78:22, 79:8,
80:16, 116:4,
116:12, 121:17,
121:18, 146:18
**guess** [2] - 56:17,
168:22
**guidelines** [2] - 3:19,

5:12
**guilty** [4] - 136:15,
137:6, 137:8, 137:20
**gun** [1] - 62:15
**guns** [1] - 11:11
**guy** [4] - 23:1, 23:4,
51:11, 120:5
**guys** [3] - 27:20,
98:15, 98:17
**Guzman** [3] - 9:14,
89:16, 166:2

**H**

**haggle** [3] - 40:25,
104:8, 104:12
**haggles** [1] - 105:5
**half** [2] - 37:23, 175:1
**hand** [3] - 6:6, 23:1,
135:25
**handle** [1] - 52:22
**handler** [8] - 70:17,
81:7, 81:9, 81:11,
123:10, 124:10,
124:12, 124:15
**handlers** [1] - 52:19
**handling** [3] - 52:8,
70:18, 141:15
**hands** [2] - 32:1,
122:14
**hanging** [1] - 53:25
**hard** [3] - 17:8, 17:9,
17:11
**harder** [1] - 163:20
**Hartleben** [1] - 13:25
**head** [1] - 5:10
**headed** [1] - 71:25
**hear** [5] - 6:15, 46:7,
126:17, 151:10,
173:23
**heard** [1] - 10:18
**hearing** [3] - 3:18,
5:14, 8:6
**Hearing** [2] - 1:4, 1:8
**Hector** [1] - 19:3
**Held** [1] - 1:9
**held** [3] - 81:22, 86:3,
163:5
**hello** [1] - 54:15
**help** [6] - 44:15, 61:15,
108:8, 139:1,
162:25, 163:23
**helped** [1] - 14:15
**helping** [2] - 139:5,
139:7
**Henry** [1] - 70:14
**hereby** [1] - 176:4
**heroin** [1] - 8:11
**herself** [1] - 167:25
**Hi** [1] - 48:11

**hidden** [8] - 60:10,
63:12, 63:16, 63:19,
63:21, 72:22, 72:25,
75:1
**high** [2] - 123:21,
163:1
**high-level** [1] - 123:21
**higher** [1] - 25:5
**highlighted** [8] -
115:9, 116:1, 116:2,
116:24, 117:4,
117:10, 117:13,
118:16
**Highway** [2] - 71:9,
71:14
**himself** [1] - 45:20
**hired** [1] - 142:9
**hold** [1] - 119:23
**holding** [1] - 17:8
**home** [1] - 143:18
**Honor** [49] - 3:10,
3:14, 3:24, 4:6, 5:15,
5:16, 5:19, 5:24, 6:1,
6:12, 11:1, 16:19,
17:2, 17:18, 19:11,
21:15, 30:14, 57:20,
65:14, 78:19, 86:4,
88:14, 91:17, 92:11,
110:23, 111:11,
112:9, 113:3, 115:1,
116:19, 117:5,
125:25, 131:5,
131:17, 134:21,
135:15, 135:21,
151:20, 155:7,
163:2, 164:15,
165:6, 166:17,
166:21, 174:11,
174:16, 174:22,
175:8, 175:9
**honorable** [1] - 15:6
**Honorable** [2] - 1:9,
118:11
**honorific** [2] - 93:5,
114:19
**hope** [6] - 46:25, 47:2,
47:15, 88:1, 109:25,
110:2
**hoping** [2] - 138:6,
161:5
**hour** [6] - 22:12,
95:14, 152:9, 162:8,
175:1
**house** [4] - 143:17,
146:4, 147:23, 149:5
**hugs** [1] - 26:13
**Humberto** [3] - 1:6,
3:7, 145:15
**Humo** [1] - 38:11
**hundred** [2] - 64:17,

118:21
**hundreds** [1] - 87:10
**husband** [2] - 138:18,
138:20, 138:24
**husband's** [2] - 139:6,
140:5
**hut** [1] - 56:1

**I**

**idea** [1] - 35:2
**identifications** [1] -
64:4
**identified** [16] - 13:18,
16:3, 20:15, 34:1,
43:25, 58:15, 59:22,
62:19, 70:2, 70:4,
73:19, 73:21, 79:11,
79:20, 118:17,
134:11
**identify** [2] - 11:18,
11:23
**idiot** [1] - 40:17
**Ill** [22] - 12:16, 12:17,
12:24, 12:25, 13:13,
13:24, 14:22, 14:23,
15:3, 15:7, 16:1,
17:12, 18:8, 52:2,
57:15, 58:21, 89:1,
89:3, 110:12,
127:18, 131:22
**Ills** [2] - 14:7, 110:19
**illegal** [1] - 124:9
**Illinois** [1] - 10:15
**immediately** [2] -
113:12, 127:11
**immigration** [1] -
138:14
**important** [1] - 39:2
**imported** [1] - 122:20
**imposed** [1] - 137:14
**improvement** [1] -
24:11
**in-person** [3] - 144:2,
144:7, 144:23
**include** [5] - 12:8,
12:21, 61:23,
137:23, 138:1
**including** [2] - 70:13,
82:5
**incoming** [4] - 170:4,
170:6, 170:24,
170:25
**increases** [1] - 159:15
**independent** [3] -
118:19, 132:6, 133:2
**independently** [1] -
132:25
**indicate** [3] - 79:10,
79:22, 80:3

**indicated** [7] - 4:12, 80:10, 99:10, 101:20, 105:21, 108:19, 122:1
**indicates** [3] - 79:19, 98:5, 122:11
**indicating** [5] - 107:1, 116:10, 119:19, 135:10, 145:22
**indicted** [6] - 9:25, 10:11, 15:19, 34:11, 34:17, 80:22
**indirectly** [1] - 134:15
**individual** [13] - 11:16, 13:14, 20:15, 23:21, 33:5, 58:14, 58:15, 58:16, 58:17, 59:3, 59:12, 134:10
**individuals** [12] - 8:4, 18:15, 34:8, 62:19, 62:22, 70:11, 70:21, 82:3, 89:8, 120:14, 146:8, 157:17
**indulge** [2] - 21:1, 22:3
**indulgence** [1] - 86:5
**inexperienced** [1] - 169:15
**infer** [1] - 93:4
**informant** [1] - 123:8
**information** [14] - 4:21, 4:23, 14:6, 14:15, 26:23, 70:22, 71:2, 81:18, 101:21, 103:11, 114:23, 144:22, 145:2, 145:6
**informed** [11] - 43:3, 47:3, 70:23, 94:4, 99:6, 107:19, 107:22, 110:3, 110:8, 122:2, 146:1
**informing** [16] - 93:14, 93:21, 94:19, 95:15, 98:19, 99:2, 99:18, 100:5, 101:3, 101:13, 102:6, 102:24, 111:7, 114:7, 114:23
**infrastructure** [1] - 90:12
**initial** [8] - 4:7, 13:16, 19:9, 23:13, 66:8, 70:14, 71:4, 148:18
**initiate** [1] - 72:3
**input** [1] - 107:8
**inquire** [3] - 6:12, 6:14, 136:4
**inside** [4] - 60:13, 63:19, 75:1, 76:19
**insight** [4] - 126:11,

126:14, 126:20, 127:4
**installed** [2] - 143:16, 143:18
**instead** [1] - 167:25
**instructions** [1] - 50:14
**intend** [1] - 4:3
**intent** [1] - 152:10
**intention** [2] - 152:11, 152:19
**intercepted** [3] - 18:7, 43:23, 52:1
**intercepts** [5] - 14:22, 57:15, 91:6, 127:18, 131:22
**interested** [2] - 12:14, 148:19
**interior** [2] - 72:16, 72:19
**intermediary** [1] - 159:15
**international** [1] - 7:21
**interpret** [15] - 24:19, 30:12, 30:17, 93:11, 94:12, 95:9, 96:22, 98:16, 100:19, 101:12, 104:10, 104:17, 105:4, 129:9, 129:12
**interpretation** [7] - 19:13, 25:4, 107:19, 110:6, 111:20, 112:3, 162:16
**interpretations** [1] - 30:15
**interpreted** [8] - 96:22, 100:12, 102:23, 104:10, 106:7, 106:23, 108:11, 109:22
**interpreter** [7] - 162:22, 163:2, 163:7, 163:10, 167:24, 172:13, 173:23
**Interpreter** [4] - 1:18, 1:19, 1:19, 88:7
**INTERPRETER** [9] - 88:9, 162:22, 163:2, 163:7, 163:10, 167:24, 172:10, 172:13, 173:23
**interpreter's** [1] - 172:10
**INTERPRETERS** [1] - 3:4
**interpreters** [1] - 151:24

**Interpreters** [1] - 3:2
**interpreting** [3] - 19:12, 127:17, 128:2
**interviewed** [3] - 13:18, 13:22, 70:2
**interviewing** [1] - 70:21
**interviews** [4] - 13:20, 14:14, 70:7, 70:9
**introduce** [1] - 152:16
**introduced** [5] - 33:19, 34:8, 146:3, 146:6, 148:13
**introducing** [1] - 17:3
**introduction** [1] - 161:14
**invest** [1] - 167:6
**investigate** [1] - 7:18
**investigated** [2] - 7:20, 89:9
**investigating** [1] - 19:8
**investigation** [50] - 11:13, 12:2, 12:4, 12:5, 12:12, 12:23, 12:24, 13:3, 13:9, 13:18, 14:17, 14:18, 15:14, 18:8, 21:22, 26:16, 34:2, 34:6, 34:7, 41:21, 43:24, 45:23, 51:20, 52:3, 71:13, 72:3, 72:4, 74:11, 78:7, 80:18, 81:5, 81:13, 81:19, 88:18, 88:19, 88:20, 89:7, 89:14, 90:6, 90:20, 118:17, 119:1, 119:4, 119:9, 122:7, 126:13, 126:19, 127:3
**Investigation** [5] - 6:25, 12:13, 71:1, 71:5, 81:17
**Investigations** [1] - 70:13
**investigations** [5] - 7:17, 8:12, 50:9, 121:7, 123:20
**investigative** [5] - 13:11, 58:8, 61:13, 69:23, 134:7
**investing** [1] - 166:11
**involved** [25] - 5:6, 8:10, 12:5, 12:7, 12:11, 12:18, 12:24, 12:25, 13:17, 18:15, 30:6, 70:2, 70:12, 72:2, 133:22, 138:17, 138:19, 138:20, 138:23,

139:2, 139:11, 139:24, 141:11, 146:9, 146:16
**involvement** [2] - 26:16, 71:4
**involving** [2] - 11:14, 12:23
**Ismael** [1] - 9:21
**issue** [3] - 3:23, 4:7, 5:13
**issues** [2] - 5:13, 5:16
**items** [1] - 61:1
**itself** [1] - 151:23
**Ivan** [1] - 10:8

## J

**J-36** [1] - 68:6
**Jackie** [3] - 13:23, 14:1, 88:25
**James** [1] - 15:6
**Jamie** [3] - 2:4, 6:2, 6:23
**Jan** [1] - 131:24
**January** [15] - 13:10, 16:9, 18:12, 18:20, 20:21, 22:2, 24:2, 26:1, 27:16, 28:23, 31:14, 33:16, 34:21, 35:12, 36:23
**Jesus** [3] - 10:8, 59:25, 134:13
**Jimenez** [1] - 3:12
**Joaquin** [3] - 9:14, 10:8, 166:1
**jobs** [1] - 139:1
**Johana** [2] - 149:19, 150:8
**joined** [1] - 3:11
**joining** [1] - 7:10
**Jordan** [2] - 149:19, 150:8
**Jorge** [12] - 1:6, 3:6, 11:14, 145:14, 146:7, 149:15, 149:18, 150:1, 155:23, 156:7, 156:13, 157:18
**Jose** [7] - 155:24, 156:3, 156:4, 156:15, 157:18, 162:4, 162:13
**Joshua** [2] - 1:13, 3:12
**judge** [4] - 15:5, 88:4, 91:12, 162:18
**Judge** [3] - 1:10, 118:12, 155:12
**Julio** [2] - 42:18, 130:6
**July** [2] - 12:3, 176:9

**jump** [5] - 67:13, 75:2, 77:14, 151:15, 154:9
**jumpsuit** [1] - 11:21
**June** [1] - 1:6
**JUSTICE** [1] - 1:13
**Justin** [2] - 115:18, 116:9
**Justine** [1] - 115:17

## K

**K-9** [5] - 70:17, 70:18, 72:5, 74:4
**Katcher** [2] - 1:13, 3:12
**keep** [4] - 20:22, 67:9, 107:21, 110:7
**keeping** [2] - 94:4, 99:6
**Kelso** [4] - 70:17, 74:4, 74:25, 77:17
**kept** [3] - 38:12, 133:20, 141:17
**key** [4] - 9:8, 14:16, 70:11, 146:8
**keys** [1] - 72:13
**kill** [1] - 154:17
**kilo** [9] - 24:19, 41:22, 44:5, 104:18, 104:23, 167:20, 167:23, 171:10, 172:1
**kilogram** [6] - 24:18, 24:21, 25:9, 27:6, 118:21
**kilograms** [10] - 27:12, 32:19, 63:4, 69:14, 69:25, 81:16, 122:13, 134:18, 164:11, 170:9
**kilos** [19] - 13:4, 16:22, 27:12, 33:10, 37:19, 44:6, 62:5, 107:2, 107:3, 120:1, 123:14, 141:22, 157:13, 158:9, 169:8, 169:9, 170:13, 170:25, 172:24
**kind** [3] - 11:9, 102:25, 144:18
**knowledge** [5] - 89:14, 119:10, 119:20, 123:20, 140:20
**known** [3] - 9:11, 124:15, 124:19
**knows** [2] - 110:8, 173:15

## L

**L.A** [7] - 14:2, 127:5, 133:16, 134:6, 171:2, 171:3, 171:22
**lab** [9] - 14:3, 14:20, 68:1, 68:6, 68:11, 68:14, 68:17, 69:8, 79:8
**labeled** [4] - 73:5, 73:6, 75:21, 77:13
**lack** [1] - 30:21
**lady** [19] - 26:5, 26:17, 29:2, 35:1, 43:2, 44:13, 46:25, 47:24, 49:11, 51:1, 97:6, 97:8, 99:15, 107:17, 108:6, 110:1, 111:24, 112:4, 114:1
**lady's** [5] - 33:18, 33:22, 33:23, 49:5, 113:10
**laid** [1] - 73:5
**land** [3] - 8:22, 141:3, 141:25
**landing** [1] - 172:22
**large** [5] - 59:14, 90:9, 90:16, 125:12, 169:21
**large-scale** [1] - 90:16
**larger** [2] - 87:10, 159:4
**last** [20] - 6:22, 31:3, 39:3, 40:16, 44:13, 49:2, 50:19, 108:6, 118:9, 119:17, 133:12, 152:18, 158:7, 162:12, 164:3, 164:23, 167:3, 169:5, 169:23, 170:23
**laundering** [1] - 140:6
**laundry** [1] - 67:10
**LAW** [1] - 1:16
**law** [13] - 12:5, 12:11, 62:20, 68:25, 69:1, 76:7, 122:11, 122:22, 143:21, 143:24, 144:1, 144:4, 144:8
**lead** [2] - 13:23, 119:2
**leader** [3] - 3:22, 4:3, 9:14
**leaders** [2] - 139:24, 140:4
**leadership** [1] - 132:11
**leading** [5] - 29:6, 31:4, 31:6, 99:24, 130:16

**learn** [3] - 8:17, 8:23, 71:4
**learned** [1] - 163:16
**least** [1] - 15:12
**leave** [3] - 26:6, 97:10, 129:1
**leaving** [3] - 21:6, 93:20, 93:22
**left** [3] - 18:16, 74:16, 174:14
**legal** [2] - 78:6, 145:14
**lending** [1] - 32:6
**less** [1] - 25:5
**letting** [13] - 21:13, 21:18, 28:11, 39:13, 43:9, 44:4, 45:2, 51:4, 55:24, 93:17, 94:14, 98:9, 100:20
**level** [4] - 4:2, 90:23, 90:25, 123:21
**license** [3] - 71:10, 74:20, 76:24
**life** [1] - 9:18
**light** [1] - 59:16
**likely** [7] - 23:22, 27:7, 27:10, 32:18, 40:10, 41:19, 87:9
**likewise** [6] - 26:14, 29:17, 39:7, 40:22, 47:8, 111:7
**Limon** [5] - 15:17, 15:18, 89:10, 90:1, 91:13
**Limon-Sanchez** [5] - 15:17, 15:18, 89:10, 90:1, 91:13
**line** [107] - 19:10, 20:4, 23:15, 26:17, 28:7, 28:15, 30:11, 30:12, 32:13, 33:9, 33:25, 34:14, 35:5, 36:13, 36:15, 36:18, 37:14, 37:22, 39:9, 39:12, 40:8, 41:8, 41:12, 41:15, 43:8, 43:14, 43:18, 44:2, 44:25, 45:1, 45:12, 45:18, 50:4, 56:14, 93:8, 93:11, 93:19, 94:12, 94:23, 95:6, 95:13, 95:20, 96:11, 96:19, 97:5, 97:15, 98:5, 98:14, 98:21, 98:23, 99:3, 99:14, 100:9, 100:16, 101:4, 101:6, 101:16, 101:17, 101:20, 101:24, 102:2, 102:18, 103:8, 103:16, 104:5,

104:25, 105:14, 105:17, 106:4, 106:17, 106:20, 106:22, 107:5, 107:11, 107:17, 108:5, 108:22, 109:10, 109:11, 109:25, 110:6, 110:22, 111:1, 111:6, 111:17, 128:15, 128:18, 128:21, 128:22, 128:24, 129:6, 129:11, 129:14, 129:16, 129:25, 130:5, 130:18, 131:20, 145:7, 166:22, 168:16, 170:17, 171:16, 172:16, 173:22, 173:24
**lines** [8] - 27:2, 32:20, 32:21, 47:11, 49:20, 143:10, 145:4, 166:18
**linking** [3] - 121:8, 133:15, 133:18
**list** [1] - 17:21
**listen** [1] - 24:10
**listing** [2] - 162:5, 162:6
**living** [1] - 149:5
**load** [6] - 4:16, 4:20, 16:15, 21:14, 21:17, 122:24
**loads** [1] - 16:15
**local** [1] - 165:13
**locate** [1] - 71:21
**located** [20] - 59:4, 60:6, 60:8, 61:3, 61:23, 62:4, 63:12, 63:17, 64:9, 64:14, 64:21, 64:24, 66:6, 66:11, 70:20, 71:18, 71:23, 72:22, 76:19, 78:3
**location** [10] - 25:12, 59:11, 62:6, 62:14, 66:8, 69:23, 87:3, 122:23, 149:2
**locations** [4] - 10:3, 10:15, 62:7, 62:10
**Loera** [1] - 9:14
**logistics** [3] - 139:1, 139:8, 139:12
**Look** [1] - 101:6
**look** [14] - 5:8, 5:9, 35:17, 54:21, 68:24, 91:15, 92:9, 92:24, 94:6, 95:17, 112:11,

112:14, 116:23, 118:9
**looked** [2] - 91:22, 168:22
**looking** [10] - 12:20, 18:14, 18:15, 28:3, 91:21, 98:24, 149:13, 152:8, 155:21
**looks** [2] - 22:23, 75:6
**loop** [2] - 166:10, 167:4
**Lopez** [1] - 156:15
**Lorenz** [1] - 15:6
**Los** [7] - 13:1, 20:8, 51:24, 126:15, 126:21, 127:14, 130:14
**lose** [3] - 46:25, 47:15, 109:25
**losing** [2] - 47:2, 110:2
**loud** [2] - 6:21, 136:8
**love** [1] - 17:6
**lowers** [1] - 166:24
**lunch** [4] - 57:24, 87:16, 87:18, 88:3

## M

**ma'am** [12] - 6:3, 48:10, 48:19, 52:25, 54:13, 55:6, 55:7, 55:10, 55:13, 55:15, 136:11
**madam** [2] - 3:2, 88:7
**magazines** [1] - 62:15
**Magic** [2] - 68:24, 68:25
**Magistrate** [1] - 118:12
**main** [1] - 71:15
**major** [1] - 9:7
**majority** [1] - 127:23
**male** [1] - 33:19
**man's** [3] - 33:21, 35:17, 101:7
**manager** [2] - 4:10, 4:18
**manner** [1] - 140:1
**Manuel** [7] - 155:24, 156:3, 156:4, 156:15, 157:18, 162:4, 162:13
**Manuela** [1] - 1:18
**Marchena** [8] - 146:10, 147:7, 149:18, 150:18, 156:1, 156:19, 158:21, 160:7

**Maria** [3] - 1:19
**Maria-Raquel** [1] - 1:19
**mariachi** [1] - 50:5
**mark** [3] - 66:21, 66:23, 79:13
**marked** [2] - 17:15, 76:7, 116:17
**Marker** [2] - 68:24, 68:25
**marking** [4] - 66:24, 68:25, 76:2, 77:12
**marks** [4] - 32:22, 121:12, 121:19, 121:22
**Marllory** [51] - 2:6, 16:21, 26:21, 30:23, 33:24, 34:13, 34:15, 35:6, 35:8, 37:24, 41:22, 43:10, 43:13, 44:4, 45:2, 46:1, 48:21, 49:21, 52:7, 52:10, 56:9, 56:13, 56:19, 57:11, 80:15, 81:11, 81:13, 81:15, 97:3, 97:8, 99:11, 99:18, 100:5, 109:6, 112:19, 112:22, 119:15, 122:11, 122:21, 124:2, 124:8, 124:18, 125:18, 127:12, 135:20, 136:10, 149:19, 150:14, 155:23, 156:17
**Marta** [10] - 146:10, 147:7, 148:14, 149:18, 150:18, 156:1, 156:19, 158:21, 160:6, 160:22
**Martin** [2] - 1:19, 3:3
**masse** [3] - 17:23, 92:12, 92:16
**matched** [2] - 61:8, 74:21
**material** [7] - 38:22, 38:23, 40:23, 47:23, 102:20, 111:18, 131:10
**materials** [1] - 69:15
**matter** [1] - 4:8
**Max** [5] - 69:24, 73:24, 74:16, 76:24, 77:3
**Mayo** [11] - 9:20, 89:12, 89:18, 89:20, 90:7, 90:10, 165:23, 165:24, 166:1, 166:2, 166:15
**McFadden** [3] - 1:19,

88:8, 163:6
**McGuire** [6] - 118:3,
118:5, 118:10,
118:25, 119:19,
122:16
**mean** [17] - 31:8,
32:21, 39:17, 81:8,
89:7, 89:8, 93:11,
94:13, 98:16,
100:19, 101:12,
102:24, 104:10,
104:17, 105:4,
106:23, 133:18
**meaning** [1] - 168:12
**means** [5] - 10:20,
141:1, 141:23,
144:2, 144:24
**meant** [1] - 105:22
**Medina** [5] - 69:24,
73:24, 74:16, 76:24,
77:3
**meet** [11] - 26:24,
38:19, 39:10, 53:16,
54:3, 54:8, 55:9,
55:16, 107:21,
143:21, 145:25
**meeting** [35] - 26:5,
26:12, 26:17, 26:21,
42:3, 43:9, 43:13,
54:7, 86:15, 86:20,
97:3, 97:6, 98:6,
99:11, 99:17, 99:19,
105:15, 127:12,
137:23, 143:23,
147:6, 147:9,
147:11, 147:13,
147:14, 147:15,
147:19, 148:8,
148:10, 148:18,
149:9, 155:19,
160:4, 160:10, 162:2
**meetings** [24] - 4:14,
16:17, 16:21, 81:22,
82:3, 82:7, 82:10,
82:20, 82:23, 83:1,
83:2, 86:12, 144:2,
144:15, 147:20,
147:21, 147:22,
147:24, 149:10,
151:2, 152:18, 160:9
**Meisel** [10] - 1:12,
3:11, 87:19, 115:15,
116:9, 150:3, 155:5,
166:13, 174:9,
174:14
**MEISEL** [258] - 3:10,
3:24, 5:16, 5:24, 6:1,
6:12, 6:14, 6:16,
6:20, 8:9, 10:24,
11:1, 11:3, 12:1,

14:8, 14:13, 16:23,
17:2, 17:7, 17:18,
18:2, 18:10, 19:16,
19:24, 20:17, 20:19,
21:20, 22:19, 22:22,
23:12, 23:23, 24:22,
25:7, 25:22, 25:24,
27:1, 27:11, 28:14,
30:10, 31:2, 33:12,
33:14, 38:13, 38:15,
45:17, 56:14, 56:16,
57:6, 57:7, 57:12,
57:14, 57:18, 58:5,
60:22, 64:17, 64:19,
65:16, 65:20, 66:4,
66:12, 66:14, 67:1,
67:2, 67:13, 67:15,
67:19, 67:21, 68:2,
68:3, 68:7, 68:8,
68:22, 69:4, 69:9,
69:11, 69:19, 69:20,
74:6, 74:7, 74:13,
74:14, 74:17, 74:18,
74:22, 74:23, 75:2,
75:4, 75:11, 75:12,
76:3, 76:4, 76:12,
76:13, 76:21, 76:22,
76:25, 77:1, 77:4,
77:5, 77:9, 77:10,
77:14, 77:15, 77:19,
77:20, 77:24, 78:1,
78:13, 78:15, 78:19,
78:21, 78:25, 79:5,
79:13, 79:16, 80:13,
80:14, 86:4, 86:8,
86:10, 87:13, 87:21,
88:1, 92:14, 92:17,
126:4, 126:18,
126:24, 127:2,
129:14, 129:15,
130:18, 130:19,
131:5, 131:7, 131:8,
131:17, 131:19,
132:9, 132:13,
133:11, 134:1,
134:2, 134:19,
135:20, 136:3,
136:7, 140:19,
145:22, 145:23,
147:2, 147:4,
149:23, 149:24,
150:5, 150:6,
150:11, 150:12,
150:15, 150:16,
150:21, 150:22,
151:4, 151:7, 151:8,
151:15, 151:17,
151:18, 152:11,
152:17, 152:23,
153:3, 154:1, 154:9,
154:13, 154:14,

154:19, 154:22,
154:23, 155:7,
155:12, 155:15,
156:20, 156:21,
157:1, 157:2, 157:4,
157:7, 157:8,
157:25, 158:2,
158:3, 158:24,
159:7, 159:9,
159:10, 159:18,
159:20, 159:21,
160:16, 160:17,
161:18, 161:21,
161:24, 162:1,
162:8, 162:10,
162:11, 163:13,
164:2, 164:5, 164:6,
164:12, 164:21,
164:22, 165:7,
165:8, 165:14,
165:17, 165:18,
166:4, 166:6, 166:7,
166:17, 166:21,
167:2, 167:13,
167:16, 167:17,
168:2, 168:15,
168:18, 168:19,
169:1, 169:3, 169:4,
169:17, 170:16,
170:20, 170:21,
171:11, 171:15,
171:17, 172:4,
172:7, 172:12,
172:14, 172:17,
173:21, 173:25,
174:2, 174:3,
174:11, 174:16,
174:22, 174:25,
175:3, 175:7
**Meisel.............** [1] -
2:5
**Meisel.............** [1] -
2:4
**Meisel...............** [1] -
2:7
**member** [1] - 10:21
**members** [8] - 7:23,
71:12, 72:8, 72:20,
143:21, 143:24,
144:1, 144:8
**memoranda** [1] - 5:17
**memorandum** [1] -
5:20
**memory** [1] - 152:5
**mentioned** [8] - 23:16,
41:4, 78:5, 89:11,
89:12, 89:20
**mentioning** [2] -
171:5, 171:9
**mentions** [1] - 49:25

**merchandise** [2] -
155:2, 158:10
**message** [31] - 17:12,
19:9, 38:3, 45:20,
48:8, 49:2, 51:3,
51:22, 94:9, 97:2,
98:4, 99:10, 100:4,
100:25, 101:21,
102:15, 103:5,
104:2, 104:3,
105:11, 106:14,
108:2, 108:18,
108:20, 109:18,
111:14, 112:19,
112:21, 113:6,
113:22, 127:8
**messages** [25] -
15:10, 16:24, 17:16,
18:7, 20:24, 21:12,
21:18, 29:22, 43:23,
52:1, 52:2, 52:5,
52:7, 52:9, 52:14,
52:18, 53:6, 89:4,
91:16, 114:15,
114:21, 120:14,
128:12, 135:3
**Messenger** [5] -
12:25, 13:13, 15:8,
51:19, 56:20
**met** [5] - 14:2, 138:18,
144:4, 146:3, 158:13
**methamphetamine** [1]
- 8:11
**methods** [2] - 8:18,
159:12
**Mexican** [9] - 12:20,
24:24, 73:22, 76:24,
116:3, 116:10,
117:24, 122:19,
141:9
**Mexico** [36] - 7:19,
8:8, 9:6, 9:9, 9:24,
10:9, 15:20, 16:16,
24:21, 28:18, 38:11,
86:24, 90:10, 90:13,
116:5, 116:15,
117:20, 118:18,
118:22, 119:12,
122:19, 140:24,
141:20, 147:15,
153:6, 159:16,
162:24, 163:23,
165:20, 166:3,
166:12, 167:8,
170:15, 172:23,
174:7
**Mexico-based** [1] -
9:9
**Meyer** [4] - 1:21,
176:3, 176:11,

176:11
**mi** [1] - 128:2
**Miami** [2] - 119:3,
136:14
**microphone** [1] -
172:10
**mid** [2] - 131:24
**mid-Feb** [1] - 131:24
**mid-Jan** [1] - 131:24
**middle** [5] - 18:16,
118:16, 119:8,
168:11, 168:12
**might** [14] - 11:9,
29:25, 38:4, 51:22,
86:4, 86:25, 87:8,
147:12, 163:19,
163:25, 165:3,
166:23, 169:24,
170:2
**Miguel** [1] - 19:3
**Miller** [2] - 115:18,
116:9
**Milley** [1] - 115:17
**million** [8] - 49:23,
49:24, 51:4, 51:6,
63:2, 120:1, 134:18,
172:3
**mind** [3] - 14:8, 18:23,
57:12
**mine** [7] - 23:5, 29:12,
31:18, 35:14, 36:6,
100:18, 101:4
**Ministerio** [1] - 72:10
**ministry** [2] - 72:21,
73:2
**minute** [6] - 57:19,
58:2, 148:9, 151:5,
154:25, 155:9
**minutes** [16] - 55:25,
87:17, 152:9,
154:10, 154:19,
154:20, 157:4,
157:25, 161:21,
165:14, 166:4,
167:13, 170:16,
172:8, 172:15, 175:4
**misspoke** [1] - 112:25
**mistaken** [1] - 168:24
**MLAT** [3] - 70:5, 71:2,
79:7
**mocoso** [1] - 168:23
**moment** [2] - 111:11,
115:1
**Monday** [6] - 21:6,
21:19, 42:22, 93:20,
93:22, 106:21
**monetary** [1] - 23:22
**money** [28] - 11:11,
16:16, 19:19, 20:2,
28:13, 36:16, 37:15,

38:12, 40:10, 41:18,
49:21, 61:24, 94:15,
121:9, 123:17,
125:20, 129:21,
130:11, 139:8,
139:18, 139:25,
140:6, 161:2,
171:20, 171:23,
171:24
**monitor** [1] - 21:12
**month** [1] - 143:25
**morning** [26] - 3:10,
3:13, 3:14, 3:16, 6:3,
6:4, 6:10, 6:11, 22:5,
38:20, 40:3, 40:16,
44:12, 45:8, 45:9,
47:20, 54:13, 54:14,
55:6, 55:7, 55:9,
55:10, 55:12, 55:15,
55:17
**most** [4] - 5:16, 39:2,
114:21, 166:2
**move** [32] - 17:19,
20:17, 23:5, 25:22,
27:14, 33:12, 36:21,
39:20, 40:12, 41:11,
42:10, 43:17, 45:4,
46:21, 48:4, 48:23,
49:7, 49:13, 51:12,
53:3, 53:20, 55:2,
56:6, 64:11, 65:21,
90:12, 93:21, 114:4,
119:24, 128:15,
155:4, 170:16
**moved** [1] - 59:6
**moving** [19] - 17:20,
21:25, 23:24, 28:21,
31:12, 34:19, 35:10,
47:16, 50:1, 55:1,
69:18, 76:3, 139:11,
139:14, 140:6,
140:14, 141:19,
154:19, 159:18
**multi** [1] - 118:21
**multi-hundred** [1] -
118:21
**multiple** [8] - 9:18,
10:3, 10:15, 29:23,
29:24, 30:1, 58:17,
82:13
**multiply** [1] - 172:2
**mutual** [1] - 78:6

### N

**N-o-e** [2] - 147:2,
147:3
**name** [15] - 6:18, 6:22,
33:18, 33:19, 33:21,
33:22, 33:23, 45:23,
59:24, 119:17,

120:5, 136:8,
145:14, 146:9
**name's** [1] - 70:14
**names** [3] - 14:9,
130:8, 146:14
**Nan** [3] - 38:19, 39:10,
44:18
**Nancy** [5] - 1:21,
57:23, 176:3,
176:11, 176:11
**narco** [3] - 138:19,
138:20, 142:16
**Narcotic** [1] - 1:14
**narcotic** [1] - 141:12
**narcotics** [15] - 7:24,
9:9, 9:16, 11:7,
23:11, 23:20, 28:13,
30:4, 30:6, 32:16,
72:7, 90:12, 102:25,
138:17, 173:11
**narrow** [1] - 152:20
**nationals** [2] - 146:18
**natural** [1] - 174:9
**nature** [4] - 24:13,
52:5, 120:16, 132:25
**near** [1] - 59:5
**need** [14] - 5:9, 26:12,
46:19, 49:11, 49:23,
54:18, 54:21, 57:22,
98:6, 112:14, 114:1,
129:21, 165:3, 175:5
**needed** [2] - 134:6,
165:1
**needs** [6] - 20:3, 51:5,
129:10, 152:5,
159:13, 167:24
**negotiated** [3] - 4:15,
4:19
**negotiating** [2] -
123:4, 174:6
**negotiation** [4] -
124:13, 157:14,
161:16, 169:6
**negotiations** [5] -
157:11, 160:23,
161:16, 167:20,
167:25
**network** [2] - 133:16,
133:19
**never** [2] - 124:25,
146:3
**new** [4] - 51:18, 145:9,
146:6, 147:15
**New** [1] - 10:16
**news** [3] - 42:20, 46:7,
106:18
**next** [9] - 37:21, 41:11,
41:24, 50:16, 93:8,
93:21, 119:7,
123:25, 155:4

**Nick** [1] - 13:25
**nickname** [1] - 168:23
**night** [9] - 21:10,
29:15, 29:16, 36:11,
40:16, 41:10, 44:13,
108:6, 130:2
**nine** [3] - 5:9, 7:2,
120:8
**Nissan** [2] - 59:8,
63:24
**Noe** [7] - 146:15,
147:1, 149:18,
150:20, 155:24,
156:23, 160:7
**noon** [1] - 55:13
**north** [2] - 71:9, 72:1
**Northeast** [1] - 1:14
**Northern** [1] - 10:15
**Northwest** [1] - 1:17,
1:23
**note** [2] - 27:23, 66:21
**NOTE** [1] - 163:5
**notes** [1] - 176:6
**nothing** [3] - 40:5,
103:18, 175:7
**number** [45] - 19:1,
19:15, 20:4, 20:9,
20:10, 20:13, 20:14,
29:5, 42:8, 43:18,
43:21, 43:22, 43:25,
49:16, 50:12, 50:15,
51:24, 52:14, 56:21,
56:24, 58:22, 58:24,
61:8, 61:10, 97:5,
99:23, 103:8, 104:5,
107:11, 128:10,
130:6, 130:8,
133:20, 133:24,
134:3, 134:4, 134:5,
134:8, 134:25,
135:4, 135:8,
135:12, 153:18,
173:24
**numbers** [10] - 14:1,
23:15, 28:3, 61:4,
87:8, 98:25, 101:20,
101:23, 153:12,
153:17
**numerous** [1] - 133:7

### O

**oath** [1] - 88:13
**Oath** [4] - 3:3, 6:7,
88:8, 136:1
**object** [6] - 4:17, 4:21,
4:24, 19:11, 19:13,
151:21
**objection** [29] - 16:19,
17:24, 19:11, 19:20,

21:15, 22:20, 23:9,
23:18, 24:15, 25:16,
26:19, 27:8, 28:9,
30:3, 30:15, 30:18,
45:15, 57:5, 60:20,
65:14, 92:13, 92:17,
130:16, 132:12,
133:25, 153:24,
161:11, 162:16,
165:6
**obtain** [2] - 5:7, 72:10
**obtained** [3] - 52:3,
58:23, 127:3
**obviously** [1] - 169:21
**occupants** [6] - 59:19,
72:14, 73:16, 73:19,
73:23, 78:4
**occur** [1] - 139:23
**occurred** [17] - 13:1,
51:21, 53:8, 58:9,
58:11, 60:1, 68:17,
69:23, 70:23, 72:4,
73:6, 119:24,
127:10, 127:14,
144:15, 147:22,
165:19
**occurring** [8] - 38:4,
38:5, 51:17, 74:24,
110:17, 128:8,
130:10, 158:12
**October** [2] - 82:11,
145:8, 147:12,
148:8, 155:17,
164:13
**OF** [3] - 1:1, 1:13,
176:1
**offender** [3] - 3:20,
5:1, 5:2
**offense** [1] - 3:21
**offenses** [1] - 7:21
**offer** [2] - 22:16, 41:13
**offered** [3] - 61:17,
97:20, 126:20
**offering** [2] - 163:21,
169:8
**office** [6] - 15:1,
18:25, 148:12,
156:5, 169:19, 171:2
**Office** [3] - 7:4, 7:6,
7:14
**officer** [2] - 74:4,
77:12
**Officer** [2] - 74:25,
77:17
**officers** [3] - 61:15,
61:19, 70:14
**offices** [1] - 156:5
**OFFICIAL** [1] - 176:1
**Official** [2] - 1:21,
176:12

**often** [2] - 25:12,
67:10
**old** [1] - 92:2
**older** [1] - 92:5
**once** [28] - 25:20,
32:1, 36:2, 42:4,
72:13, 87:23, 94:19,
95:14, 98:4, 98:9,
99:2, 99:6, 100:12,
100:19, 100:25,
101:12, 102:2,
102:6, 103:11,
105:5, 105:18,
107:14, 109:13,
110:7, 111:7,
113:17, 114:7, 142:9
**one** [76] - 8:24, 18:6,
18:14, 26:8, 29:6,
29:7, 31:4, 31:10,
34:8, 34:22, 36:7,
40:3, 43:22, 50:4,
50:17, 50:20, 52:18,
54:19, 54:21, 54:22,
55:7, 56:7, 57:15,
59:21, 61:21, 67:19,
67:23, 68:23, 70:14,
70:17, 73:6, 75:7,
75:23, 86:9, 89:19,
90:1, 97:1, 97:16,
97:20, 99:10, 99:25,
102:15, 105:11,
106:17, 108:5,
108:18, 108:22,
109:21, 111:11,
111:17, 112:24,
113:9, 113:25,
115:1, 116:19,
117:10, 122:10,
124:18, 125:11,
138:1, 138:24,
140:23, 149:10,
149:20, 160:9,
165:10, 166:1,
166:2, 173:1, 174:19
**One** [1] - 103:16
**ones** [4] - 39:15,
39:16, 151:23,
157:24
**op** [1] - 14:6
**open** [1] - 86:3
**opened** [3] - 60:6,
72:14, 72:17
**operating** [1] - 8:14
**operation** [3] - 70:12,
70:17, 71:21
**operations** [3] - 139:3,
139:6, 153:10
**opinion** [1] - 95:1
**opportunity** [3] -
16:24, 19:4, 117:15

**orange** [2] - 11:21, 145:21
**order** [4] - 48:17, 104:12, 117:23, 117:24
**organization** [8] - 122:20, 123:21, 132:3, 132:5, 132:8, 132:10, 132:23, 133:5
**organizations** [10] - 7:24, 8:14, 9:8, 118:20, 133:3, 138:25, 140:9, 140:12
**organized** [2] - 7:15, 39:3
**organizer** [1] - 4:19
**original** [1] - 18:14
**originally** [1] - 43:22
**Oscar** [1] - 70:15
**ought** [1] - 36:5
**outside** [2] - 72:6, 76:17
**overall** [3] - 4:13, 41:20, 145:21
**overruled** [2] - 60:21, 130:17
**overview** [1] - 12:22
**Ovidio** [1] - 10:9
**owes** [1] - 36:20
**own** [4] - 55:20, 90:12, 123:22, 165:9
**owner** [5] - 59:1, 59:9, 76:2, 159:1, 159:14
**owns** [1] - 33:1

**P**

**p.m** [2] - 26:4, 175:11
**pace** [1] - 87:21
**packaged** [1] - 77:22
**packages** [6] - 77:18, 79:10, 79:20, 79:25, 80:2, 80:5
**packaging** [2] - 67:11, 69:16
**page** [14] - 3:17, 22:24, 23:13, 24:12, 26:15, 37:21, 41:11, 79:3, 98:21, 104:6, 118:9, 119:7, 131:20
**PAGE** [1] - 2:2
**paid** [8] - 35:17, 37:4, 42:23, 101:6, 106:22, 124:23, 164:10, 173:7
**Panama** [3] - 139:20, 142:14, 142:15
**paneling** [6] - 72:19,

72:22, 72:23, 74:25, 75:8, 75:15
**paper** [3] - 55:7, 61:4, 64:6
**par** [1] - 162:24
**paragraph** [10] - 116:25, 117:5, 117:9, 117:13, 118:15, 118:16, 119:7, 122:10
**paragraphs** [1] - 117:6
**paralegal** [2] - 14:11, 18:4
**parentheses** [1] - 53:2
**part** [7] - 131:9, 132:2, 132:5, 132:7, 133:5, 137:20, 171:18
**Partially** [2] - 1:5, 1:8
**participants** [3] - 16:10, 18:21, 20:24
**particular** [8] - 51:22, 62:6, 91:17, 95:25, 129:16, 133:5, 134:8, 140:14
**parties** [1] - 5:13
**partners** [1] - 166:1
**partnership** [1] - 167:10
**passed** [5] - 20:4, 20:10, 43:22, 51:25, 58:22
**passenger** [1] - 73:24
**passport** [4] - 76:15, 76:17, 77:3, 91:21
**passports** [1] - 73:22
**Paul** [5] - 81:5, 81:12, 123:10, 142:20, 142:25
**pause** [7] - 151:7, 151:17, 154:13, 159:9, 164:21, 170:20, 172:7
**pay** [12] - 31:11, 36:9, 37:15, 37:23, 43:1, 44:6, 50:25, 107:2, 125:1, 161:19, 169:10, 170:7
**payment** [7] - 37:3, 105:23, 159:12, 169:7, 170:13, 170:14, 174:5
**payments** [8] - 42:4, 43:15, 105:18, 106:8, 159:16, 169:11, 171:4, 171:9
**pays** [2] - 153:23, 154:4
**pending** [3] - 31:22, 50:25, 55:11
**people** [20] - 11:5,

11:11, 28:11, 30:2, 30:6, 30:8, 38:21, 39:18, 40:1, 70:18, 91:9, 102:19, 103:21, 110:16, 130:14, 130:15, 132:18, 148:5, 153:8, 165:22
**per** [11] - 24:18, 24:19, 25:9, 41:22, 44:5, 104:18, 104:23, 141:16, 167:20, 167:23, 171:10
**percent** [4] - 45:11, 108:24, 163:18, 172:24
**percentage** [3] - 162:23, 163:1, 163:17
**Perez** [157] - 1:6, 3:7, 3:15, 4:10, 11:14, 11:21, 12:14, 12:23, 13:4, 13:5, 15:14, 15:24, 15:25, 16:4, 16:12, 16:17, 34:9, 52:10, 52:15, 56:9, 69:24, 73:25, 74:9, 74:10, 74:16, 76:15, 81:15, 81:23, 89:15, 90:20, 90:23, 91:13, 92:6, 93:14, 93:21, 93:24, 94:2, 94:10, 94:19, 94:25, 95:10, 95:14, 96:23, 97:5, 97:12, 97:15, 97:18, 97:24, 98:5, 98:9, 98:14, 98:16, 98:22, 98:23, 99:2, 99:11, 99:17, 100:4, 100:6, 100:13, 100:16, 100:19, 101:1, 101:3, 101:12, 101:17, 102:2, 102:6, 102:16, 102:18, 102:24, 103:6, 103:8, 103:11, 103:14, 103:16, 103:21, 104:3, 104:6, 104:11, 104:21, 104:25, 105:4, 105:14, 105:17, 105:23, 106:1, 106:7, 106:15, 106:17, 107:1, 107:5, 107:14, 107:17, 107:20, 108:3, 108:5, 108:11, 108:19, 108:22, 109:1, 109:3, 109:5,

109:13, 109:18, 109:22, 110:1, 110:6, 110:14, 111:3, 111:7, 111:15, 111:21, 111:24, 112:3, 112:19, 113:9, 113:17, 113:25, 114:7, 114:16, 114:22, 116:6, 116:10, 117:20, 117:25, 118:17, 118:18, 118:22, 119:10, 119:20, 121:2, 121:5, 121:9, 122:12, 122:23, 123:5, 123:13, 123:16, 124:3, 124:13, 125:8, 125:17, 126:14, 126:20, 127:4, 133:15, 133:19, 135:3, 135:8, 135:11, 145:15, 145:25
**Perez's** [3] - 4:14, 119:1, 119:21
**perfect** [4] - 46:12, 48:19, 54:10, 55:18
**perhaps** [3] - 101:21, 151:24, 168:8
**period** [2] - 13:9, 16:8
**permission** [2] - 95:2, 113:17
**person** [27] - 9:11, 9:13, 11:20, 11:22, 22:6, 47:3, 59:22, 61:3, 86:25, 88:25, 94:14, 95:25, 110:3, 118:7, 123:21, 132:4, 134:17, 144:2, 144:7, 144:23, 144:25, 145:17, 146:1, 146:6, 147:15, 155:25, 171:9
**person's** [1] - 145:14
**personal** [1] - 19:8
**personnel** [3] - 87:5, 90:4, 153:13
**pertinence** [1] - 41:20
**pertinent** [9] - 13:10, 14:17, 15:13, 16:3, 16:14, 51:22, 52:3, 69:22, 131:22
**peso** [1] - 25:6
**pesos** [5] - 22:7, 23:21, 24:24, 25:2, 25:4
**phone** [28] - 19:15,

20:10, 43:25, 58:24, 58:25, 59:1, 59:3, 60:4, 61:4, 61:6, 61:7, 61:8, 78:4, 110:12, 121:5, 128:10, 130:8, 133:20, 133:24, 134:3, 134:4, 134:5, 134:8, 134:25, 135:1, 135:8, 144:13
**phones** [3] - 64:4, 121:2, 144:11
**photo** [5] - 64:13, 64:23, 75:23, 77:7, 77:12
**photograph** [3] - 67:24, 74:4, 149:7
**photographed** [1] - 73:7
**photographs** [4] - 63:8, 71:1, 74:1, 149:1
**photos** [1] - 14:20
**physical** [5] - 13:14, 17:3, 58:24, 133:14, 134:10
**pick** [2] - 59:7, 98:17
**picked** [5] - 27:20, 28:12, 98:15, 110:15, 143:12
**pickup** [1] - 16:16
**picture** [3] - 64:9, 74:24, 75:20
**pictures** [1] - 120:16
**piece** [2] - 61:4, 64:6
**pilot** [1] - 173:1
**pilots** [1] - 172:25
**PIN** [11] - 29:20, 29:23, 30:7, 45:21, 51:19, 56:19, 56:21, 56:24, 57:16, 127:8
**ping** [5] - 20:13, 33:20, 58:23, 59:6, 134:9
**PINs** [5] - 29:23, 30:1, 30:4, 30:8, 57:10
**Place** [5] - 59:4, 61:20, 62:7, 64:15, 64:21
**place** [2] - 13:11, 165:13
**placed** [2] - 59:14, 73:9
**places** [2] - 25:13, 171:22
**plain** [1] - 61:24
**Plaintiff** [1] - 1:4
**plan** [3] - 5:18, 172:22, 173:8
**plane** [2] - 172:20, 173:5

**planes** [1] - 139:12

**planned** [2] - 26:21, 32:6

**planning** [2] - 4:8, 87:16

**plans** [1] - 122:12

**plastic** [2] - 65:9, 65:18

**plate** [2] - 71:10, 74:21

**play** [6] - 29:11, 100:18, 100:21

**play-by-play** [3] - 29:11, 100:18, 100:21

**played** [21] - 151:6, 151:16, 154:12, 154:21, 157:6, 158:1, 159:8, 159:19, 161:23, 162:9, 164:4, 164:20, 165:16, 166:5, 167:15, 168:17, 169:2, 170:19, 171:14, 172:6, 174:1

**player** [2] - 151:5, 154:19

**players** [2] - 89:6, 89:7

**playing** [3] - 152:6, 153:2

**plaza** [9] - 10:18, 10:24, 10:25, 11:9, 55:18, 86:23, 87:1, 87:4

**PLAZA** [1] - 10:25

**plea** [1] - 137:20

**plead** [2] - 137:6, 137:8

**pleaded** [1] - 136:15

**pleased** [1] - 46:7

**pled** [1] - 4:15

**plural** [4] - 44:18, 47:6, 111:2, 130:21

**plus** [1] - 36:7

**plus-3** [2] - 3:22, 4:10

**plus-4** [1] - 4:2

**pocket** [2] - 61:5, 64:7

**podium** [1] - 3:8

**point** [23] - 3:19, 5:1, 5:2, 11:18, 60:12, 61:18, 62:3, 72:9, 72:12, 72:21, 86:5, 104:5, 115:8, 116:24, 138:24, 139:21, 139:23, 142:2, 145:19, 157:9, 166:15, 169:23, 174:9

**police** [2] - 14:19, 70:25

**poor** [3] - 163:19, 163:22, 163:24

**poor-quality** [1] - 163:24

**portion** [16] - 31:3, 79:7, 115:9, 115:13, 116:1, 116:2, 128:11, 153:4, 158:5, 159:11, 162:2, 165:19, 166:8, 167:3, 169:5, 172:19

**portions** [7] - 116:25, 117:7, 117:8, 152:14, 152:20, 157:3, 166:24

**pose** [2] - 126:25

**position** [5] - 4:1, 4:10, 7:8, 162:18, 168:3

**positive** [2] - 68:21, 73:14

**possession** [2] - 69:1, 69:3

**possible** [4] - 4:3, 43:15, 97:13, 148:11

**potential** [2] - 145:10, 145:12

**power** [1] - 9:8

**preadmit** [2] - 17:4, 17:19

**preceded** [1] - 58:20

**precedent** [1] - 154:16

**preparation** [1] - 91:3

**preparations** [2] - 13:16, 70:1

**prepare** [1] - 143:7

**prepared** [1] - 164:11

**presence** [2] - 72:6, 73:14

**Present** [1] - 1:18

**present** [8] - 3:15, 4:3, 4:12, 5:22, 13:20, 70:7, 117:24, 148:5

**presentation** [1] - 87:19

**press** [1] - 57:21

**presumptively** [1] - 73:14

**preview** [2] - 29:10, 100:17

**previous** [8] - 25:1, 34:22, 37:18, 50:11, 51:16, 93:13, 128:12, 156:6

**previously** [7] - 17:21, 43:19, 51:25, 65:23, 65:24, 65:25, 157:20

**price** [21] - 24:17, 24:21, 25:8, 25:9,

29:4, 31:1, 40:25, 41:13, 41:22, 42:22, 44:5, 49:23, 99:23, 104:8, 104:11, 104:12, 104:21, 105:5, 106:20, 169:12, 171:5

**prices** [6] - 148:11, 154:25, 159:3, 159:4, 171:3, 171:7

**primarily** [2] - 7:18, 9:16, 141:4

**primary** [1] - 16:10

**principal** [1] - 131:23

**principally** [1] - 140:12

**printed** [1] - 33:8

**prison** [1] - 15:21

**private** [1] - 173:11

**problem** [2] - 26:4, 35:4

**procedure** [1] - 92:15

**proceed** [1] - 24:3

**proceedings** [3] - 138:1, 152:4, 176:7

**Proceedings** [3] - 1:25, 86:3, 175:11

**process** [1] - 73:2

**procure** [3] - 118:20, 132:20, 133:9

**procured** [1] - 118:22

**produced** [2] - 1:25, 4:23

**product** [3] - 29:5, 30:25, 99:24

**prolong** [1] - 152:4

**promised** [1] - 138:13

**prompted** [2] - 71:4, 72:2

**prong** [1] - 13:8

**proof** [2] - 164:9, 164:10

**proposal** [5] - 100:5, 100:7, 101:14, 170:6, 170:10

**proposes** [1] - 170:12

**proposing** [1] - 170:7

**prosecutor** [2] - 142:20, 142:22

**prosecutor's** [1] - 15:1

**prosecutors** [1] - 137:24

**prospective** [1] - 147:17

**provide** [10] - 44:5, 120:9, 120:12, 120:14, 120:16, 120:18, 123:16, 153:12, 153:16,

172:25

**provided** [14] - 14:6, 14:11, 17:21, 52:7, 52:19, 56:21, 70:25, 71:10, 122:22, 125:17, 133:21, 135:4, 165:1, 165:3

**providing** [9] - 124:18, 130:8, 130:23, 135:12, 144:7, 144:22, 145:2, 161:1, 161:7

**provisions** [1] - 3:19

**public** [2] - 72:21, 73:2

**Publico** [1] - 72:10

**publish** [3] - 18:4, 52:17, 68:22

**pull** [9] - 78:13, 79:1, 86:8, 86:18, 127:20, 148:25, 155:13, 157:1

**pulled** [2] - 73:4, 76:6

**purchase** [4] - 16:22, 97:24, 123:14, 169:9

**purchased** [5] - 41:23, 157:20, 162:4, 162:7, 172:20

**purchases** [1] - 90:9

**purchasing** [2] - 148:19, 167:10

**purpose** [7] - 19:17, 50:10, 143:8, 143:10, 144:4, 147:13, 147:14

**putting** [1] - 91:18

## Q

**qualified** [1] - 25:17

**quality** [3] - 152:2, 163:14, 163:24

**Quantico** [1] - 7:12

**quantities** [9] - 118:21, 148:19, 148:21, 157:12, 159:4, 162:6, 165:11, 169:22, 173:6

**quantity** [2] - 161:1, 169:24

**Queen** [1] - 35:1

**questions** [11] - 46:20, 87:12, 98:10, 126:5, 127:16, 133:12, 133:13, 152:13, 152:21, 160:3, 160:18

**quick** [2] - 58:1, 68:23

## R

**raise** [2] - 6:6, 135:24

**Ramirez** [1] - 56:13

**Ramon** [2] - 42:18, 130:6

**random** [3] - 73:10, 73:12, 77:17

**Raquel** [1] - 1:19

**rather** [3] - 5:19, 152:22, 152:25

**raw** [3] - 38:22, 38:23, 102:19

**reaction** [6] - 110:15, 110:16, 126:8, 126:14, 126:20, 127:4

**read** [11] - 18:23, 19:12, 45:12, 50:4, 53:5, 56:7, 69:12, 115:25, 117:14, 131:16, 131:20

**ready** [23] - 5:22, 29:3, 29:13, 30:24, 36:6, 37:11, 37:23, 39:1, 39:24, 40:6, 44:14, 45:3, 47:7, 48:16, 54:17, 55:7, 93:13, 99:21, 103:9, 108:7, 111:3, 165:21, 172:13

**really** [5] - 21:8, 35:19, 46:7, 48:1, 101:9

**Realtime** [3] - 1:22, 176:4, 176:13

**rear** [1] - 59:16

**reason** [1] - 125:17

**reasons** [2] - 30:2, 30:6

**reassure** [1] - 39:4

**rebut** [1] - 4:9

**receipt** [2] - 16:16, 130:11

**receive** [8] - 7:10, 40:1, 44:7, 62:1, 78:10, 81:18, 138:6, 160:24

**received** [10] - 9:6, 21:13, 21:17, 72:13, 81:21, 82:14, 122:13, 128:11, 138:4, 162:6

**receiving** [3] - 16:15, 140:1, 141:4

**Recess** [3] - 58:4, 88:6, 155:10

**recognize** [8] - 17:9, 20:5, 56:8, 69:5, 78:16, 78:20, 79:6, 149:2

**recollection** [1] - 152:5
**record** [4] - 3:9, 6:22, 82:22, 136:9
**recorded** [2] - 82:7, 147:24
**recording** [22] - 151:6, 151:16, 151:23, 154:12, 154:21, 157:6, 158:1, 159:8, 159:19, 161:23, 162:9, 164:4, 164:20, 165:16, 166:5, 167:15, 168:17, 169:2, 170:19, 171:14, 172:6, 174:1
**recordings** [12] - 13:5, 81:22, 81:25, 82:19, 82:23, 144:15, 145:5, 146:5, 148:2, 148:4, 151:2
**recover** [1] - 134:15
**recovered** [10] - 61:2, 61:7, 62:13, 62:15, 62:16, 72:24, 79:23, 133:14, 134:16
**Recross** [1] - 2:6
**RECROSS** [1] - 134:23
**Recross-Examination** [1] - 2:6
**RECROSS-EXAMINATION** [1] - 134:23
**Redirect** [1] - 2:5
**REDIRECT** [1] - 126:3
**reduced** [1] - 137:18
**refer** [1] - 128:16
**reference** [9] - 25:2, 26:18, 27:4, 34:4, 38:10, 89:19, 113:12, 116:6, 166:14
**referenced** [1] - 131:13
**references** [1] - 165:24
**referred** [1] - 168:23
**referring** [5] - 103:19, 115:13, 127:23, 128:1, 154:6
**refers** [3] - 32:15, 35:7, 119:15
**refreshed** [1] - 152:5
**regarded** [1] - 51:24
**regarding** [5] - 4:23, 71:8, 86:23, 145:6, 163:16

**regardless** [1] - 11:24
**region** [2] - 10:22, 58:9
**regions** [1] - 8:15
**registered** [3] - 166:17, 173:8
**Registered** [3] - 1:22, 176:3, 176:12
**registers** [1] - 166:25
**registration** [1] - 76:19
**Reina** [3] - 35:1, 35:6, 35:7
**Reines** [1] - 14:5
**related** [2] - 14:2, 91:20
**relates** [2] - 9:5, 41:21
**relation** [4] - 18:8, 78:7, 128:8, 161:2
**relationship** [11] - 26:7, 97:11, 97:12, 129:1, 129:3, 146:11, 146:13, 150:9, 160:4, 160:11
**relationships** [1] - 103:22
**relax** [1] - 108:13
**released** [1] - 137:16
**relevant** [2] - 4:17, 4:18
**remain** [1] - 55:1
**remainder** [2] - 125:4, 170:14
**remaining** [3] - 39:24, 103:8, 170:11
**remember** [2] - 153:20, 173:3
**remind** [1] - 88:12
**remove** [1] - 75:15
**removed** [5] - 63:22, 73:8, 75:6, 75:14, 77:8
**removing** [2] - 72:22, 74:25
**rendition** [3] - 163:3, 163:8, 163:11
**repeat** [7] - 144:6, 146:24, 153:15, 158:6, 161:4, 165:4, 168:5
**rephrase** [3] - 53:5, 165:5, 165:7
**replace** [2] - 32:4, 32:7
**replay** [1] - 153:21
**replies** [1] - 98:23
**report** [4] - 69:8, 69:13, 79:8, 105:6
**reported** [1] - 1:25
**reporter** [1] - 14:9

**Reporter** [8] - 1:21, 1:22, 1:22, 176:3, 176:4, 176:12, 176:12, 176:13
**REPORTER** [3] - 14:11, 58:1, 176:1
**REPORTER'S** [1] - 163:5
**reporting** [4] - 28:5, 99:3, 103:14, 129:23
**reports** [3] - 14:18, 14:19, 70:25
**representative** [2] - 81:9, 159:14
**request** [5] - 51:18, 61:24, 78:6, 78:10, 117:17
**requested** [1] - 147:6
**requesting** [1] - 101:22
**reside** [1] - 136:13
**residence** [9] - 59:13, 62:4, 64:14, 64:15, 64:21, 64:24, 134:17, 143:16, 144:16
**resources** [2] - 11:6, 11:9
**respect** [17] - 3:25, 12:18, 68:17, 70:23, 94:12, 122:1, 126:7, 127:13, 129:3, 134:8, 134:25, 138:5, 153:12, 163:14, 168:3, 170:6, 170:11
**respecting** [1] - 168:14
**responds** [6] - 96:7, 97:22, 104:15, 108:8, 111:24, 114:11
**response** [7] - 19:25, 41:15, 50:13, 78:10, 78:22, 79:7, 126:21
**responsibilities** [2] - 7:13, 140:3
**responsible** [1] - 144:4
**rest** [2] - 21:10, 169:11
**result** [5] - 58:17, 58:21, 68:20, 71:12, 73:12
**resulted** [2] - 13:3, 89:3
**resulting** [1] - 58:20
**results** [2] - 69:13, 69:14
**resume** [2] - 87:18, 174:13
**resumed** [1] - 144:19

**retire** [1] - 142:16
**returned** [3] - 143:6, 143:15, 143:20
**returning** [1] - 88:4
**reveal** [1] - 75:1
**review** [13] - 16:24, 19:5, 19:7, 21:11, 52:11, 81:24, 82:13, 110:18, 115:9, 117:2, 117:15, 148:2, 151:1
**reviewed** [5] - 89:19, 91:3, 94:6, 114:15, 114:22
**Ricky** [1] - 72:5
**rise** [1] - 4:2
**risks** [1] - 159:15
**role** [12] - 3:21, 3:25, 4:2, 34:7, 81:13, 81:14, 118:25, 132:11, 139:5, 139:21, 140:6, 160:19
**roles** [2] - 13:22, 70:11
**Rolex** [5] - 66:19, 67:23, 68:6, 121:14, 157:24
**room** [2] - 149:5, 149:12, 155:21
**Rossell** [6] - 2:6, 119:9, 119:15, 122:11, 122:21, 136:10
**roughly** [7] - 157:12, 170:17, 171:12, 172:5, 172:15, 173:22, 175:2
**routes** [1] - 8:17
**routing** [1] - 50:14
**RR** [5] - 66:25, 68:10, 68:13, 68:24, 121:14
**Rudolph** [1] - 1:9
**Rule** [1] - 137:19
**run** [1] - 14:7
**running** [1] - 13:14

**S**

**safe** [1] - 61:22
**safety** [1] - 3:20
**sakes** [1] - 91:9
**sale** [3] - 122:21, 148:12, 162:25
**sales** [2] - 30:7, 171:2
**Salvador** [2] - 71:9, 71:15
**sample** [1] - 48:17
**samples** [1] - 73:10
**sampling** [1] - 77:17

**San** [24] - 12:9, 12:16, 12:17, 12:24, 13:1, 13:13, 13:15, 13:24, 14:18, 14:21, 17:13, 19:5, 20:13, 52:2, 58:13, 58:22, 60:12, 61:13, 62:8, 62:20, 62:25, 67:18, 121:7, 133:14
**Sanchez** [14] - 15:17, 15:18, 59:25, 60:4, 61:15, 62:18, 63:24, 64:1, 89:10, 90:1, 91:13, 133:22, 134:13, 134:16
**Sanchez's** [4] - 61:3, 61:19, 64:6, 134:17
**save** [1] - 17:5
**saw** [2] - 55:2, 171:19
**scale** [1] - 90:16
**scene** [5] - 61:24, 70:18, 72:5, 73:3, 77:7
**screen** [5] - 79:14, 92:25, 149:16, 150:4, 152:8
**screenshots** [1] - 52:7
**SDCA** [1] - 131:22
**sea** [2] - 141:3, 141:25
**SEALED** [3] - 1:5, 1:8, 83:3
**search** [11] - 12:25, 14:19, 58:17, 60:3, 61:3, 61:25, 62:1, 62:4, 64:3, 66:8, 72:10
**searched** [4] - 62:7, 62:10, 62:11, 120:22
**searches** [1] - 67:18
**seat** [1] - 59:14
**seated** [1] - 136:3
**second** [12] - 22:24, 59:17, 87:22, 98:21, 104:6, 116:20, 119:17, 119:23, 131:20, 155:19, 172:7, 174:2
**seconds** [11] - 154:10, 154:20, 157:5, 157:25, 162:8, 165:15, 166:4, 167:13, 170:17, 172:8, 172:15
**Section** [1] - 1:14
**secure** [1] - 153:7
**secured** [2] - 89:1, 172:24
**security** [9] - 61:20, 143:17, 153:7, 153:10, 153:13,

153:19, 154:3, 154:5, 159:24
**see** [28] - 11:16, 17:14, 33:5, 43:3, 44:18, 45:10, 48:18, 50:25, 54:1, 55:21, 67:6, 71:15, 74:24, 75:8, 75:20, 75:24, 77:6, 95:20, 105:1, 107:18, 108:23, 109:2, 118:23, 119:13, 138:25, 145:17, 166:21, 173:2
**seeing** [1] - 156:2
**seeking** [3] - 3:21, 5:1, 5:2
**segment** [7] - 154:24, 162:12, 164:23, 168:20, 169:23, 170:23, 174:4
**segue** [1] - 57:22
**seized** [7] - 14:4, 62:24, 67:17, 120:2, 120:5, 120:21, 121:11
**seizure** [12] - 13:1, 13:4, 69:25, 70:2, 79:9, 119:25, 121:9, 121:17, 121:18, 122:2, 127:5, 127:11
**seizures** [11] - 14:20, 51:23, 58:20, 68:17, 119:24, 121:7, 126:8, 126:15, 126:21, 126:23, 133:22
**self** [5] - 136:19, 136:20, 136:21, 136:25, 142:2
**self-surrender** [3] - 136:19, 136:21, 142:2
**self-surrendered** [2] - 136:20, 136:25
**sell** [9] - 24:17, 95:24, 96:4, 96:9, 104:21, 132:22, 146:17, 158:18, 163:24
**selling** [4] - 24:4, 95:22, 96:9, 171:8
**sells** [1] - 163:20
**semisubmersibles** [1] - 8:21
**send** [14] - 18:25, 35:15, 36:16, 42:6, 42:7, 45:10, 48:16, 48:17, 49:15, 50:12, 106:5, 108:23, 109:2, 140:2

**Sending** [1] - 101:17
**sending** [4] - 19:2, 35:22, 37:12, 38:8
**sends** [1] - 130:5
**sense** [3] - 87:7, 87:17, 148:18
**sensitive** [1] - 71:13
**Sensitive** [4] - 12:13, 70:13, 71:1, 71:5
**sent** [4] - 19:18, 53:12, 131:10, 172:23
**sentence** [2] - 137:14, 137:18
**sentenced** [2] - 137:10, 137:12
**sentences** [1] - 9:18
**sentencing** [2] - 5:17, 138:5
**separate** [1] - 5:20
**September** [1] - 10:10
**series** [3] - 22:17, 23:7, 56:22
**serve** [1] - 137:16
**served** [1] - 93:12
**service** [10] - 22:5, 22:15, 27:19, 29:1, 37:1, 44:12, 52:25, 53:15, 129:8, 129:9
**serving** [1] - 9:18
**set** [10] - 26:24, 42:22, 44:4, 51:11, 70:16, 81:15, 87:25, 106:20, 147:14, 171:7
**setting** [1] - 154:16
**Seventh** [1] - 1:17
**several** [2] - 120:4, 131:22
**shall** [1] - 55:18
**shares** [1] - 172:23
**Sheriff's** [14] - 12:10, 13:2, 13:15, 13:24, 14:19, 14:21, 58:13, 58:23, 60:12, 61:14, 62:8, 62:20, 62:25, 63:15
**shift** [1] - 46:16
**shipment** [14] - 23:11, 141:21, 154:17, 158:8, 162:4, 162:7, 162:14, 166:12, 167:7, 169:6, 170:5, 170:7, 170:25, 174:6
**shipments** [14] - 8:25, 140:6, 141:4, 141:15, 141:18, 141:24, 145:6, 153:18, 154:5, 158:22, 159:2, 168:13, 169:22,

173:12
**shipped** [1] - 169:20
**shipping** [1] - 8:21
**shirt** [1] - 149:14
**shopping** [2] - 116:3, 116:12
**short** [1] - 160:8
**shorter** [1] - 152:12
**show** [9] - 63:8, 69:14, 74:1, 112:6, 112:7, 115:3, 115:7, 116:17, 157:3
**showed** [1] - 113:13
**showing** [2] - 63:10, 63:16
**sic** [4] - 40:5, 42:25, 48:17, 103:18
**side** [14] - 13:17, 39:4, 67:7, 73:4, 75:6, 75:9, 75:15, 75:21, 76:7, 76:8, 76:10, 77:13, 78:7, 119:2
**sides** [3] - 75:7, 75:14, 75:18
**sight** [1] - 61:24
**signature** [1] - 164:9
**signed** [1] - 118:10
**significance** [6] - 20:9, 21:12, 22:17, 23:7, 75:19, 134:3
**significant** [5] - 15:23, 43:12, 58:8, 61:6, 140:21
**signify** [1] - 133:4
**signs** [1] - 75:20
**Sinaloa** [6] - 9:14, 9:15, 9:22, 10:6, 90:4, 118:18
**singer** [1] - 50:5
**sit** [2] - 36:2, 102:2
**sitting** [2] - 89:15, 155:25
**SIU** [1] - 71:18, 71:20, 71:23, 72:9, 72:10, 72:20, 73:2, 73:16, 74:4, 74:10, 75:14
**six** [2] - 141:16, 169:20
**size** [1] - 141:18
**skip** [1] - 67:19
**slow** [1] - 46:9
**slower** [3] - 87:20, 162:25, 163:21
**small** [2] - 165:10, 165:12
**smaller** [1] - 87:3
**smell** [1] - 67:9
**smoke** [7] - 36:8, 37:12, 38:9, 49:14, 55:10, 114:4

**smoker** [1] - 39:3
**sold** [7] - 22:6, 25:21, 37:19, 39:18, 39:19, 81:15, 94:15
**someone** [9] - 19:15, 30:17, 34:1, 105:22, 125:12, 132:1, 132:2, 132:10, 166:20
**sometimes** [7] - 87:2, 87:3, 128:3, 132:6, 163:18
**somewhere** [2] - 50:12, 59:4
**son** [1] - 10:9
**sons** [1] - 10:5
**soon** [8] - 31:21, 37:5, 43:2, 44:22, 46:6, 107:18, 107:20, 108:12
**sooner** [1] - 152:21
**sorry** [16] - 6:13, 8:7, 19:25, 22:19, 24:1, 34:13, 40:19, 71:22, 77:24, 92:14, 106:10, 117:12, 150:5, 156:18, 158:6, 161:8
**sort** [4] - 53:2, 132:11, 153:16, 166:24
**sotto** [1] - 163:5
**sought** [1] - 138:25
**sound** [3] - 54:9, 130:23, 173:15
**source** [4] - 122:13, 122:25, 123:2, 139:14
**sources** [4] - 14:14, 70:22, 116:4, 116:12
**South** [2] - 35:2, 140:13
**Southern** [17] - 10:16, 13:8, 13:12, 14:16, 15:2, 15:19, 18:7, 34:11, 34:17, 58:7, 80:25, 88:17, 116:5, 118:12, 126:8, 142:22
**Spanish** [4] - 18:14, 18:16, 86:15, 151:22
**speaking** [2] - 57:10, 154:4
**Special** [7] - 13:23, 14:5, 81:4, 81:12, 88:12, 134:20, 135:17
**special** [4] - 7:9, 7:14, 118:6, 142:25
**specialized** [2] - 7:10, 9:7

**specific** [7] - 10:22, 13:22, 15:13, 16:13, 82:10, 152:14, 152:20
**specifically** [7] - 9:6, 11:12, 12:18, 30:11, 58:7, 71:3, 131:13
**speculation** [1] - 30:20
**spell** [5] - 6:17, 6:22, 14:9, 67:4, 136:9
**spend** [1] - 127:21
**split** [1] - 51:5
**splitting** [2] - 33:10, 129:13
**sponsoring** [1] - 138:11
**staff** [1] - 57:22
**stage** [2] - 151:10, 151:12
**stamp** [5] - 33:2, 33:6, 68:10, 149:6, 155:16
**stamped** [1] - 66:19
**stand** [1] - 88:11
**standing** [2] - 30:15, 30:18
**stands** [4] - 125:17, 163:2, 163:7, 163:10
**start** [20] - 17:3, 28:3, 36:8, 37:11, 38:8, 42:9, 49:12, 49:23, 71:18, 74:2, 98:24, 114:2, 126:6, 149:1, 151:4, 151:5, 157:4, 164:19, 169:10, 170:14
**started** [1] - 59:5
**starting** [1] - 64:12
**starts** [2] - 93:2, 168:16
**state** [4] - 3:8, 6:22, 87:2, 136:8
**statement** [1] - 28:8
**STATES** [2] - 1:1, 1:13
**states** [1] - 96:11
**States** [36] - 1:3, 1:10, 3:6, 3:11, 9:16, 9:25, 10:10, 10:12, 25:15, 25:21, 28:20, 78:9, 80:22, 90:13, 117:21, 117:23, 118:1, 118:12, 118:23, 119:12, 122:20, 136:14, 136:16, 136:18, 136:22, 137:21, 138:6, 139:16, 140:25, 141:10, 142:2, 142:4, 142:18, 167:5,

167:9, 171:8
**status** [1] - 15:22
**steal** [2] - 154:17, 159:25
**stenograph** [1] - 176:6
**stenographer** [1] - 1:25
**STENOGRAPHIC** [1] - 176:1
**Stenographic** [1] - 1:21
**step** [2] - 3:8, 6:5
**steps** [2] - 61:13, 134:7
**still** [9] - 47:13, 68:5, 87:24, 88:12, 131:1, 132:5, 158:8, 163:24, 174:17
**still-wrapped** [1] - 68:5
**stipulate** [1] - 11:20
**stop** [24] - 58:15, 59:16, 59:17, 59:19, 60:2, 61:2, 61:12, 73:16, 87:17, 134:11, 154:22, 157:7, 158:2, 159:20, 161:24, 162:10, 164:5, 165:17, 166:6, 167:16, 168:18, 169:3, 171:15, 174:2
**stopped** [1] - 172:15
**stopping** [4] - 87:16, 161:24, 171:15, 172:8
**story** [1] - 151:13
**street** [2] - 73:5, 73:9
**Street** [8] - 1:14, 1:17, 59:12, 62:12, 62:16, 62:22, 66:9, 66:11
**strike** [3] - 98:4, 124:22, 125:7
**strips** [1] - 172:22
**strong** [1] - 67:9
**stuff** [1] - 67:11
**subject** [1] - 80:18
**submitted** [1] - 78:6
**subordinate** [1] - 87:5
**subscribed** [1] - 118:10
**subsequent** [2] - 113:6, 147:20
**subsequently** [1] - 15:21
**substance** [2] - 67:6, 79:23
**substances** [1] - 63:5
**subtitled** [3] - 82:24,

86:13, 164:17
**suggest** [1] - 169:24
**suggesting** [1] - 167:10
**suggests** [1] - 133:6
**suitcase** [1] - 66:6
**summarized** [1] - 79:7
**supervisor** [1] - 14:6
**supervisory** [1] - 118:6
**suppliers** [2] - 28:1, 98:22
**supply** [3] - 116:4, 116:12, 122:13
**support** [8] - 4:9, 26:9, 54:22, 97:23, 117:17, 130:23, 138:14, 159:23
**supporting** [1] - 139:2
**supposed** [1] - 161:19
**Sur** [3] - 35:1, 35:6, 35:7
**surrender** [5] - 136:19, 136:21, 137:2, 142:2, 143:7
**surrendered** [2] - 136:20, 136:25
**surveillance** [13] - 13:14, 20:14, 58:14, 58:25, 59:5, 59:7, 70:15, 70:16, 71:14, 71:21, 72:1, 134:9, 134:10
**Susana** [1] - 1:19
**suspected** [9] - 15:16, 64:14, 64:23, 65:1, 65:4, 65:6, 70:19, 73:1, 75:10
**sustained** [1] - 45:16
**swear** [1] - 136:2
**sweep** [1] - 61:21
**sworn** [1] - 118:10
**Sylvia** [1] - 14:2
**symbol** [4] - 40:21, 53:2, 53:19, 55:24

## T

**table** [1] - 161:10
**talks** [6] - 171:2, 171:3, 172:24, 173:5, 173:6, 173:7
**tapes** [1] - 151:21
**target** [3] - 15:15, 15:25, 87:21
**Target** [1] - 15:16
**targeted** [1] - 15:11
**Tarin** [1] - 14:3
**Tarin-Brousseau** [1] - 14:3

**team** [1] - 24:11
**technical** [1] - 172:12
**telephone** [4] - 50:15, 51:24, 58:22, 59:10
**telephones** [3] - 120:5, 120:9, 120:21
**ten** [5] - 58:2, 141:13, 155:9, 160:12, 173:10
**ten-minute** [2] - 58:2, 155:9
**term** [3] - 10:18, 10:23, 81:7
**terminology** [1] - 9:2
**terms** [4] - 18:13, 153:17, 160:19, 171:7
**territory** [6] - 11:4, 11:5, 86:25, 87:2, 87:9, 87:11
**test** [2] - 77:18, 79:17
**tested** [2] - 70:19, 77:23
**testified** [8] - 88:17, 88:22, 89:4, 97:1, 105:22, 119:25, 120:4, 121:11
**testify** [1] - 4:13
**testifying** [2] - 25:17, 138:1
**testimony** [4] - 4:9, 5:12, 91:3, 138:14
**testing** [3] - 14:4, 73:10, 73:13
**text** [1] - 15:10
**theirs** [1] - 173:1
**they've** [6] - 21:3, 37:9, 93:9, 93:12, 93:14, 107:2
**They've** [1] - 38:1
**thinks** [1] - 101:14
**third** [4] - 75:15, 94:23, 174:19, 174:21
**thoroughfare** [1] - 71:15
**thousand** [7] - 27:12, 44:6, 125:2, 169:8, 169:10, 170:8, 170:13
**three** [12] - 3:19, 10:8, 10:11, 37:10, 38:2, 38:4, 38:5, 38:7, 54:17, 59:2, 75:18, 160:7
**throughout** [2] - 29:22, 143:19
**Thursday** [1] - 23:2
**Tijuana** [2] - 28:16, 28:17

**timely** [1] - 140:1
**timing** [1] - 38:3
**tip** [7] - 71:8, 71:12, 71:17, 74:21, 122:3, 122:8, 123:3
**title** [1] - 7:8
**Title** [14] - 12:16, 12:24, 12:25, 13:13, 13:24, 14:7, 14:22, 14:23, 17:12, 58:21, 89:1, 89:3, 110:12, 110:19
**TJ** [10] - 27:21, 28:15, 36:8, 37:3, 37:4, 49:13, 49:15, 49:24, 114:3, 114:12
**TLLRS** [1] - 67:5
**today** [14] - 4:7, 11:16, 47:5, 53:16, 88:22, 89:4, 89:15, 91:12, 111:1, 130:21, 138:2, 138:14, 145:17, 155:1
**Today** [1] - 111:1
**together** [4] - 35:19, 101:8, 148:16, 166:11
**tomorrow** [17] - 22:7, 26:4, 26:11, 28:2, 36:1, 36:7, 37:6, 44:15, 53:17, 54:6, 55:12, 97:6, 98:6, 98:24, 108:7, 114:9
**ton** [6] - 27:7, 27:10, 31:7, 148:23, 169:7, 170:8
**tonight** [1] - 175:6
**tons** [4] - 171:21, 171:23, 171:25, 172:2
**took** [3] - 72:13, 123:25, 124:20
**top** [13] - 5:10, 28:6, 29:18, 32:12, 36:12, 37:13, 39:8, 44:24, 49:19, 69:10, 149:6, 155:25
**topic** [1] - 153:5
**topics** [3] - 57:21, 148:5, 158:4
**Torres** [1] - 118:11
**total** [10] - 17:16, 35:24, 60:13, 62:5, 62:24, 67:17, 69:14, 69:17, 79:10, 79:20
**touch** [1] - 149:16
**toward** [1] - 141:20
**track** [1] - 87:24
**tractor** [1] - 8:22
**traffic** [8] - 58:15,

59:16, 59:19, 60:2, 61:2, 61:12, 72:2, 134:11
**trafficker** [6] - 4:20, 34:16, 80:16, 90:16, 143:13, 156:4
**traffickers** [3] - 8:23, 9:3, 12:21
**trafficking** [32] - 7:18, 7:21, 7:23, 7:24, 8:10, 8:14, 8:17, 9:6, 9:9, 11:7, 81:6, 118:19, 119:11, 122:20, 125:11, 132:23, 133:3, 137:7, 138:17, 138:19, 138:21, 139:17, 140:9, 140:20, 140:21, 141:12, 142:16, 144:20, 147:15, 156:6, 169:21, 173:11
**traffics** [1] - 9:16
**trailers** [1] - 8:22
**training** [2] - 7:10, 9:7
**transaction** [6] - 157:15, 157:17, 158:12, 158:13, 161:2, 161:10
**transactions** [1] - 38:12
**transcribed** [1] - 152:19
**Transcript** [1] - 1:8
**transcript** [17] - 1:25, 86:9, 152:15, 152:17, 166:14, 166:15, 166:19, 166:23, 168:16, 170:18, 171:13, 171:16, 172:5, 172:16, 173:22, 176:5, 176:6
**transcription** [1] - 86:15
**transcripts** [1] - 164:16
**transfers** [1] - 170:15
**transition** [1] - 164:14
**transitioned** [1] - 140:6
**transitioning** [1] - 57:21
**translated** [3] - 79:7, 82:23, 86:12
**translation** [4] - 18:17, 79:2, 86:14, 86:19
**translations** [1] - 164:15

translator [1] - 166:18
transnational [3] -
  7:15, 8:13, 9:8
transparency [1] -
  24:11
transport [10] -
  118:21, 122:14,
  139:7, 140:24,
  141:1, 141:24,
  164:24, 165:11,
  165:12, 173:12
transported [2] -
  141:8, 141:9
transporting [5] -
  139:12, 139:18,
  141:6, 141:7, 153:18
travel [1] - 172:21
traveling [5] - 21:19,
  21:23, 21:24, 26:23,
  71:9
trial [2] - 13:16, 70:1
trouble [1] - 8:6
truck [28] - 71:9,
  71:16, 71:17, 71:19,
  71:21, 72:15, 72:19,
  73:4, 73:16, 73:17,
  74:20, 75:1, 75:7,
  75:9, 76:10, 76:20,
  77:8, 122:3, 122:6,
  124:5, 124:19,
  124:20, 164:25,
  165:1, 165:3, 165:9,
  165:10, 165:12
true [2] - 176:5, 176:6
trust [2] - 139:25,
  140:2
truth [1] - 142:10
try [3] - 41:2, 117:25,
  127:21
trying [7] - 6:17,
  30:19, 57:8, 107:8,
  158:18, 166:13
turn [3] - 87:13,
  143:10, 145:4
turned [1] - 125:21
turning [1] - 71:3
twelve [1] - 137:15
twenty [1] - 7:12
two [23] - 4:9, 8:3,
  26:9, 49:13, 50:6,
  51:1, 59:14, 62:22,
  64:4, 64:17, 65:1,
  73:18, 75:14, 87:25,
  97:22, 97:24, 114:3,
  135:7, 152:12,
  152:18
type [4] - 15:7, 60:8,
  146:16, 153:8
types [10] - 7:16, 8:10,
  15:9, 32:17, 123:20,

132:1, 144:8, 145:2,
  148:18, 148:21
typically [10] - 11:6,
  24:23, 25:12, 25:20,
  86:24, 87:4, 123:21,
  125:14, 125:16,
  128:1

## U

U.S [25] - 16:17, 24:23,
  24:24, 24:25, 25:6,
  41:19, 60:7, 60:24,
  62:5, 65:7, 80:18,
  81:2, 81:9, 136:24,
  142:12, 143:3,
  143:21, 143:24,
  145:2, 146:22,
  154:7, 156:9,
  166:12, 170:15,
  174:8
Uben [1] - 34:5
Ultima [1] - 59:8
ultimately [2] - 71:20,
  118:22
unclear [1] - 36:17
under [3] - 3:21,
  88:13, 115:22
underling [1] - 90:20
unfortunately [1] -
  146:4
unintelligible [3] -
  49:18, 166:18,
  166:25
unit [3] - 7:15, 71:13,
  72:5
Unit [4] - 12:13, 70:13,
  71:1, 71:5
UNITED [2] - 1:1, 1:13
United [36] - 1:3, 1:10,
  3:6, 3:11, 9:16, 9:25,
  10:10, 10:12, 25:15,
  25:21, 28:20, 78:9,
  80:22, 90:13,
  117:21, 117:23,
  118:1, 118:12,
  118:23, 119:12,
  122:20, 136:14,
  136:16, 136:18,
  136:22, 137:21,
  138:6, 139:16,
  140:25, 141:10,
  142:2, 142:4,
  142:18, 167:5,
  167:9, 171:8
units [8] - 23:16, 27:2,
  27:5, 28:13, 32:16,
  32:17, 41:17, 129:13
unknown [4] - 28:12,
  53:10, 53:19, 55:24

unwrapped [3] -
  66:16, 68:10, 69:16
up [49] - 8:5, 17:8,
  24:5, 26:24, 27:20,
  28:12, 29:7, 31:10,
  31:22, 35:18, 44:6,
  48:21, 50:24, 51:1,
  54:8, 54:19, 54:21,
  55:19, 59:7, 70:16,
  77:22, 78:13, 79:1,
  81:15, 86:8, 86:18,
  91:18, 95:15, 96:2,
  96:4, 97:24, 98:15,
  98:17, 100:1, 101:7,
  110:15, 114:8,
  124:24, 126:5,
  127:20, 129:1,
  143:13, 147:14,
  148:25, 155:13,
  157:1, 160:18,
  162:23
upcoming [1] - 174:5
update [1] - 54:16
updating [1] - 129:24
urgent [1] - 48:1
user [2] - 15:16, 43:24
users [1] - 50:6
uses [2] - 153:7,
  153:17

## V

value [1] - 61:2
valve [1] - 3:20
variable [2] - 25:9,
  25:10
varies [2] - 25:11,
  25:12
various [7] - 8:13,
  23:15, 30:2, 30:6,
  114:23, 141:1,
  141:23
vehicle [24] - 59:7,
  59:11, 59:13, 59:15,
  59:20, 60:3, 60:4,
  60:11, 60:14, 63:13,
  63:19, 64:3, 64:10,
  70:19, 71:11, 71:24,
  72:1, 72:6, 72:11,
  72:14, 73:23, 76:19,
  78:4
vehicles [3] - 8:22,
  153:12, 153:17
versa [6] - 129:4,
  129:5, 129:17,
  129:18, 130:24,
  130:25
version [1] - 117:3
versions [1] - 86:13
via [4] - 116:5, 116:15,

141:25, 147:6
vice [6] - 129:4, 129:5,
  129:17, 129:18,
  130:24, 130:25
video [15] - 81:22,
  81:24, 81:25,
  127:15, 151:10,
  152:6, 152:9, 155:4,
  157:3, 164:3,
  166:24, 172:8,
  172:19, 174:17,
  174:18
videos [6] - 86:13,
  89:19, 148:9, 149:1,
  164:15, 164:17
violence [5] - 4:4,
  4:22, 4:24, 5:6, 5:7
Virgen [1] - 62:23
visa [2] - 138:10,
  138:11
visual [20] - 151:6,
  151:16, 154:12,
  154:21, 157:6,
  158:1, 159:8,
  159:19, 161:23,
  162:9, 164:4,
  164:20, 165:16,
  166:5, 167:15,
  168:17, 169:2,
  170:19, 172:6, 174:1
voce [1] - 163:5
voice [2] - 6:21, 136:8
volume [1] - 166:25
vs [1] - 1:5

## W

waited [1] - 71:15
waiting [13] - 28:2,
  38:21, 46:10, 47:7,
  47:13, 48:14, 53:17,
  54:16, 55:1, 94:15,
  98:23, 102:18, 111:4
wallet [1] - 151:13
wants [2] - 51:2, 92:15
warrant [7] - 58:23,
  61:9, 61:25, 62:1,
  72:11, 89:1, 89:3
warrants [1] - 58:17
Washington [8] - 1:6,
  1:15, 1:17, 1:23, 7:4,
  7:5, 7:14, 10:16
waste [1] - 152:7
ways [1] - 8:23
wearing [1] - 145:20
week [1] - 32:2
weeks [2] - 7:12, 59:2
weighed [1] - 69:16
weight [3] - 19:23,
  69:15, 79:22

wet [1] - 163:19
whereby [1] - 81:2
white [5] - 67:10, 71:8,
  71:19, 74:20, 149:14
whole [6] - 26:8, 56:7,
  97:16, 97:20,
  142:10, 170:13
wholesome [1] -
  152:7
willing [12] - 23:3,
  26:8, 32:3, 37:10,
  38:2, 41:2, 42:25,
  46:6, 47:6, 97:15,
  111:3, 130:22
winding [3] - 86:4,
  174:16, 174:17
wire [4] - 13:24, 14:1,
  14:22, 17:12
wires [1] - 63:17
wiretaps [1] - 91:4
withdraw [1] - 22:23
withdrawn [4] - 57:6,
  65:16, 134:1, 148:1
witness [22] - 5:23,
  8:5, 13:6, 19:12,
  25:16, 34:18, 79:13,
  80:17, 81:10, 87:13,
  87:22, 88:11, 123:5,
  152:5, 152:13,
  152:19, 152:25,
  174:15, 174:20,
  174:21, 174:24
Witness [5] - 79:21,
  79:24, 80:4, 80:11,
  135:19
WITNESS [37] - 6:4,
  6:8, 6:11, 8:7, 11:2,
  11:25, 24:20, 25:3,
  26:23, 65:18, 65:24,
  66:1, 66:3, 69:3,
  88:14, 91:24, 92:3,
  110:13, 110:18,
  117:9, 123:23,
  132:4, 132:18,
  132:24, 133:6,
  135:18, 135:23,
  136:2, 140:18,
  147:1, 158:20,
  160:6, 160:12,
  160:15, 161:15,
  169:16, 173:20
witness's [1] - 6:18
witnessed [1] - 59:12
Witnesses [1] - 2:3
witnesses [4] - 4:13,
  13:17, 70:1, 70:4
wood [2] - 72:19,
  74:25
Woodley [5] - 59:4,
  61:20, 62:6, 64:15,

64:21
**word** [2] - 66:19, 67:4
**workers** [1] - 153:18
**works** [3] - 56:13,
90:7, 165:23
**world** [1] - 125:11
**worry** [6] - 38:23,
40:20, 44:16, 55:4,
102:20, 108:9
**wrap** [2] - 65:9, 65:19
**wrapped** [4] - 67:10,
68:5, 68:13, 75:23
**wrapping** [1] - 68:25
**wrappings** [7] - 62:15,
65:9, 65:12, 65:17,
65:22, 65:23, 66:2
**wraps** [1] - 65:18
**writing** [2] - 92:25,
99:14
**written** [7] - 30:17,
61:5, 64:7, 67:5,
68:6, 68:13, 99:11

## Y

**Y)** [1] - 53:1
**year** [3] - 39:3, 137:1,
141:16
**yearly** [1] - 141:15
**years** [10] - 7:2, 7:7,
120:8, 137:15,
137:17, 141:13,
160:7, 160:12,
169:20, 173:10
**yellow** [1] - 75:19
**Yesterday** [2] - 38:22,
96:19
**yesterday** [2] - 38:23,
102:20
**York** [1] - 10:16
**you-all** [2] - 53:16,
55:18
**young** [2] - 168:23,
169:14

## Z

**Zambada** [7] - 9:21,
89:18, 89:20, 90:7,
166:1, 166:2
**zero** [3] - 3:19, 5:1, 5:2
**zero-point** [3] - 3:19,
5:1, 5:2