**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| *v.* | : |
| | :   **Criminal No. 14-0050(RC)** |
| **JORGE PEREZ CAZARES,** | : |
| | : |
| *Defendant.* | : |

### DEFENDANT'S CONSENT MOTION FOR LEAVE TO DISCLOSE PRESENTENCE REPORT TO A THIRD PARTY

Defendant Jorge Perez ("Perez"), by and through undersigned counsel, respectfully moves this Honorable Court for leave to disclose his presentence report ("PSR") to a third party and states as follows:

### 1. Background

The United States Probation Office prepared a PSR in advance of sentencing pursuant to Federal Rule of Criminal Procedure 32. The PSR was disclosed to the parties subject to the rule's confidentiality provisions. The final PSR was filed under seal on the Court's docket on May 2, 2025.

### 2. Need for Limited Disclosure

Mr. Perez seeks leave of the Court to provide a copy of the PSR to Humberto Alan Reyes[1], his Mexican attorney, and Leonidas Zamora Serrano, his Guatemalan attorney, solely for the following purpose: As the Court may recall, Mr. Perez was initially arrested on February 22, 2014, in Guatemala in possession of 500 kilograms of cocaine and charged with

---

[1] Attorney Reyes is part of the defense team in Guatemala.

narcotics offenses by Guatemalan authorities.[2]  That case remains pending.  Attorneys Reyes and Zamora Serrano are representing Mr. Perez in the matter in Guatemala and need the PSR to demonstrate to the Guatemalan authorities that Mr. Perez has already been convicted in the United States for the same conduct for which he in being prosecuted in Guatemala.  The PSR contains a detailed description of the offense conduct.  *See* PSR ¶¶ 6 – 22.

Courts in this Circuit recognize that PSRs are confidential judicial documents and may not be disclosed to third parties absent court authorization and a showing of a particularized need.  Here, disclosure is narrowly tailored and necessary to accomplish the specific purpose identified above. The requested disclosure will materially assist Mr. Perez' attorneys in their representation in his criminal case in Guatemala.

### 3. Consent and Scope

Mr. Perez has provided informed consent to this limited disclosure. The government consents to this Motion.

### 4. Proposed Safeguards

To protect the confidentiality of the PSR, Mr. Perez proposes the following conditions:

- Disclosure only to Attorneys Reyes and Zamora Serrano and, if applicable, in any legal filings they need to make in defense of Mr. Perez in relation to his Guatemalan criminal case;
- Use of the PSR solely for the purpose stated in this motion;
- Secure storage of the PSR and destruction or return of all copies at the conclusion of the authorized use; and
- Redaction of particularly sensitive information if the Court deems appropriate.

---

[2] *See* PSR at n.1.

These safeguards adequately address the privacy and safety concerns underlying Rule 32.

## 5.  Conclusion

For the foregoing reasons, Mr. Perez respectfully requests that the Court enter an order permitting disclosure of the PSR to Attorneys Humberto Alan Reyes and Leonidas Zamora Serrano subject to the conditions set forth above.

Dated:  March 21, 2026
       Washington, DC

Respectfully submitted,

**BALAREZO LAW**

/s/ A. Eduardo Balarezo

By:  _____
A. Eduardo Balarezo
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel. (202) 639-0999
Fax. (202) 639-0899
E-mail:  aeb@balarezolaw.com

*Counsel for Jorge Perez*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of March 2026 I caused a true and correct copy of the foregoing Defendant's Consent Motion for Leave to Disclose Presentence Report to a Third Party to be delivered via Electronic Case Filing to the Parties in this case.

/s/ A. Eduardo Balarezo

_____

A. Eduardo Balarezo